IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 99-565(ML) |
| | ) | |
| MONETA CAPITAL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## RECEIVER'S MOTION FOR APPROVAL OF AGREEMENT OF CO-OPERATION AND INCREASE IN AMOUNT OF RECEIVER'S CERTIFICATES

COMES NOW the United States Small Business Administration ("SBA") in its capacity as court-appointed receiver ("the Receiver") of Moneta Capital Corporation ("Moneta") and, by and through its undersigned counsel, hereby moves this Court for entry of an Order (1) approving the Agreement of Co-Operation ("the Agreement") entered into between the Receiver, the United States Small Business Administration as Receiver for Fairway Capital Corporation and the Hotel on the Cay Timeshare Association and (2) approving an increase in the amount that the Receiver is authorized to borrow from SBA, pursuant to paragraph 9 of the Receivership Order entered by this Court on February 2, 2000, from $2,000,000 to $2,900,000.

For the reasons more fully described in the Memorandum of Law filed simultaneously herewith, the Receiver requests that the Agreement of Co-Operation be approved, as it offers the Receiver, and all of the participants in a loan made to Legend Resort, LP, the greatest likelihood of a potential recovery. Accordingly, the Receiver also requests that the maximum amount of borrowings from SBA be increased in order

for the Receiver to fulfill its obligations under the terms of the subject Agreement of Co-Operation.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion.

Dated: 6/28/01

Arlene M. Embrey
Trial Attorney
U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
409 3rd Street, SW
Washington, D.C. 20416
Telephone:     (202) 205-6976
Facsimile:       (202) 481-0324

## CERTIFICATE OF SERVICE

I hereby certify that on the ___28___ day of ___June___, 2001, I caused the foregoing Motion for Approval of Agreement of Co-Operation and Increase in Receiver's Certificates, Memorandum in Support with exhibits and Proposed Order to be sent to the following via first class mail, postage pre-paid:

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
285 Governor Street
Providence, RI 02903

Arnold Kilberg, individually
c/o Arnold Kilberg & Company
285 Governor Street
Providence, RI 02903