# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 99-565(ML) |
| MONETA CAPITAL CORPORATION ) | |
| Defendant. ) | |

## ORDER

This cause having come before this Court, the Honorable Mary Lisi, on the Receiver's Motion for Approval of Agreement of Co-Operation and Increase in Amount of Receiver's Certificates by the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta"), and the Court having been advised as to the merits of the Motion,

**IT IS HEREBY ORDERED AND DECREED THAT:**

(1)  this Court approves the terms and provisions of the Agreement of Co-Operation ("the Agreement"), and the exhibits thereto, between the Receiver, the Receiver for Fairway Capital Corporation and the Hotel on the Cay Timeshare Association; and

(2)  this Court also approves the Receiver's request to increase the maximum amount of borrowings from SBA from $2,000,000 to $2,900,000 for the specific purpose of enabling the Receiver to fulfill its obligations and effectuate the terms of the Agreement between the Receiver, the Receiver for Fairway Capital Corporation and the

Hotel on the Cay Timeshare Association. The borrowings will be issued pursuant to, and under the terms of, those borrowings previously approved by this Court under Paragraph 9 of the Order entered by this Court on February 2, 2000.

**SO ORDERED:**

_____          Dated: 7/13/01
THE HONORABLE MARY LISI
UNITE STATES DISTRICT COURT JUDGE