**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CA. No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION OF INTERVENOR ROCKY BEACH ASSOCIATION, INC. TO QUASH SUBPOENA ISSUED BY THE UNITED STATES AND SERVED UPON ANDREW RICHARDSON, TRUSTEE**

Intervenor Rocky Beach Association, Inc. ("Association") hereby moves to quash a subpoena that was served on Andrew Richardson, Trustee on May 11, 2005. The subpoena seeks the same group of documents relating to the Association as the United States has requested directly from the Association. In support of this motion to quash, the Association submits the accompanying memorandum of law.

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903
(401) 421-9600 TEL
(401) 331-9267 FAX

OF COUNSEL:

Timothy T. More /JCS

Timothy T. More (# 1125)
50 South Main Street
Providence, RI 02903
(401) TEL 277 9818
(401) FAX 277 9820

Dated: May 31, 2005

Certification

I hereby certify that I caused a copy of the within pleadings to be mailed postage prepaid to counsel of record on the 1st day of June, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CA. No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM IN SUPPORT OF MOTION OF INTERVENOR ROCKY BEACH ASSOCIATION, INC. TO QUASH SUBPOENA ISSUED BY THE UNITED STATES AND SERVED UPON ANDREW RICHARDSON, TRUSTEE**

Intervenor Rocky Beach Association, Inc. ("Association") has moved to quash a subpoena that was served on the Association's counsel on May 11, 2005 (a true and correct copy of the subpoena is attached as Exhibit 1 to this memorandum). The timing of service of the subpoena makes it completely inappropriate and there is no evidence that the subpoena has an appropriate basis under the Rules of Civil Procedure. The Association did not become aware of the existence of this subpoena until May 24, 2005, and counsel have been unable to resolve their differences over this subpoena in good faith.

In June 2004, the United States Small Business Administration ("SBA") as Receiver for Moneta Capital Corporation ("Moneta") moved for entry of an Order (the "Motion to Allow Private Sale") allowing the SBA to sell approximately 124 acres of real property located in Warwick, Rhode Island (the "Property") at a private sale. The Association filed a motion to intervene in order to object to the Motion to Allow Private Sale in June 2004. Over the SBA's objection, this Court granted the Association's motion to intervene. After a hearing on November 9, 2004, this Court granted the SBA's

Motion to Allow Private Sale and entered an Order on November 10, 2004. The Association filed a timely notice of appeal to the Court's interlocutory order on December 7, 2004. The Association has submitted its brief to the Court of Appeals for the First Circuit, and the SBA's brief is due in June.

It is extraordinary that after the Motion to Allow Private Sale has been decided in this Court and the Association has filed its brief and the Appendix in the Court of Appeals, the SBA has now issued a subpoena upon Andrew Richardson, Trustee, seeking documents that relate to the Association. Although this Court still has jurisdiction over the Receivership, it is inappropriate for the SBA to be seeking such documents at this stage of its proceedings with the Association. The SBA has not demonstrated any legitimate basis under the Rules of Civil Procedure for seeking these documents at this stage of the litigation process.

Accordingly, the Association asks that the Court grant the Association's Motion to Quash.

Jeffrey C. Schreck (#2428)
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903
(401) 421-9600 TEL
(401) 331-9267 FAX

OF COUNSEL:

Timothy T. More /JC

Timothy T. More (# 1125)
50 South Main Street
Providence, RI 02903
(401) TEL 277 9818
(401) FAX 277 9820

Dated: May 31, 2005

Certification

I hereby certify that I caused a copy of the within pleadings to be mailed postage prepaid to counsel of record on the 1st day of June, 2005.