UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : C.A. No. 99-565L
:
MONETA CAPITAL CORPORATION :

**ORDER**

I hereby recuse myself from participation in this case.

ENTER: BY ORDER:

LINCOLN D. ALMOND
United States Magistrate Judge
June 1, 2005

Deputy Clerk

SCANNED