**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No.: 99-565L** |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **MONETA CAPITAL CORPORATION,** | ) | |
| **Defendant** | ) | |

**<u>APPEAL OF PETER M. SCOTTI AND PETER M. SCOTTI & ASSOCIATES, INC. FROM RECEIVER'S DENIAL OF ENTITLEMENT TO REAL ESTATE COMMISSION</u>**

Now come Peter M. Scotti and Peter M. Scotti & Associates, Inc. ("Scotti") to appeal Receiver United States Small Business Administration's ("Receiver") denial of Scotti's entitlement to a real estate commission for the anticipated sale of Rocky Point to Vanderbilt Capital, LLC.

Scotti marketed the Rocky Point property for two and a half years as the real estate broker engaged by the Bankruptcy Trustee. The principal of Vanderbilt, LLC was one of Scotti's identified prospective purchasers. Vanderbilt Capital, LLC signed a purchase and sale agreement to buy the Rocky Point property for $25 million. Scotti was the procuring cause of this upcoming sale.

Pursuant to this Court's instructions, Scotti petitioned the Small Business Administration on December 16, 2004 to acknowledge its earned fee. See Exhibit A attached hereto. The petition was denied on May 2, 2005 by the Receiver. See denial letter attached hereto as Exhibit B. Scotti

now appeals that administrative decision and seeks a hearing, *de novo* review and a declaratory judgment that he and/or his firm are entitled to a standard real estate commission upon sale of the Rocky Point property to Vanderbilt Capital, LLC. As grounds therefore, Scotti asserts the commission was earned based on contract, estoppel, reliance, unjust enrichment and quantum meruit, as further discussed in the attached petition.

Wherefore, Peter M. Scotti and Peter M. Scotti & Associates, Inc. respectfully request an evidentiary hearing on the merits of this claim and a declaratory judgment that he and/or his firm are entitled to their real estate commission upon the sale of the Rocky Point property to Vanderbilt Capital, LLC.

Respectfully submitted,

Harris K. Weiner, Esq. (#3779)
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main Street
Suite 302
Providence, RI 02903
401.351.8200 - Telephone
401.351.9032 – Facsimile

**CERTIFICATION**

I, Leslie Ann Luciano, hereby certify that on this 26th day of May 2005 a true copy of the foregoing *Appeal of Peter M. Scotti and Peter M. Scotti & Associates, Inc. from Receiver's Denial of Entitlement to Real Estate Commission* was mailed to all counsel of record listed on attachment "A."

Leslie Luciano
Leslie Ann Luciano

# CERTIFICATION LIST "A"

Edward J. Bertozzi, Jr.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Arlene Embrey
Small Business Administration
409 3rd Street, S.W. 7th Floor
Washington, D.C. 20416

Thomas E. Carlotto
Shechtman Halperin Savage LLP
86 Weybosset St.
Providence, RI 02903

Michael W. Carroll, Esq.
Schechtman & Halperin
86 Weybosset Street
Providence, RI 02903

Lisa Dinerman, Esq.
US Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

Jeffrey S. Brenner
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

H. Marc Tepper, Esq.
Buchanan Ingersoll, P.C.
1835 Market Street
14th Floor
Philadelphia, PA 19103-2985

K. Joseph Shekarchi
33 College Hill Road
Suite 15-E
Warwick, RI 02886

Frank D. Kirby, Esq.
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

Everett A. Petronio, Sr.
1239 Hartford Avenue
Johnston, RI 02919

Thomas A. Tarro, III
Tarro Law Offices
300 Centerville Road
Suite 330 – Summit East
Warwick, RI 02886

Robert D. Wieck, Esq.
101 Dyer Street
Providence, RI 02903

Mark A. Fay, Esq.
Murphy & Fay, LLP
127 Dorrance Street
Penthouse Suite
Providence, RI 02903

Jeffrey H. Gladstone
Robert K. Taylor
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Vincent A. Indeglia, Esq.
Indeglia & Associates
2850 South County Trail
Suite 4A
East Greenwich, RI 02818

Andrew S. Richardson
182 Waterman Street
Providence, RI 02906

Joseph Michael DiOrio, Esq.
Peter A. Frazier
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Peter G. Berman
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Robert Clark Corrente, Esq.
Christopher R. Bush
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

William J. Delaney
Tillinghast Licht Perkins Smith & Cohen, LLP
10 Weybosset Street
10th Floor
Providence, RI 02903

Everett A. Petronio, Sr.
1239 Hartford Avenue
Johnston, RI 02919