UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA99-565L** **June 29, 2005**

**TITLE: UNITED STATES, ET AL V. MONETA CAPITAL CORPORATION**

**MAGISTRATE JUDGE: DAVID L. MARTIN**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: TAPE**

**IN COURT: 10:05 a.m. - 11:42 am.**

---

**COUNSEL PRESENT: Jeffrey C. Schreck, Esquire for Rocky Beach Associations**
**Thomas E. Carlotto, Esq., for The U.S. Small Business Admin.**

**RE: Intervenor (Rocky Beach Association Inc's Motion to Quash Subpoena issued by the United States and served upon Andrew Richardson, Trustee)**

**Proceedings: All counsel of record present; Arguments heard; Court denies Rocky Beach Associations Motions to Quash Subpoenas; Attorney Carlotto to prepare the Order within 30 days.**