**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR AN ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE**

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta") , by and through its undersigned counsel, and Joseph P. Ferrucci as Receiver for Northeast Capital Corporation (the "State Court Receiver") and hereby move this Court for entry of an Order lifting the judicial stay imposed by this Court's February 2, 2000 Order with respect to the civil action styled Bolotow v. Northeast Capital Corporation, the Hamlet Limited Partnership and Arnold Kilberg, Case No. 03-1199, filed in the Superior Court for the State of Rhode Island, Providence County, for the specific, limited purpose of allowing the State Court Receiver of Northeast Capital Corporation ("Northeast") to sell certain property located at 164 Front Street, Pawtucket, Rhode Island for the benefit of this Receivership Estate. In support hereof the Movants have submitted a Memorandum of Law simultaneously herewith, the Moneta Receiver believes that entry of an Order lifting the judicial stay is in the best interest of the Moneta Receivership Estate.

WHEREFORE, the Moneta Receiver and the State Court Receiver respectfully request that this Court enter an Order Lifting the Judicial Stay for the Limited Purpose of permitting the State Court Receiver to sell the Property provided that Moneta's lien shall attach to the proceeds in the same amount and priority as presently exists and for such other relief as the Court deems just.

U.S. Small Business Administration as
Receiver For Moneta Capital Corporation,
By its Attorneys,

Thomas E. Carlotto, Esq. #6088
SHECHTMAN HALPERIN SAVAGE LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400
(401) 272-1403 (fax)

Joseph P. Ferrucci, Esq. #4231 by TEC
As and only as Receiver of
Northeast Capital Corporation
and not individually
55 Pine Street
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (fax)

Dated: July 8, 2005

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY***, that a true and correct copy of the foregoing Joint Motion for an Order Lifting the Judicial Stay for a Limited Purpose with supporting Memorandum of Law and proposed Order was furnished via U.S. Mail, postage pre-paid to the following counsel of record on this 8th day of July, 2005.

Jeffrey C. Schreck, Esquire
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903

Louis Geremia, Esquire
Geremia & DeMarco, Ltd.
The Gardens Office Park I
1350 Division Road, Ste. 102
West Warwick RI 02893

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell, LLC
2800 Financial Plaza
Providence, RI 02903-2499

Patricia Betz
c/o Wayne Kezirian, Esq.
128 Dorrance Street
Providence, RI 02903

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
642 Blackstone Boulevard
Providence, RI 02906

Joseph Ferrucci, Esquire
Ferrucci Russo
55 Pine Street
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Norman J. Bolotow, Esquire
95 Chestnut Street
Providence, RI 02903

Gregory T. Parkos Revocable Trust 1994
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Leon Stand
Attorney at Law
360 Lexington Avenue
New York, NY 10017

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith & Cohen, LLP
10 Weybossett Street
Providence, RI 02903

Eugenia Carris, Esq.
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Patricia Betz
238 Armington Street
Cranston, RI 02905

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Gibraltar Corporation
1 Richmond Square
Providence, RI 02906

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main Street, Ste. 302
Providence, RI 02903

Thomas Almeida, Town Solicitor
Town of Cumberland
PO Box 7
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

Ann Mitchell, Esquire
Toll Brothers
3103 Philmont Avenue
Huntington Valley, PA 19006

Joan Kilberg
642 Blackstone Blvd
Providence, RI 02906

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Pamela Lynn Colon
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

Dick & Hague, Ltd.
1239 Hartford Avenue
Suite 3A
Johnston, RI 02919

Township of Hopewell, N.J.
c/o Steven P. Goodell, Esquire
Herbert Van Ness Cayci & Goodell, P.C.
22 Chambers
Princeton, NJ 08542

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Faneuil Hill Marketplace
Boston, MA 02169

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Waste Management of Rhode
Island
575 West Street # 210
Mansfield, MA 02048-1164

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Henry Varra
350 Chestnut Street
West Newton, MA 02465

James Callahan
269 Chapman Street
Canton, MA 02021

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

Frank D. Kirby, Esquire
Frank D. Kirby & Associates
320 West Second Street Ofc
Boston, MA 02127

Amy Page Oberg, Esquire
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, Rhode Island 02903

Gregory Hamilton, Esquire
Law Offices of Gregory Hamilton
319 Hope Street
Providence, RI 02906

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Neal J. McNamara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

167 Hotel on the Cay Timeshare Owners
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Jeniffer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

City Collector
City Hall
25 Dorrance Street
Providence, RI 02903

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Capital Corp.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Joseph M. DiOrio, Esquire
10 Dorrance Street, Ste. 1200
Providence, Rhode Island 02903

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

Steven M. McInnes, Esquire
Attorney for American Shipyard Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Northeast Capital Corporation
c/o Joseph Ferrucci, Esq.
55 Pine Street
Providence, RI 02903

United States Department of
Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Metacom Medical Assoc., Inc.
Profit Sharing Plan
Paul Agatiello Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Ming Zhang & Qui Zhang
130 Surrey Drive
Wethersfield, CT 06109

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trial, 2nd Floor
East Greenwich RI 02818

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

William R. Grimm, Esquire
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Everett Petronio, Esquire
1239 Hartford Avenue
Johnston, RI 02919

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Timothy T. More, Esquire
50 South Main Street
Providence RI 02903

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

Frank T. Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

Joseph Avanzato, Esquire
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence RI 02903

David B. Sholem
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Anna-Marie Ciacci

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR AN ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE**

In support of their Motion for an Order Lifting the Judicial Stay for a Limited Purpose, which stay was imposed by this Court's February 2, 2000 Order, the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta") and Joseph Ferrucci as Receiver for Northeast Capital Corporation (the "State Court Receiver") state as follows:

**BACKGROUND**

By Order dated February 2, 2000 ("the Receivership Order"), this Court appointed SBA as Receiver of Moneta. Pursuant to Paragraph 1 of the Receivership Order, this Court took jurisdiction over Moneta and all of its assets. Pursuant to Paragraph 7 of the Receivership Order, all civil legal proceedings involving Moneta and/or any of its assets are stayed until such time as this Court orders otherwise.

Subsequent to the appointment of the Moneta Receiver, Joseph Ferrucci, Esq. was appointed as the State Court Receiver of Northeast Capital Corporation ("Northeast"), one of the numerous entities controlled by Arnold Kilberg, Moneta's former president and investment advisor. Northeast is the record titled owner of real property located at

164 Front Street, Pawtucket, Rhode Island (the "Property"), which is subject to a priority mortgage in favor of Moneta. The State Court Receiver has obtained an offer to purchase the Property in the amount of $100,000.00, subject to higher or better offers which will result in a distribution to the Moneta Receiver after payment of priority taxes and the administrative expenses associated with the sale.

The alternative to permitting the State Court Receiver to liquidate the Property is for the Moneta Receiver to foreclose its interest in the Property. The administrative costs of proceeding with a foreclosure sale would not be any less than those to be incurred by the State Court Receiver and potentially could exceed the costs of permitting the sale to be conducted through the State Court.[1] Furthermore, the Moneta Receiver is not inclined to credit bid its interest in the Property and therefore, a foreclosure sale would in all likelihood result in a lower price than any obtained by the State Court Receiver's auction.

The Moneta Receiver believes that lifting the judicial stay for the specific limited purpose of permitting the State Court Receiver to sell the Property in the civil action styled Bolotow v. Northeast Capital Corporation, the Hamlet Limited Partnership and Arnold Kilberg, Case No. 03-1199, pending in the Rhode Island Superior Court, is in the best interest of the Receivership Estate. The lien of Moneta evidenced by the Mortgage will attach to the proceeds of the sale in the same priority as the Mortgage presently encumbers the Property. Therefore, the Moneta Receiver and the State Court Receiver respectfully request that this Court grant the Motion for an Order Lifting the Judicial Stay for a Limited Purpose .

[1] Given the procedural posture of the State Court Receivership in relation to the Fairway Receivership, the Moneta Receiver would likely need to seek relief from both the Fairway Receivership judicial stay and the stay imposed by the State Court in order to proceed with foreclosure.

U.S. Small Business Administration as
Receiver For Moneta Capital Corporation,
By its Attorneys,

Thomas E. Carlotto, Esq. #6088
SHECHTMAN HALPERIN SAVAGE LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400
(401) 272-1403 (fax)

Joseph P. Ferrucci, Esq. #4231 by TEC
As and only as Receiver of
Northeast Capital Corporation
and not individually
55 Pine Street
Providence, RI 02903
(401) 455-1000
(401) 455-7778

Dated: July 8, 2005