**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565-L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | **Judge Lagueux** |
| | ) | |
| **Defendant.** | ) | |

AMENDED ORDER

This matter having come before the Court on the Motions (the "Motions") to Quash filed by the Rocky Beach Association Inc. (the "Association") relative to a Subpoena served to the Association and a Subpoena served upon Andrew Richardson, Trustee (the "Trustee") by the United States Small Business Administration ("SBA") as Receiver (the "Receiver") for Moneta Capital Corporation ("Moneta"), and after hearing it is hereby Ordered:

1. The Motions are denied;
2. The Association and the Trustee shall produce the following to the Receiver on or before July 29, 2005:
    a. any and all documents identifying the person(s) currently owning, renting and/or occupying property located on/or about Assessor's Plat 380, Lots 3 and 281 in the City of Warwick;

b. any and all documents referencing the identity and/or residence address of members, officers, directors, shareholders and/or employees of the Association;

c. any and all documentation related to the formation of the Association;

d. any and all documentation related to the operation of the Association from February 2, 2000 to the present;

e. any and all meeting minutes of the Association from February 2, 2000 to the present;

f. any and all documentation sent by the Association to any of its members, officers, directors, shareholders and/or employees from February 2, 2000 to the present, subject to the Association's right to assert a privilege by providing the Receiver with a privilege log identifying those documents the Association believes are privileged; and

g. any and all documentation sent by any member, officer, director, shareholder and/or employee of the Association to the Association from June 29, 2002 to the present.

3. The request for sanctions pursuant to 28 U.S.C. §1927 is denied.

**SO ORDERED** this 11th day of ~~June~~ July 2005:

David L Martin

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE DAVID L. MARTIN

*Presented By:*

Thomas E. Carlotto, Esquire
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 (facsimile)

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY***, that a true and correct copy of the foregoing proposed Amended Order was furnished via U.S. Mail, postage pre-paid to the following counsel of record on this 30th day of June, 2005.

Jeffrey C. Schreck, Esquire
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
642 Blackstone Boulevard
Providence, RI 02906

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith & Cohen, LLP
10 Weybossett Street
Providence, RI 02903

Louis A. Geremia, Esq.
Geremia & DeMarco, Ltd.
99 Wayland Avenue
Providence, RI 02906

Joseph Ferrucci, Esquire
Ferrucci Russo
55 Pine Street
Providence, RI 02903

Eugenia Carris, Esq.
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell, LLC
2800 Financial Plaza
Providence, RI 02903-2499

Norman J. Bolotow, Esquire
95 Chestnut Street
Providence, RI 02903

Patricia Betz
238 Armington Street
Cranston, RI 02905

Patricia Betz
c/o Wayne Kezirian, Esq.
128 Dorrance Street
Providence, RI 02903

Gregory T. Parkos Revocable Trust 1994
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Leon Stand
Attorney at Law
360 Lexington Avenue
New York, NY 10017

Gibraltar Corporation
1 Richmond Square
Providence, RI 02906

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Joan Kilberg
642 Blackstone Blvd
Providence, RI 02906

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Pamela Lynn Colon
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main Street, Ste. 302
Providence, RI 02903

Dick & Hague, Ltd.
1239 Hartford Avenue
Suite 3A
Johnston, RI 02919

Waste Management of Rhode
Island
575 West Street # 210
Mansfield, MA 02048-1164

Thomas Almeida, Town Solicitor
Town of Cumberland
PO Box 7
Cumberland, RI 02864

Township of Hopewell, N.J.
c/o Steven P. Goodell, Esquire
Herbert Van Ness Cayci & Goodell, P.C.
22 Chambers
Princeton, NJ 08542

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Ann Mitchell, Esquire
Toll Brothers
3103 Philmont Avenue
Huntington Valley, PA 19006

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

Henry Varra
350 Chestnut Street
West Newton, MA 02465

James Callahan
269 Chapman Street
Canton, MA 02021

167 Hotel on the Cay Timeshare Owners
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Jeniffer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

Northeast Capital Corporation
c/o Joseph Ferrucci, Esq.
55 Pine Street
Providence, RI 02903

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

City Collector
City Hall
25 Dorrance Street
Providence, RI 02903

United States Department of
Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Frank D. Kirby, Esquire
Frank D. Kirby & Associates
320 West Second Street Ofc
Boston, MA 02127

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Capital Corp.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Metacom Medical Assoc., Inc.
Profit Sharing Plan
Paul Agatiello Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Amy Page Oberg, Esquire
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, Rhode Island 02903

Joseph M. DiOrio, Esquire
10 Dorrance Street, Ste. 1200
Providence, Rhode Island 02903

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Gregory Hamilton, Esquire
Law Offices of Gregory Hamilton
319 Hope Street
Providence, RI 02906

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Ming Zhang & Qui Zhang
130 Surrey Drive
Wethersfield, CT 06109

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Neal J. McNamara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Steven M. McInnes, Esquire
Attorney for American Shipyard Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trial, 2nd Floor
East Greenwich RI 02818

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

William R. Grimm, Esquire
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Everett Petronio, Esquire
1239 Hartford Avenue
Johnston, RI 02919

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Timothy T. More, Esquire
50 South Main Street
Providence RI 02903

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

Frank T. Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

Joseph Avanzato, Esquire
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence RI 02903

David B. Sholem
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Anna-marie Ciacci