**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | **Judge Lagueux** |
| **Defendant.** | ) | |

**RECEIVER'S MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE FOURTH RECEIVER'S REPORT FOR THE PERIOD JUNE 1, 2003 THROUGH DECEMBER 31, 2004**

COMES NOW the United States Small Business Administration ("SBA"), court appointed receiver ("Receiver") for Moneta Capital Corporation ("Moneta") by Order of this Court dated February 2, 2000, and hereby moves this Court for entry of an Order Approving and Confirming its Fourth Receiver's Report, filed simultaneously herewith, for the period beginning June 1, 2003 and ending December 31, 2004.

Respectfully submitted,

Dated: 7.15.05

By: [signature]

Arlene M. Embrey
Trial Attorney
U.S. Small Business Administration as Receiver for Moneta Capital Corp.
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
(202) 205-6976

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY***, that a true and correct copy of the foregoing Receiver's Motion for Entry of an Order Approving and Confirming the Fourth Receiver's Report for the Period June 1, 2003 Through December 31, 2004, supporting Memorandum of Law and proposed Order was furnished via U.S. Mail, postage pre-paid to the following counsel of record on this 15th day of July, 2005.

Jeffrey C. Schreck, Esquire
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
642 Blackstone Boulevard
Providence, RI 02906

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith & Cohen, LLP
10 Weybossett Street
Providence, RI 02903

Louis Geremia, Esquire
Geremia & DeMarco, Ltd.
The Gardens Office Park I
1350 Division Road, Ste. 102
West Warwick RI 02893

Joseph Ferrucci, Esquire
Ferrucci Russo
55 Pine Street
Providence, RI 02903

Eugenia Carris, Esq.
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell, LLC
2800 Financial Plaza
Providence, RI 02903-2499

Norman J. Bolotow, Esquire
95 Chestnut Street
Providence, RI 02903

Patricia Betz
238 Armington Street
Cranston, RI 02905

Patricia Betz
c/o Wayne Kezirian, Esq.
128 Dorrance Street
Providence, RI 02903

Gregory T. Parkos Revocable Trust 1994
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Leon Stand
Attorney at Law
360 Lexington Avenue
New York, NY 10017

Gibraltar Corporation
1 Richmond Square
Providence, RI 02906

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main Street, Ste. 302
Providence, RI 02903

Thomas Almeida, Town Solicitor
Town of Cumberland
PO Box 7
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

Ann Mitchell, Esquire
Toll Brothers
3103 Philmont Avenue
Huntington Valley, PA 19006

Joan Kilberg
642 Blackstone Blvd
Providence, RI 02906

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Pamela Lynn Colon
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

Dick & Hague, Ltd.
1239 Hartford Avenue
Suite 3A
Johnston, RI 02919

Township of Hopewell, N.J.
c/o Steven P. Goodell, Esquire
Herbert Van Ness Cayci & Goodell, P.C.
22 Chambers
Princeton, NJ 08542

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Waste Management of RI
575 West Street # 210
Mansfield, MA 02048-1164

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Henry Varra
350 Chestnut Street
West Newton, MA 02465

James Callahan
269 Chapman Street
Canton, MA 02021

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

Frank D. Kirby, Esquire
Frank D. Kirby & Associates
320 West Second Street Ofc
Boston, MA 02127

Amy Page Oberg, Esquire
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, Rhode Island 02903

Gregory Hamilton, Esquire
Law Offices of Gregory Hamilton
319 Hope Street
Providence, RI 02906

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Neal J. McNamara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

167 Hotel on the Cay Timeshare Owners
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Jeniffer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

City Collector
City Hall
25 Dorrance Street
Providence, RI 02903

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Capital Corp.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Joseph M. DiOrio, Esquire
10 Dorrance Street, Ste. 1200
Providence, Rhode Island 02903

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

Steven M. McInnes, Esquire
Attorney for American Shipyard Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Northeast Capital Corporation
c/o Joseph Ferrucci, Esq.
55 Pine Street
Providence, RI 02903

United States Department of
Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Metacom Medical Assoc., Inc.
Profit Sharing Plan
Paul Agatiello Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Ming Zhang & Qui Zhang
130 Surrey Drive
Wethersfield, CT 06109

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trial, 2nd Floor
East Greenwich RI 02818

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

William R. Grimm, Esquire
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Everett Petronio, Esquire
1239 Hartford Avenue
Johnston, RI 02919

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Timothy T. More, Esquire
50 South Main Street
Providence RI 02903

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

Frank T. Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

Joseph Avanzato, Esquire
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence RI 02903

David B. Sholem
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Anna-Marie Ciacco

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | **Judge Lagueux** |
| **Defendant.** | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF RECEIVER'S MOTION FOR APPROVAL AND CONFIRMATION OF FOURTH RECEIVER'S REPORT FOR THE PERIOD JUNE 1, 2003 THROUGH DECEMBER 31, 2004**

In support of its Motion for Approval and Confirmation of the Fourth Receiver's Report for the Period June 1, 2003 through December 31, 2004, the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta") states as follows:

By order dated February 2, 2000 ("the Receivership Order"), this Court appointed the Receiver, whose duties include marshaling and liquidating the assets of Moneta. Through the Fourth Receiver's Report, filed contemporaneously herewith, the Receiver seeks to inform the Court as to its progress in carrying out its duties and seeks approval from this Court for the actions it has undertaken in fulfillment of these duties. Although there is no requirement that a Receiver's Report be filed, the SBA in its capacity as receiver for numerous small business investment companies ("SBICS") throughout the country has made it a standard practice to file these reports with the respective receivership court on a yearly basis.

The filing of a Receiver's Report, and the Order confirming the Receiver's actions, allows the Receiver to keep the Court informed as to the status of the property which the Receiver possesses and which is considered to be the property of the Court. The filing of a Receiver's Report and the confirmation thereof by the Receivership Court also sanctions the Receiver actions undertaken in fulfillment of its duties as decreed in the Receivership Order. See generally Clark's on Receiver's, Vol. 2 §382 (W.H. Anderson & Co. 1959 & Supp. 1968).

For the foregoing reasons, the Receiver respectfully requests that this Court grant its Motion and enter the proposed Order filed simultaneously herewith.

Respectfully submitted,

Dated: 7.15.05

By: [signature] TGC

Arlene M. Embrey
Trial Attorney
U.S. Small Business Administration as
Receiver for Moneta Capital Corp.
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
(202) 205-6976