IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED

JUL 08 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. 99-565L |
| MONETA CAPITAL CORPORATION | ) | |
| Defendant. | ) | |

**ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE REGARDING GOVERNOR FINANCIAL, LLC**

The Joint Motion of the United States Small Business Administration, as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta") and Joseph Ferrucci as State Court Receiver for Northeast Capital Corporation to lift the judicial stay and injunction contained in this Court's Order dated February 2, 2000 (the "Moneta Receivership Order") for a limited purpose with respect to Northeast Capital Corporation, ("Northeast") in receivership, P.B. No. 03-3749, in Rhode Island Superior Court for Providence County, is hereby GRANTED.

1. The judicial stay contained in the Moneta Receivership Order is hereby lifted for the specific limited purpose of allowing the State Court Receiver to consummate the sale of that certain real property located at 164 Front Street in the City of Pawtucket, Rhode Island (the "Property") with all liens and encumbrances attaching to the proceeds thereof in the same priority and amount (including all further interest, fees, costs and expenses as provided by each lienholders' loan documents) as they now encumber the Property less any administrative expenses due to the State Court Receiver or his agents in connection with the sale of the Property, and providing further that the

portion of said proceeds to which Moneta's lien attaches shall be deposited in escrow by the State Court Receiver; and

2. In all other respects and as pertaining to all other matters, claims and assets for which relief has not been specifically granted previously by this Court, including without limitation all of the Moneta Receiver's claims concerning Northeast the judicial stay and injunction contained in the Receivership Order shall remain in full force and effect.

SO ORDERED this 3rd day of ~~July~~ August 2005:

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX

Sr. UNITED STATES DISTRICT COURT JUDGE

8/3/05