RECEIVED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** ) | **Judge Lagueux** |
| **Defendant.** ) | |

**ORDER**

THIS CAUSE COMING on the Motion for an Entry of an Order Approving and Confirming the Fourth Receiver's Report for the Period through June 1, 2003 through December 31, 2004 filed by the United States Small Business Administration, the court-appointed receiver ("the Rec eiver") for Moneta Capital Corporation in this action, and this Court having considered the Motion and the Fourth Receiver's Repo rt, and the exhibits thereto, and being duly advised as to the merits:

**IT IS HEREBY ORDERED THAT**

1. The Receiver's Motion is granted in its entirety; and

2. The Fourth Receiver's Report for the period through and every act, transaction and receipt and disbursement reported therein, are hereby approved and confirmed.

**SO ORDERED**:

This 8th day of AUG., 2005, in Providence, Rhode Island.

THE HONORABLE RONALD R. LAGUEUX
SENIOR UNITED STATES DISTRICT COURT JUDGE
8/15/05