# United States Court of Appeals
## For the First Circuit

MANDATE

No. 04-1950
99-565 J. Lagueux

JAMES C. CALLAHAN; FRANCIS DIMENTO; RITA DIMENTO; HENRY D. VARA,

Claimants, Appellants,

UNITED STATES,

Plaintiff,

v.

MONETA CAPITAL CORPORATION,

Defendant, Appellee,

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 22 2005

No. 04-1951
99-565 J. Lagueux

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT, RAUL L. LOVETT MARITAL TRUST,

Claimants, Appellants,

UNITED STATES,

Plaintiff,

v.

MONETA CAPITAL CORPORATION,

Defendant, Appellee.

**JUDGMENT**

Entered: June 29, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of both the Lovett Appellants' and the Callahan Appellants' objections to the Claims Disposition Order, and the denial of the Callahan Appellants' motion to reconsider the denial of their objection, is affirmed.

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Bertozzi, Ms. Embrey, Mr. Carlotto, Mr. Carroll, Ms. Dinerman, Mr. Brenner, Mr. Tepper, Ms. Carris, Mr. Shekarchi, Mr. Kirby, Mr. Gervolino, Mr. Petronio, Mr. Heitke, Mr. Fay, Mr. Wieck, Mr. Gladstone, Mr. Taylor, Mr. Indeglia, Mr. Anderson, Mr. DiOrio, Mr. Izzi, Mr. Berman, Mr. Corrente, Mr. Bush, Mr. Redding, Mr. Grim, Mr. Weiner, Mr. Delaney, Mr. Avanzato, Mr. Schreck, Mr. Caprio, Mr. More. ]