**MANDATE**

# United States Court of Appeals
## For the First Circuit

99-00565
USDC/RI
Lagueux, J.

---

No. 04-2699

ROCKY BEACH HOMEOWNER'S ASSOCIATION;

Appellant

UNITED STATES SMALL BUISNESS ASSOCIATION, Reciever;

Appellee

v.

UNITED STATES;

Plaintiff

MONETA CAPITAL CORPORATION;

Defendant

---

**JUDGMENT**
**Entered: September 2, 2005**

Upon consideration of joint motion,

It is hereby ordered that this appeal be voluntarily dismissed with prejudice pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 9/2/05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:______________________
Chief Deputy Clerk

[cc: Lisa Dinerman, AUSA, Jeffrey S. Brenner, Esq., H. Marc Tepper, Esq., Arlene M. Embrey, Esq., K. Joseph Shekarchi, Esq., Frank D. Kirby, Esq., Douglas J. Gervolino, Esq., Everett Petronio, Esq., Kevin D. Heitke, Esq., Mark A. Fay, Esq., Robert D. Wieck, Esq., Jeffrey Howard Gladstone, Esq., Robert K. Taylor, Esq., Vincent A. Indeglia, Esq., Andrew S. Richardson, Esq., Michael W. Carroll, Esq., Thomas E. Carlotto, Esq., Peter G. Berman, Esq., Robert Corrente, AUSA, Christopher R. Bush, Esq., William Richard Grimm, Esq., Harris K. Weiner, Esq., Joseph Avanzato, Esq., Jeffrey C. Schreck, Esq., Timothy T. More, Esq., Frank Caprio, Esq., James P. Redding, Esq., Edward J. Bertozzi, Jr., Esq. ]