**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**MOTION FOR AN ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE**

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta"), by and through its undersigned counsel and hereby moves this Court for entry of an Order lifting the judicial stay imposed by this Court's February 2, 2000 Order for the specific, limited purpose of allowing the Receiver to commence and prosecute eviction actions in the District Court for the State of Rhode Island seeking to evict the occupants of the property commonly known as Rocky Point (the "Property"). In support hereof the Moneta Receiver has submitted a Memorandum of Law simultaneously herewith, the Moneta Receiver believes that entry of an Order lifting the judicial stay is in the best interest of the Moneta Receivership Estate.

WHEREFORE, the Moneta Receiver respectfully request that this Court enter an Order Lifting the Judicial Stay for the Limited Purpose of permitting the Receiver to commence and prosecute such evictions actions in the state courts as the Receiver deems

necessary to evict any and all occupants of the Property and for such other relief as the Court deems just.

U.S. Small Business Administration as
Receiver For Moneta Capital Corporation,
By its Attorneys,

Thomas E. Carlotto, Esq. #6088
SHECHTMAN HALPERIN SAVAGE LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400
(401) 272-1403 (fax)

Dated: September 7, 2005

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY***, that a true and correct copy of the foregoing Motion for an Order Lifting the Judicial Stay for a Limited Purpose with supporting Memorandum of Law and proposed Order was furnished via U.S. Mail, postage pre-paid to the following counsel of record on this 7th day of September, 2005.

Jeffrey C. Schreck, Esquire
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903

Louis Geremia, Esquire
Geremia & DeMarco, Ltd.
The Gardens Office Park I
1350 Division Road, Ste. 102
West Warwick RI 02893

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
642 Blackstone Boulevard
Providence, RI 02906

Joseph Ferrucci, Esquire
Ferrucci Russo
55 Pine Street
Providence, RI 02903

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith
& Cohen, LLP
10 Weybossett Street
Providence, RI 02903

Eugenia Carris, Esq.
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE**

In support of the Motion for an Order Lifting the Judicial Stay for a Limited Purpose, which stay was imposed by this Court's February 2, 2000 Order, the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta") states as follows:

**BACKGROUND**

By Order dated February 2, 2000 ("the Receivership Order"), this Court appointed SBA as Receiver of Moneta. Pursuant to Paragraph 1 of the Receivership Order, this Court took jurisdiction over Moneta and all of its assets. Pursuant to Paragraph 7 of the Receivership Order, all civil legal proceedings involving Moneta and/or any of its assets are stayed until such time as this Court orders otherwise.

Subsequent to its appointment, the Receiver became the titled owner to property identified as Plat 379, Lots 8, 9, 158, 159, 425, 426 and 445, Plat 380, Lots 1, 3 and 281 and Plat 381, Lots 38, 39, 40 and 41 (the "Property"). The Receiver marketed the Property for sale and eventually entered into two separate purchase and sale agreements relative to the Property. A portion of the Property is currently occupied by, among

others, members of the Rocky Beach Association, Inc. (the "Association"). Pursuant to the terms of the purchase and sale agreement for the parcel partially occupied by the Association's members (hereafter, the "Rocky Beach Property"), the Receiver and the buyer, Vanderbilt Capital, LLC ("Vanderbilt"), granted the Association a right of first refusal pursuant to R.I.G.L. §34-18.2-3.

Pursuant to 28 U.S.C. §2001, the Receiver moved this Court for leave to proceed with the sale of the Property. The Association objected to the motion for leave to proceed with the sale on the grounds that the sales price for the Rocky Beach Property was arbitrary. A hearing was held on November 9, 2004, and by Order dated November 10, 2004, this Court overruled and denied the Association's objection and granted the Receiver leave to proceed with the sale. The Association appealed (the "Appeal") the November 10, 2004 Order approving the sale of the Property.

After negotiations, the Receiver and the Association reached a resolution of their dispute that has resulted in the dismissal of the Appeal, with prejudice. As part of the settlement between the parties, each participating member of the Association must consent to the entry of judgment in an eviction proceeding providing for, among other things, the immediate issuance of Execution in such eviction action. The Receiver will then forbear from enforcing the Execution provided the participating member complies with the terms of the settlement agreement, which includes a requirement that each member permanently vacate the Property on or before November 1, 2006. The Receiver has also extended an opportunity for non-member occupants to remain on the Property for the same periods as the participating members, provided that any non-member wishing to accept this offer also consents to entry of judgment and immediate issuance of Execution in an eviction proceeding. For those members and non-members who choose

not to accept the offer from the Receiver and consent to the entry of judgment in an eviction proceeding, the Receiver intends to pursue eviction actions seeking their immediate removal from the Property. In order for the Receiver to effectuate the terms of the settlement and to enable the Receiver to ultimately deliver the Property free from occupants to the prospective Buyer, the Receiver must obtain relief from the judicial stay to commence and prosecute eviction actions in the state court.

## I. THE REQUIREMENTS NECESSARY TO PERMIT RELIEF FROM THE JUDICIAL STAY ARE SATISFIED

When determining whether to grant the relief from a receivership stay, the Court considers the following factors (the "ESIC Test"):

1) the court must compare the interests of the receiver and the moving party by:

2) determining whether continuance of the stay will preserve the status quo, or whether the moving party will suffer substantial injury if not permitted to proceed;

3) examining the merit of the moving party's underlying claim;

4) assessing the time in the receivership's life at which the motion to lift the stay is made.

United States v. ESIC Capital, Inc., 675 F.Supp. 1462 (D. Md. 1987) ("ESIC I"); see also S.E.C. v. Universal Financial, 760 F.2d 1034, 1038 (9th Cir.1985).

In the present context it is clear that the Moneta Receivership estate will benefit from the institution of eviction actions ultimately resulting in the Receiver's ability to convey the Property to the prospective buyer free from any occupants. As the Receiver is the moving party in this instance, the criteria enunciated in the ESIC test are satisfied. The Receiver's right to seek eviction of the occupants from the Property is unquestionably valid and preventing such proceedings from moving forward would

prejudice the Receiver's ability to consummate the sale of the Property. Finally, the timing of the requested relief is appropriate as the Receiver wishes to complete all necessary eviction proceedings prior to December 1, 2005, consistent with its settlement with the Association.

**CONCLUSION**

In consideration of the foregoing, the Moneta Receiver believes that the requirements necessary to permit the lifting of the judicial stay have been met. The Receiver requests that the Court lift the judicial stay imposed by the Receivership Order for the specific limited purpose of allowing the Receiver to take all necessary actions to evict any and all occupants from the Property.

Respectfully submitted,

United States Small Business Administration
as Receiver for Moneta Capital Corporation

By: ______________________

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403

Dated: September 8, 2005

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell, LLC
2800 Financial Plaza
Providence, RI 02903-2499

Norman J. Bolotow, Esquire
95 Chestnut Street
Providence, RI 02903

Patricia Betz
238 Armington Street
Cranston, RI 02905

Patricia Betz
c/o Wayne Kezirian, Esq.
128 Dorrance Street
Providence, RI 02903

Gregory T. Parkos Revocable Trust 1994
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Leon Stand
Attorney at Law
360 Lexington Avenue
New York, NY 10017

Gibraltar Corporation
1 Richmond Square
Providence, RI 02906

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Joan Kilberg
642 Blackstone Blvd
Providence, RI 02906

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Pamela Lynn Colon
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main Street, Ste. 302
Providence, RI 02903

Dick & Hague, Ltd.
1239 Hartford Avenue
Suite 3A
Johnston, RI 02919

Waste Management of Rhode Island
575 West Street # 210
Mansfield, MA 02048-1164

Thomas Almeida, Town Solicitor
Town of Cumberland
PO Box 7
Cumberland, RI 02864

Township of Hopewell, N.J.
c/o Steven P. Goodell, Esquire
Herbert Van Ness Cayci & Goodell, P.C.
22 Chambers
Princeton, NJ 08542

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Ann Mitchell, Esquire
Toll Brothers
3103 Philmont Avenue
Huntington Valley, PA 19006

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

Henry Varra
350 Chestnut Street
West Newton, MA 02465

James Callahan
269 Chapman Street
Canton, MA 02021

167 Hotel on the Cay Timeshare Owners
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Jeniffer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

Northeast Capital Corporation
c/o Joseph Ferrucci, Esq.
55 Pine Street
Providence, RI 02903

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

City Collector
City Hall
25 Dorrance Street
Providence, RI 02903

United States Department of
Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Frank D. Kirby, Esquire
Frank D. Kirby & Associates
320 West Second Street Ofc
Boston, MA 02127

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Capital Corp.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Metacom Medical Assoc., Inc.
Profit Sharing Plan
Paul Agatiello Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Amy Page Oberg, Esquire
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, Rhode Island 02903

Joseph M. DiOrio, Esquire
10 Dorrance Street, Ste. 1200
Providence, Rhode Island 02903

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Gregory Hamilton, Esquire
Law Offices of Gregory Hamilton
319 Hope Street
Providence, RI 02906

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Ming Zhang & Qui Zhang
130 Surrey Drive
Wethersfield, CT 06109

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Neal J. McNamara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Steven M. McInnes, Esquire
Attorney for American Shipyard Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trial, 2nd Floor
East Greenwich RI 02818

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

William R. Grimm, Esquire
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Everett Petronio, Esquire
1239 Hartford Avenue
Johnston, RI 02919

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Kevin McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Timothy T. More, Esquire
50 South Main Street
Providence RI 02903

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

Frank T. Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

Joseph Avanzato, Esquire
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence RI 02903

David B. Sholem
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Gina-marie Ciaccio