IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 99-565L |
| | ) | |
| MONETA CAPITAL CORPORATION | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO PERMIT THE FILING OF A SUPPLEMENTAL OPPOSITION**

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta"), hereby requests that this Court permit the filing and consideration of a Supplemental Opposition to Peter Scotti's request for an Administrative Claim.

In Support hereof, the Receiver submits that after further legal analysis undertaken in connection with this matter it appears that the Administrative Claim, which seeks payment of a real estate commission, is barred by the statute of frauds codified at R.I.G.L. §9-1-4. The Receiver's Supplemental Opposition will focus only on this discrete legal issue and will not assert any new or additional factual information.

The Receiver submits that the filing of a Supplemental Opposition will not prejudice the Movant as no new factual issues are being raised, and the Receiver is amenable to providing the Movant with ample time, in the Court's discretion, to brief the statute of frauds issue.

WHEREFORE, the Receiver requests the that Court permit the filing and consideration of the Receiver's Supplemental Opposition to Peter Scotti's Motion for Payment of an Administrative Claim and for such other relief as the Court deems just.

U.S. Small Business Administration as
Receiver For Moneta Capital Corporation,
By its Attorneys,

Preston W. Halperin, #5555
SHECHTMAN HALPERIN SAVAGE LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400
(401) 272-1403 (fax)

Dated: September 20, 2005

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY***, that a true and correct copy of the foregoing Motion To Permit The Filing Of A Supplemental Opposition was furnished via facsimile and U.S. Mail, postage pre-paid to the following counsel of record on this 20th day of September, 2005.

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine, P.C.
321 South Main Street, Ste. 302
Providence, RI 02903