**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**MOTION FOR EXPEDITED DETERMINATION**

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta") and hereby requests that this Court consider the Receiver's Motion to Permit the Filing of a Supplemental Opposition to Peter Scotti's request for an Administrative Claim on an expedited basis.

In support hereof, the Receiver submits that the hearing on the request for the Administrative Claim is set for hearing on September 22, 2005 and the Supplemental Response is provided to fully inform the Court on the legal issues pertaining thereto. That counsel to the Receiver informed Mr. Scotti's attorney of the Receiver's intention to submit a Supplemental Opposition on September 19, 2005 and provided to said counsel the primary case law supporting the additional argument.

The Receiver submits that the expedited consideration of its request to permit filing of a Supplemental Opposition will not prejudice the Movant as no new factual issues are being raised, and the Receiver is amenable to providing the Movant with ample time, in the Court's discretion, to brief the statute of frauds issue.

WHEREFORE, the Receiver requests the that Court act on an expedited basis in considering the Receiver's Motion to Permit the Filing of the Receiver's Supplemental Opposition to Peter Scotti's Motion for Payment of an Administrative Claim.

U.S. Small Business Administration as
Receiver For Moneta Capital Corporation,
By its Attorneys,

Preston W. Halperin, # 5555
SHECHTMAN HALPERIN SAVAGE LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400
(401) 272-1403 (fax)

Dated: September 20, 2005

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY***, that a true and correct copy of the foregoing Motion For Expedited Determination was furnished via facsimile and U.S. Mail, postage pre-paid to the following counsel of record on this 20th day of September, 2005:

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine, P.C.
321 South Main Street, Suite 302
Providence, RI 02903