COPY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONETA CAPITAL CORPORATION<br><br>Defendant. | ) | Civil Case No. 99-565L |

FILED SEP 20 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## MOTION FOR EXPEDITED DETERMINATION

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta") and hereby requests that this Court consider the Receiver's Motion to Permit the Filing of a Supplemental Opposition to Peter Scotti's request for an Administrative Claim on an expedited basis.

In support hereof, the Receiver submits that the hearing on the request for the Administrative Claim is set for hearing on September 22, 2005 and the Supplemental Response is provided to fully inform the Court on the legal issues pertaining thereto. That counsel to the Receiver informed Mr. Scotti's attorney of the Receiver's intention to submit a Supplemental Opposition on September 19, 2005 and provided to said counsel the primary case law supporting the additional argument.

The Receiver submits that the expedited consideration of its request to permit filing of a Supplemental Opposition will not prejudice the Movant as no new factual issues are being raised, and the Receiver is amenable to providing the Movant with ample time, in the Court's discretion, to brief the statute of frauds issue.

Granted: Ronald R. Lagueux
SJ. USDJ 9/21/05