**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

SEP 2 0 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**MOTION TO PERMIT THE FILING OF A SUPPLEMENTAL OPPOSITION**

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta"), hereby requests that this Court permit the filing and consideration of a Supplemental Opposition to Peter Scotti's request for an Administrative Claim.

In Support hereof, the Receiver submits that after further legal analysis undertaken in connection with this matter it appears that the Administrative Claim, which seeks payment of a real estate commission, is barred by the statute of frauds codified at R.I.G.L. §9-1-4. The Receiver's Supplemental Opposition will focus only on this discrete legal issue and will not assert any new or additional factual information.

The Receiver submits that the filing of a Supplemental Opposition will not prejudice the Movant as no new factual issues are being raised, and the Receiver is amenable to providing the Movant with ample time, in the Court's discretion, to brief the statute of frauds issue.

Granted: Ronald R. Lagueux
Sr. USDJ 9/21/05