# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF RHODE ISLAND*

## CLERK'S MINUTES

**CASE NUMBER: CA99-0565** **DATE: September 22, 2005**

**TITLE OF CASE: USA v. Moneta Capital**

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK: James E. Webb
COURT REPORTER: Joseph Fontes

---

Appeal from Receiver's denial of Commission

Atty for Pla (Appellant) Harris Weiner. Esq.

Atty. for Receiver Preston Halprin. Esq.
Thomas Carlotto Esq.

Witness 1 Peter Scotti
Deft sworn, DX, CX P. Halprin, redx

Exh. 1 FULL CV of Peter Scotti
Exh. 2 FULL Application to appoint broker
Exh. 3 ID ONLY Marketing package of Rocky Point
Exh. 4 ID ONLY Letter Dated July 18, 2003

Witness 2 Andrew Richardson
DX, CX

Exh. 5 FULL Letter from Mr. Richardson dated 4/18/2003
Witness 3 Arlene Embrey
DX, CX

Exh. 6 FULL Purchase and Sale Agreement

Witness 4 Steven Jones
DX

Matter continued until Tuesday, September 27, 2005 at 10:00am