**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA99-565L** **September 27, 2005**

**TITLE: US v. Moneta**

**SENIOR DISTRICT JUDGE: Ronald R. Lagueux**

**COURTROOM CLERK: Barbara J. Gilfillan**

**COURT REPORTER: Joseph Fontes**

**INTERPRETER: n/a**

---

**COUNSEL PRESENT: Plaintiff/Government -Halperin/Carlotto**
**Defendant - Weiner**

Evidentiary hearing continued re: Peter Scotti's appeal of denial of claim; Witness #5 and #6 (DX,CR,RDX); exhibits 7 & 8 full; Receiver's exhibit 1 full; appellant rests; receiver introduces a Motion for Judgment as a matter of law; Judge denies motion as inappropriately filed; post hearing briefs due (appellant 10/12/05; receiver's due 10/26/05)