**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE**

The Motion of the United States Small Business Administration, as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta") to lift the judicial stay and injunction contained in this Court's Order dated February 2, 2000 (the "Moneta Receivership Order") for the limited purpose of evicting any and all occupants from the property identified as Plat 379, Lots 8, 9, 158, 159, 425, 426 and 445, Plat 380, Lots 1, 3 and 281 and Plat 381, Lots 38, 39, 40 and 41 (the "Property"), is hereby GRANTED, and

1. The judicial stay contained in the Moneta Receivership Order is hereby lifted for the specific limited purpose of allowing the Receiver to take any and all actions it deems necessary to evict any and all occupants from the Property; and

2. In all other respects and as pertaining to all other matters, claims and assets for which relief has not been specifically granted previously by this Court, the judicial stay and injunction contained in the Receivership Order shall remain in full force and effect.

SO ORDERED this 27th day of September 2005:

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX
UNITED STATES DISTRICT COURT JUDGE