**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
SEP 23 2005
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **MONETA CAPITAL CORPORATION** <br> **Defendant.** | ) | **Civil Case No. 99-565L** |

**NOTICE OF CHANGE OF ADDRESS and ASSIGNMENT OF CLAIM**

Dick & Hague, Ltd. gives notice that it has assigned its claim to William F. Hague, Jr. at the following address: 166 Wickford Point Rd., North Kingstown, RI 02852.

Dick & Hague Ltd.

by William F. Hague, Jr.
William F. Hague, Jr.

William F. Hague, Jr.
William F. Hague, Jr.
166 Wickford Point. Rd.
N. Kingstown, RI 02852

**CERTIFICATION**

I hereby certify that on the 21 day of September, 2005, I caused to be mailed to all the attorneys of record, a copy of this Notice and Assignment.

William F. Hague, Jr.
William F. Hague, Jr.