**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MONETA CAPITAL CORPORATION**<br><br>**Defendant.** | ) | **Civil Case No. 99-565L** |

**MOTION FOR DISTRIBUTION OF FUNDS AND TO PURGE ARNOLD KILBERG'S CONTEMPT**

COMES NOW the United States Small Business Administration ("SBA") in its capacity as court-appointed receiver ("the Receiver") of Moneta Capital Corporation ("Moneta") and, by and through its undersigned counsel, hereby moves this Court for entry of an Order allowing the immediate distribution of $427,399.00, together with accrued interest (the "Fund"), to the Receiver thereby satisfying the monetary amounts necessary to purge Mr. Kilberg's contempt of Court.[1] As grounds, the Receiver submits that it was permitted to attach the interest of certain properties owned by Mr. Kilberg's alter ego Hamlet Properties, LLC, ultimately resulting in the deposit of the Fund with this Court, and that the Receiver is entitled to apply those monies to purge Mr. Kilberg's

[1] a. by Order dated January 31, 2002 (Docket No. 139), this Court ordered Kilberg to show cause why he should not be held in contempt for failing to turn over proceeds due to Moneta from American Shipyard;

b. by Order dated April 26, 2002 (Docket No. 149 ) this Court held Kilberg in contempt of the Court's Order of February 2, 2002 for failure to show cause;

c. by Order dated May 15, 2002 (Docket No. 154), this Court ordered Acropolis and Kilberg to turn over to the Receiver the funds collected by Acropolis from the sale of various parcels of real property in Brewster, Massachusetts.

contempt. In further support of this Motion, the Receiver submits the Memorandum of law filed herewith and incorporated herein by reference.

UNITED STATES
SMALL BUSINESS ADMINSTRATION AS
RECEIVER OF MONETA CAPITAL CORPORATION
By its Attorneys,
Shechtman Halperin Savage, LLP,

Thomas E. Carlotto
R.I. Bar No. 6088
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 (fax)

Dated: December 7, 2005

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**RECEIVER'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR DISTRIBUTION OF FUNDS AND TO PURGE ARNOLD KILBERG'S CONTEMPT**

In support of its Motion For Distribution of Funds and to Purge Arnold Kilberg's Contempt, which motion is simultaneously filed herewith, the United States Small Business Administration ("SBA") as Receiver (the "Receiver") for Moneta Capital Corporation ("Moneta") states as follows:

**Factual Background**

On February 2, 2000, the United States District Court for the District of Rhode Island, Lisi, J., (the "Court") entered a judicial stay order in connection with United States of America v. Moneta Capital Corporation, Case No. 99-565L, ("the Receivership Order")(Docket No. 19). As set forth in Paragraph 1 of the Receivership Order, the Receivership Court took "exclusive jurisdiction of Moneta . . . and all of its assets, wherever located . . ." Pursuant to Paragraph 4 of the Receivership Order, all parties having custody or possession of any property belonging to Moneta are required to turn that property over to the Receiver.

Subsequent to the entry of the Receivership Order, Arnold Kilberg ("Kilberg"), the former principal of Moneta, was found to have violated this Court's directive by collecting

monies belonging to the Receivership estate and was ordered to turn monies over to the Receiver.[1] Kilberg failed to comply with this Court's Orders directing payment to the Receiver and on April 10, 2003, Kilberg was found to be in contempt of four previous Orders of this Court. In connection with the Court's finding of contempt, Writs of Attachment issued against Kilberg's assets in the amount of $427,399.60 and Kilberg was ordered to provide a written list of his assets. Absent from the list of assets is any reference to Kilberg's interest in an entity known as Hamlet Properties, LLC ("Hamlet").

On or about October 1, 2003, the Receiver learned of the impending sale by Hamlet of properties located at 99 Wayland Avenue, Providence, and 111 Wayland Avenue, Providence (the "Hamlet Properties"). Consistent with its obligation to marshal assets and based upon findings made in the Rhode Island Superior Court by Justice Silverstein in Anjoorian v. Kilberg civil action 94-1125,[2] treating Hamlet as among a number of entities with a common fund attributable to Mr. Kilberg, the Receiver sought to attach the Hamlet Properties and, to the extent necessary, the sale proceeds thereof.

Judge Smith heard the Receiver's Motion for attachment on an expedited basis and granted the requested relief. Pursuant to the Order entered by Judge Smith, Writs of Attachment issued against Hamlet in the amount of $427,399.60. The Writs of Attachment were duly

---

[1] a. by Order dated January 31, 2002 (Docket No. 139), this Court ordered Kilberg to show cause why he should not be held in contempt for failing to turn over proceeds due to Moneta from American Shipyard;

b. by Order dated April 26, 2002 (Docket No. 149 ) this Court held Kilberg in contempt of the Court's Order of February 2, 2002 for failure to show cause;

c. by Order dated May 15, 2002 (Docket No. 154), this Court ordered Acropolis and Kilberg to turn over to the Receiver the funds collected by Acropolis from the sale of various parcels of real property in Brewster, Massachusetts.

[2] Justice Silverstein has ruled in Anjoorian v. Kilberg, C.A. No. 94-1125, that certain entities of Kilberg (including Hamlet) utilize a common treasury "when and where it suits the interest of Kilberg so that there is a disregard of the corporate structure." Hearing Transcript dated January 11, 2002

recorded with the Land Evidence Records for the City of Providence prior to the sale of the Properties.

Subsequent to the Order permitting the attachment of the Hamlet Properties, In United States of America v. Fairway Capital Corporation, 00-035L (the "Fairway Receivership"), this Court entered an Order (the "Fairway Jurisdictional Order") on January 8, 2004, determining that "Governor Financial Center, LLC, Rosedale Properties, LLC, Northeast Capital Corporation, Hamlet Properties, LLC, Acropolis Enterprises, Inc., Pantheon Enterprises, Inc., Arnold Kilberg & Co., and London Exchange are alter egos of Arnold Kilberg . . ." A true and accurate copy of the Fairway Jurisdictional Order is annexed hereto as Exhibit A. In the Fairway Jurisdictional Order, the Court also defined the scope and jurisdiction of the Fairway Receivership necessitating lift of the judicial stay in that proceeding to pursue Hamlet and its assets. In addition to the entry of the Fairway Jurisdictional Order, Mr. Kilberg filed for personal bankruptcy in the Bankruptcy Court for the District of Rhode Island and Hamlet was petitioned into receivership in the Superior Court of the State of Rhode Island sitting in Providence.

The Moneta Receiver has obtained relief from the stay in Mr. Kilberg's bankruptcy proceeding as well as relief in both the Fairway Receivership and the Hamlet Receivership proceedings in order to seek the distribution of monies from the Registry of this Court.

## ARGUMENT

The determination made in the Fairway Jurisdictional Order that Hamlet is an alter ego of Arnold Kilberg and Justice Silverstein's piercing of the corporate veil of Hamlet and other entities in Anjoorian v. Kilberg, later adopted in Lovett v. Kilberg, are entitled to recognition in this proceeding. See Matsushita Elec. Indus. Co. v. Epstein, 516 U.S. 367; 116 S. Ct. 873; 134 L. Ed. 2d 6 1996. Because Hamlet and Kilberg are alter egos, they are to be treated as one

subject to this Court's Orders directing payment to the Receiver and for issuance of Writs of Attachment. See Nat'l Hotel Assocs. v. O. Ahlborg & Sons, Inc., 827 A.2d 646 (RI. 2003).

Because Hamlet and Kilberg are to be treated as one, the Order requiring Kilberg to pay $427,399.60 is enforceable against Hamlet. Because Hamlet's assets are available to satisfy Kilberg's obligations, there can be no dispute that the Receiver is entitled to the release of a portion of the proceeds from the sale of the Hamlet Properties to satisfy the prior Order of this Court directing Kilberg to pay said sum. Upon distribution of the sum of $427,399.60 (together with accrued interest from the date of deposit) Mr. Kilberg's contempt should be purged.

## CONCLUSION

For the foregoing reasons, the Receiver respectfully requests that this Court enter an Order directing the Clerk of the Court to distribute the sum of $427,399.60, together with accrued interest from the date of deposit, to the Receiver and that upon such distribution Mr. Kilberg's contempt of court shall be purged.

THE UNITED STATES
SMALL BUSINESS ADMINSTRATION AS RECEIVER
FOR MONETA CAPITAL CORPORATION
By its Attorneys,
Shechtman Halperin Savage, LLP,

Thomas E. Carlotto
R.I. Bar No. 6088
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 (fax)

Dated: December 7, 2005

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT the foregoing Motion and Memorandum in Support Thereof was sent on the 8th day of December 2005 via first class mail, postage prepaid, to the following:

Jeffrey C. Schreck, Esquire
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
642 Blackstone Boulevard
Providence, RI 02906

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith & Cohen, LLP
10 Weybossett Street
Providence, RI 02903

Louis Geremia, Esquire
Geremia & DeMarco, Ltd.
1350 Division Road, # 102
West Warwick, RI 02893

Joseph Ferrucci, Esquire
Ferrucci Russo
55 Pine Street
Providence, RI 02903

Kevin D. Heitke, Esquire
P.O. Box 556
1452 Broncos Highway
Harrisville, RI 02830-0556

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell, LLC
2800 Financial Plaza
Providence, RI 02903-2499

Norman J. Bolotow, Esquire
95 Chestnut Street
Providence, RI 02903

Patricia Betz
238 Armington Street
Cranston, RI 02905

Patricia Betz
c/o Wayne Kezirian, Esq.
128 Dorrance Street
Providence, RI 02903

Gregory T. Parkos Revocable Trust 1994
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Leon Stand
Attorney at Law
360 Lexington Avenue
New York, NY 10017

Gibraltar Corporation
1 Richmond Square
Providence, RI 02906

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Joan Kilberg
642 Blackstone Blvd
Providence, RI 02906

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine, Esq. PC
321 South Main Street, Ste. 302
Providence, RI 02903

Thomas Almeida, Town Solicitor
Town of Cumberland
PO Box 7
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

Ann Mitchell, Esquire
Toll Brothers
3103 Philmont Avenue
Huntington Valley, PA 19006

James Callahan
269 Chapman Street
Canton, MA 02021

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Pamela Lynn Colon
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

William F. Hague, Jr.
166 Wickford Point Road
North Kingstown, RI 02852

Township of Hopewell, N.J.
c/o Steven P. Goodell, Esquire
Herbert Van Ness Cayci & Goodell,
P.C.
22 Chambers
Princeton, NJ 08542

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

167 Hotel on the Cay Timeshare
Owners
c/o Donovan M. Hamm, Jr.
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Waste Management of Rhode Island
575 West Street # 210
Mansfield, MA 02048-1164

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Henry Varra
350 Chestnut Street
West Newton, MA 02465

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

Frank D. Kirby, Esquire
Frank D. Kirby & Associates
320 West Second Street Ofc
Boston, MA 02127

Amy Page Oberg, Esquire
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, Rhode Island 02903

Gregory Hamilton, Esquire
Law Offices of Gregory Hamilton
P.O. Box 2376
Providence, RI 02906

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

John W. Dineen, Esq.
Yesser Glasson & Dineen
One Providence Washington Plaza
Providence, RI 02903

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trial, 2nd Floor
East Greenwich RI 02818

Jeniffer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

City Collector
City Hall
25 Dorrance Street
Providence, RI 02903

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Capital Corp.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Joseph M. DiOrio, Esquire
Law Offices of Joseph M. DiOrio
10 Dorrance Street, Suite 1200
Providence, RI 02903

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

David B. Sholem
Meyer Capel, A Professional Corporation
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Christine Bush, Esquire
Duffy & Sweeney, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

Northeast Capital Corporation
c/o Arnold Kilberg & Company
642 Blackstone Boulevard
Providence, RI 02906

United States Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Metacom Medical Assoc., Inc.
Profit Sharing Plan
Paul Agatiello Pension Plan
C/o Paul Agatiello, M.D.
220 Sanctuary Drive
East Greenwich, RI 02818

Acropolis Enterprises, Inc.
Arnold Kilberg & Co.
1 Financial Plaza Ste. 1800
Providence, RI 02903

Ming Zhang & Qui Zhang
130 Surrey Drive
Wethersfield, CT 06109

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

William R. Grimm, Esquire
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Eugenia Carris, Esq.
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Frank T. Caprio, Esq.
Caprio & Caprio
One Center Place
Providence, RI 02903

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Everett Petronio, Esquire
1239 Hartford Avenue
Johnston, RI 02919

Timothy T. More, Esquire
50 South Main Street
Providence RI 02903

Joseph Avanzato, Esquire
Adler Pollock & Sheehan PC
2300 Financial Plaza
Providence RI 02903

Julie A. Zaccagnini