**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff,

v.

C.A. No. 99-565 L

MONETA CAPITAL CORPORATION,
Defendant.

**MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST FOR ACCOUNTING**

Now come Nancy Troy Lovett, the Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust (the "Lovetts"), through counsel, and move for an order requiring the Moneta Receiver to provide an accounting of receivership expenses incurred by it and principal and interest due the Lovetts under their participation agreements in connection with the land in Warwick, Rhode Island that is the site of the former Rocky Point Amusement Park and adjacent cottages. In support of their motion, the Lovetts rely upon the accompanying Memorandum of Law.

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: April 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST FOR ACCOUNTING was mailed, postage prepaid, on this 17th day of April, 2006 to:

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860

Arlene Embrey, Esq.
US Small Business Administration
Trial Attorney
Office of the General Counsel, 7th Floor
409 3rd Street, S.W.
Washington, DC 20416

848249_1/3210-2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONETA CAPITAL CORPORATION,<br>Defendant. | C.A. No. 99-565 L |

**MEMORANDUM IN SUPPORT OF MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST FOR ACCOUNTING**

Nancy Troy Lovett, the Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust (the "Lovetts"), through counsel, have moved for an accounting of receivership expenses incurred by the Moneta Receiver and principal and interest due the Lovetts under their participation agreements in connection with the land in Warwick, Rhode Island that is the site of the former Rocky Point Amusement Park and adjacent cottages (the "Rocky Point Property"). The Lovetts first requested this accounting by letter dated December 2, 2005. Exhibit A. The Lovetts have repeated this request by letters dated January 31, 2006 and March 1, 2006. Exhibits B and C. To date, no accounting has been provided.

The Lovetts are participants in a $5 million loan secured by the Rocky Point Property (the "Loan"). Their participation agreements provide that they are entitled to review books and records relating to the Loan, and that the lead lender "will from time to time, at the request of Participant, furnish to Participant such information as it may have or be able to obtain with respect to the Loan, the carrying out of the provisions thereof and/or the condition and operations of the Borrowers and any guarantors of the Loan." Exhibit D, Nancy Lovett

Participation Agreement, section 4.2. The Court has previously ordered that the Moneta Receiver shall act as lead lender for the Loan participation group. It has also ordered that the Receiver shall administer the participations in accordance with the terms of the participation agreements. The Lovetts therefore request that the Court issue an order requiring the Moneta Receiver to provide the requested information within fourteen (14) days.

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: April 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MEMORANDUM IN SUPPORT OF MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST FOR ACCOUNTING was mailed, postage prepaid, on this 17th day of April, 2006 to:

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860

Arlene Embrey, Esq.
US Small Business Administration
Trial Attorney
Office of the General Counsel, 7th Floor
409 3rd Street, S.W.
Washington, DC 20416

848132_1/3210-2