PSH
PARTRIDGE SNOW & HAHN LLP
COUNSELORS AT LAW

Jeffrey H. Gladstone
jhg@psh.com

December 2, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Mr. Stephen D. Jones
U.S. Small Business Administration
Receiver for Moneta Capital Corporation
666 Eleventh Street, N.W.
Suite 200
Washington, DC 20001

Re: Lovett Rocky Point Participation Interests

Dear Mr. Jones:

As you know, the Lovetts hold three participations in the $5 million loan made by Fairway Capital Corporation to Rocky Point Amusements, et al., in September 1991. These are a $615,000 participation held by Nancy Troy Lovett; a $1,385,000 participation held by the Nancy Troy Lovett Self-Directed Individual Retirement Account; and a $600,000 participation held by the Raul Lovett Marital Trust.

Section 4.2 of the Participation Agreements provides that the Lender "will from time to time, at the request of Participant, furnish to Participant such information as it may have or be able to obtain with respect to the Loan." Pursuant to Section 4.2, we request on behalf of the Lovetts (1) the Receiver's calculation of principal and interest due to each of the Lovett participation interests; and (2) the Receiver's calculation of the Lender's expenses incurred to date in connection with the Rocky Point loan.

We would like to obtain this information in time to be of use in the Lovetts' year end planning. Please call me if you need any additional information or clarification.

Very truly yours,

Jeffrey H. Gladstone

JHG/tlc
cc: Ms. Nancy Troy Lovett
Arlene Embrey, Esq.
Robert K. Taylor, Esq.
829776_1/3210-2