PSH
PARTRIDGE SNOW & HAHN LLP
COUNSELORS AT LAW

Robert K. Taylor
rkt@psh.com

January 31, 2006

Thomas E. Carlotto, Esq.
Shechtman Halperin & Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Re: Rocky Point Receivership Expenses

Dear Tom:

As you know, on December 2, 2005 we requested an accounting of receivership expenses attributable to Rocky Point and of principal and interest due the Lovetts under their participation agreements. A copy of the request is attached. You indicated this morning that completing this accounting would take another two to three weeks. In light of the time that has already passed since the date of our request, we would appreciate the Receiver expediting this schedule as much as possible.

Very truly yours,

Robert K. Taylor

RKT/tlc

cc: Arlene M. Embrey, Esq.
Ms. Nancy Troy Lovett
Jeffrey H. Gladstone, Esq.

838828_1/3210-2