PSH
PARTRIDGE
SNOW & HAHN LLP
COUNSELORS AT LAW

Robert K. Taylor
rkt@psh.com

March 1, 2006

Thomas E. Carlotto, Esq.
Shechtman Halperin & Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Re: Nancy Troy Lovett Self-Directed Individual Retirement Account

Dear Tom:

By letters dated December 2, 2005 and January 31, 2006, we requested an accounting of receivership expenses attributable to Rocky Point and of principal and interest due the Lovetts under their participation agreements. When we last spoke, you estimated that the information would be forthcoming by mid to late February, 2006, but it has not yet been provided.

We renew our request for this information and ask that it be provided without further delay.

Very truly yours,

Robert K. Taylor

RKT/tlc

cc: Arlene M. Embrey, Esq.
Ms. Nancy Troy Lovett
Jeffrey H. Gladstone, Esq.

843975_1/3210-2