# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
Plaintiff, :
:
VS. : C.A. No.: 99-5651
:
MONETA CAPITAL CORPORATION :
Defendant. :

## STIPULATION

By agreement of the parties, the United States Small Business Administration, Receiver for Moneta Capital Corporation may have up to and including May 10, 2006 in order to respond to the Motion to Compel of Nancy Troy Lovett, The Nancy Troy Lovett Self-Directed Individual Retirement Account and The Raul Lovett Marital Trust relative to the above captioned matter.

Nancy Troy Lovett, The Nancy Troy Lovett Self-Directed Individual Retirement Account and the Raul Lovett Marital Trust

By their attorneys,
PARTRIDGE SNOW & HAHN, LLP

Robert K. Taylor By Permission MES

Robert K. Taylor, Esq. #6514
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210

United States Small Business Administration, as Receiver for Moneta Capital Corporation

By its attorneys,
SHECHTMAN HALPERIN SAVAGE, LLP.

Thomas E. Carlotto, Esq. #6088
1080 Main St
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 fax

Dated: May 1, 2006

Enter:
Ronald R. Lagueux
Sr. USDJ 5/4/06