# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v. C.A. No. 99-565 L

MONETA CAPITAL CORPORATION,

Defendant.

## NOTICE OF WITHDRAWAL OF MOTION

Now come Nancy Troy Lovett, the Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust (the "Lovetts") and hereby withdraw without prejudice, their motion for an order requiring the Moneta Receiver to provide an accounting of receivership expenses incurred by it and principal and interest due the Lovetts under their participation agreements in connection with the land in Warwick, Rhode Island that is the site of the former Rocky Point Amusement Park and adjacent cottages.

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 10, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION was mailed, postage prepaid, on this 10th day of May, 2006 to:

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860

Arlene Embrey, Esq.
US Small Business Administration
Trial Attorney
Office of the General Counsel, 7th Floor
409 3rd Street, S.W.
Washington, DC 20416

855708_1/3210-2