# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v. C.A. No. 99-565 L

MONETA CAPITAL CORPORATION,

Defendant.

## NOTICE OF WITHDRAWAL OF MOTION

Now come Nancy Troy Lovett, the Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust (the "Lovetts") and hereby withdraw without prejudice, their motion for an order requiring the Moneta Receiver to provide an accounting of receivership expenses incurred by it and principal and interest due the Lovetts under their participation agreements in connection with the land in Warwick, Rhode Island that is the site of the former Rocky Point Amusement Park and adjacent cottages.

Enter:
Ronald R. Lagueux
Sr. USDJ 5/11/06

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 10, 2006