# EXHIBIT A

## SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS

## JANUARY 1, 2005 - MARCH 31, 2006

**SBA, Receiver for Moneta Capital Corporation**

| | | 02/02/00 to 3/31/06 | 1/1/05 to 3/31/06 |
|---|---|---|---|
| **1. Cash on Hand, Beginning of Period** | | **$0.00** | **$489,382.24** |
| **2. Cash from Receivership Operations** | | | |
| **A. Receipts** | | | |
| Loan Payments | | 1,072,738.78 | 19,800.00 |
| Net Asset Sales | | 4,539,062.84 | 1,078,756.48 |
| Rental Income | | 152,170.00 | 0.00 |
| Insurance Settlement | | 9,999.48 | 0.00 |
| Interest Earned | | 43,125.45 | 17,495.17 |
| Anjoorian Settlement | | 76,886.27 | 0.00 |
| Miscellaneous Other Income | | 1,353.43 | 14.30 |
| | Sub-Total | **5,895,336.25** | **1,116,065.95** |
| **B. Disbursements** | | | |
| Legal, Accounting & Agent Fees | | 1,499,835.52 | 239,153.69 |
| Other Professional Fees | | 10,551.58 | 0.00 |
| Real Estate Taxes | | 3,873,478.67 | 370,954.07 |
| Insurance | | 176,815.87 | 23,690.00 |
| Rent & Overhead Allocation | | 204,752.82 | 34,955.69 |
| Utilities, Real Estate Owned | | 202,171.37 | 47,503.11 |
| Maintenance & Repair, REO | | 175,213.45 | 82,653.87 |
| Administrative Services | | 90,707.73 | 1,497.96 |
| Office Expense | | 13,910.42 | 1,390.84 |
| Engineering, Environmental, Demolition | | 115,487.84 | 26,205.65 |
| Appraisal Fees | | 41,235.00 | 0.00 |
| Advertising | | 28,066.46 | 5,532.10 |
| Property Management Fees | | 160,067.85 | 49,300.00 |
| Travel | | 37,703.99 | 2,857.12 |
| Security Services | | 227,135.03 | 164,021.64 |
| Brokerage Fees | | 2,299.20 | 0.00 |
| Corporate Taxes & Compliance | | 12,327.67 | 4,493.35 |
| Bank Charges | | 8,212.17 | 1,304.81 |
| Furniture & Equipment | | 1,550.50 | 0.00 |
| Deposition Fees | | 541.50 | 0.00 |
| Miscellaneous | | 208.00 | 0.00 |
| Rocky Beach Payment | | 85,000.00 | 85,000.00 |
| | Sub-Total | **6,967,272.64** | **1,140,513.90** |
| **Other Disbursements** | | | |
| Loan Payoff, Ocwen Bank | | 1,750,000.00 | 0.00 |
| Funding for Hotel on the Cay | | 250,000.00 | 0.00 |
| SBA Disaster Loan Payoff | | 138,599.78 | 0.00 |
| Payments to Participants | | 343,080.93 | 343,080.93 |
| | Sub-Total | **2,481,680.71** | **343,080.93** |
| **Total Disbursements** | | **9,448,953.35** | **1,483,594.83** |
| **Net Cash (Loss)** | | **-3,553,617.10** | **121,853.36** |
| **3. Borrowings for Receivership Operations** | | | |
| Receiver's Certificates from SBA | | 5,850,000.00 | 250,000.00 |
| Less: Receiver's Certificates Repaid to SBA | | 1,924,529.54 | 0.00 |
| **Total Cash on Hand at March 31, 2006** | | **$371,853.36** | **$371,853.36** |