RECEIVED
JUN 01 200[illegible]
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | **Judge Lagueux** |
| **Defendant.** | ) | |

## ORDER

THIS CAUSE COMING on the Motion for an Entry of an Order Approving and Confirming the Fifth Receiver's Report for the Period January 1, 2005 through March 31, 2006 filed by the United States Small Business Administration, the court-appointed receiver ("the Receiver") for Moneta Capital Corporation in this action, and this Court having considered the Motion and the Fifth Receiver's Report, and the exhibits thereto, and being duly advised as to the merits:

**IT IS HEREBY ORDERED THAT**

1. The Receiver's Motion is granted in its entirety; and

2. The Fifth Receiver's Report for the period through and every act, transaction and receipt and disbursement reported therein, are hereby approved and confirmed.

**SO ORDERED:**

This 22 day of June, 2006, in Providence, Rhode Island.

Ronald R. Lagueux
THE HONORABLE RONALD R. LAGUEUX
SENIOR UNITED STATES DISTRICT COURT JUDGE
6/21/06