**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565-L** |
| **MONETA CAPITAL CORPORATION** | ) | **Judge Lagueux** |
| **Defendant.** | ) | |

**MOTION FOR DETERMINATION AND ORDER**
**REGARDING THE DEMAND OF THE CITY OF WARWICK**
**TO DEMOLISH CERTAIN STRUCTURES**

COMES NOW the United States Small Business Administration ("SBA") in its capacity as court-appointed receiver ("the Receiver") of Moneta Capital Corporation ("Moneta") and, by and through its undersigned counsel, hereby moves this Court for a determination that (1) the Receiver has the responsibility as the owner of that certain property commonly known as "Rocky Point" (the "Property") to comply with the demands made by the City of Warwick to remediate certain conditions deemed by the City to be unsafe and/or hazardous within the meaning of R.I.G.L. §23-27.3-100 et. seq .; (2) determining that the provisions of the Purchase and Sale Agreements entered into between the Receiver and Vanderbilt Capital, LLC (the "Buyer") for the sale of the Property require the Buyer to pay for the remediation demanded by the City; and (3) ordering the Buyer to pay for such remediation.

WHEREFORE, the Receiver requests that this Court enter an Order determining (1) that as of November 2006, the Receiver has the responsibility as the owner of the Property to comply with the City's demands for demolition of certain structures on the Property; (2) determining that the Buyer is obligated under the Purchase and Sale Agreements to pay for the remediation demanded by the City; and (3) ordering the Buyer to pay for such remediation.

Respectfully submitted,

/s/ Thomas E. Carlotto

Thomas E. Carlotto, Esquire
Shechtman Halperin Savage, LLP
As Attorneys for the Receiver of
Moneta Capital Corporation
1080 Main Street
Pawtucket, RI 02860
Telephone: (401) 272-1400
Facsimile: (401) 272-1403

Dated: November 21, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2006, I sent a copy of the foregoing Motion and accompanying Memorandum to the following via electronic means and regular mail:

Robert Stolzman, Esq.
Adler Pollock & Sheehan
1 Citizens Plaza, 8th Floor
Providence, RI 02903

John Earle, Esq.
City Solicitor
City of Warwick
3275 Post Road
Warwick, RI 02886

/s/ Thomas E. Carlotto