IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 99-565L |
| | ) | |
| MONETA CAPITAL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

David A. Wollin, Esq. of the law firm of Adler Pollock & Sheehan PC hereby enters his appearance on behalf of Toll Brothers, Inc. and Vanderbilt Capital, LLC.

Respectfully submitted,

*/s/ David A. Wollin*

David A. Wollin (#4950)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Dated: December 4, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage pre-paid, this 4th day of December 2006, to the following:

| | | |
|---|---|---|
| Jeffrey C. Schreck, Esq.<br>One Providence Washington Plaza<br>Fifth Floor<br>Providence, RI 02903 | Northeast Capital Pension Trust<br>c/o Arnold Kilberg & Co.<br>285 Governor Street<br>Providence, RI 02906 | William J. Delaney, Esq.<br>Tillinghast, Licht, Perkins,<br>Smith & Cohen, LLP<br>10 Weybossett Street<br>Providence, RI 02903 |
| Michael W. Carroll<br>Law Office of Michael W. Carroll<br>72 Pine Street<br>Providence, RI 02903 | Joseph Michael DiOrio<br>Law Office of Joseph DiOrio<br>10 Dorrance St., Suite 1200<br>Providence, RI 02903 | Douglas J. Gervolino<br>Kirby & Marullo<br>314 West Second Street<br>South Boston, MA 02127 |
| Frank D. Kirby<br>Kirby & Marullo<br>314 West Second Street<br>South Boston, MA 02127 | H. Marc Tepper<br>Buchanan Ingersoll, P.C.<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985 | Robert D. Wieck<br>MacAdams & Wieck Inc.<br>101 Dyer Street<br>Providence, RI 02903 |
| Louis A. Premia, Esq.<br>Geremia & DeMarco, Ltd.<br>99 Wayland Avenue<br>Providence, RI 02906 | Joseph Ferrucci, Esq.<br>Ferrucci Russo<br>49 Weybosset St.<br>Providence, RI 02903 | Lisa Dinerman, Esq.<br>Assistant United States<br>Attorney<br>50 Kennedy Plaza<br>Providence, RI 02903 |
| Allan E. Hanson, Esq.<br>U.S. Small Business<br>Administration<br>380 Westminster Street<br>Providence, RI 02903 | Andrew S, Richardson, Esq.<br>Ch. 7 Trustee<br>C.R. Amusements, LLC<br>182 Waterman Street<br>Providence, RI 02906 | Jeffrey H. Gladstone, Esq.<br>Robert Taylor, Esq.<br>Partridge, Snow & Hahn<br>180 South Main Street<br>Providence, RI 02903 |
| Edward Bertozzi, Esq.<br>Edwards Angell Palmer & Dodge<br>2800 Financial Plaza<br>Providence, RI 02903-2499 | Norman J. Bolotow, Esq.<br>99 Wayland Avenue<br>Providence, RI 02906 | Patricia Betz<br>238 Armington Street<br>Cranston, RI 02905 |
| David B. Sholem<br>Meyer Capel<br>306 West Church Street<br>P.O. Box 6750<br>Champaign, IL 61826-6750 | Gregory T. Parkos Revocable<br>Trust<br>Joan M. Parkos Revocable<br>Trust 1994<br>c/o Norman J. Bolotow, Esq.<br>99 Wayland Avenue<br>Providence, RI 02906 | Ruth Haber Schonbrun<br>3507 Oak Way<br>Palm Air<br>Apartment 508<br>Pompano Beach, FL 33068 |

| | | |
|---|---|---|
| Estate of Arthur Schonbrun<br>c/o Lynn Stand, Executrix<br>555 North Avenue<br>Fort Lee, NJ 07024 | Leon Stand<br>Attorney at Law<br>360 Lexington Avenue<br>New York, NY 10017 | Gibraltar Corporation<br>1 Richmond Square<br>Providence, RI 02906 |
| Paul Agatiello, 401K Pension Plan<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 | Joan Kilberg<br>3554 Pine Lake CT<br>Delray Beach, FL 33445-9045 | Jeannine Bourassa<br>71 Bliss Road<br>Newport, RI 02840 |
| Peter G. Berman, Esq.<br>Raskin & Berman<br>116 East Manning Street<br>Providence, RI 02906 | Craig M. Scott, Esq. and<br>Stacey Nakasian, Esq.<br>Duffy & Sweeney, Ltd.<br>300 Turks Head Building<br>Providence, RI 02903 | Lawrence L. Goldberg, Esq<br>96 Jefferson Boulevard<br>Warwick, Rhode Island<br>02888 |
| Richmond Square Capital Corp.<br>Attn: Harold Schein<br>1 Richmond Square<br>Providence, RI 02906 | Pamela Lynn Colon<br>Law Office of Lee Rohn<br>1101 King Street<br>Christiansted, St Croix,<br>U.S. Virgin Islands 00820 | K. Joseph Shekarchi, Esq.<br>33 College Hill Road, Suite<br>15-E<br>Warwick, RI 02886 |
| Frederick Raffeto, Esq.<br>McLaughlin, Bennett,<br>Monmouth Shores Corporate Park<br>1350 Campus Parkway<br>Neptune, NJ 07753 | Dick & Hague, Ltd.<br>1239 Hartford Avenue<br>Suite 3A<br>Johnston, RI 02919 | Waste Management of<br>Rhode Island<br>575 West Street # 210<br>Mansfield, MA 02048-1164 |
| Thomas Almeda, Town Solicitor<br>Town of Cumberland<br>P.O. Box 7<br>Cumberland, RI 02864 | Township of Hopewell, N.J.<br>c/o Frederick Raffetto, Esq.<br>Monmouth Shores Corp. Park<br>Wall Township<br>1305 Campus Pkwy.<br>Neptune, NJ 07753 | Tax Collector<br>Cumberland Fire District<br>1530 Mendon Road<br>Cumberland, RI 02864 |
| Town of Dighton, Massachusetts<br>Attn: Brendan Herbeck<br>Office of Town Clerk<br>979 Somerset Avenue<br>Dighton, MA 02715 | Ocean State Planners<br>1255 Oaklawn Avenue<br>Cranston, RI 02920 | John C. Gyorgy, Esq.<br>Noel & Gyorgy, LLP<br>50 South Main Street<br>Providence, RI 02903 |
| John Dean, Esq.<br>Boisseau, & Dean LLP<br>155 South Main Street, Ste. 405<br>Providence, RI 02903 | City of Providence<br>Tax Collector<br>City Hall<br>25 Dorrance<br>Providence, RI 02903 | Richard Michaels, Esq.<br>Mintz Levin<br>1 Financial Center<br>Boston, MA 02111 |

| | | |
|---|---|---|
| Ann Mitchell, Esq.<br>Toll Brothers<br>3103 Philmont Avenue<br>Huntington Valley, PA 19006 | Francis and Rita DiMento<br>c/o DiMento & Sullivan<br>7 Fanueuil Hill Marketplace<br>Boston, MA 02169 | Henry Varra<br>350 Chestnut Street<br>West Newton, MA 02465 |
| James Callahan<br>269 Chapman Street<br>Canton, MA 02021 | 167 Hotel on the Cay<br>Timeshare<br>c/o Donovan M. Hamm, Jr.<br>Attorney at Law<br>5030 Anchor Way, Gallows Bay<br>St Croix, U.S. Virgin Islands 00820 | Belisle Group<br>c/o Donovan M. Hamm, Jr.<br>Hamm & Barry<br>5030 Anchor Way,<br>Christianstead<br>U.S. Virgin Islands 00820 |
| Rodio & Brown, Ltd.<br>Stephen A. Rodio, Esq.<br>91 Friendship Street<br>Providence, RI 02903 | Jennifer C. Christopher<br>c/o Pamela Lynn Colon<br>Law office Lee J. Rohn<br>101 King Street, Suite 2<br>Christianstead St. Croix 00820 | Northeast Capital Corporation<br>c/o Arnold Kilberg & Company<br>285 Governor Street<br>Providence, RI 02906 |
| Phillip Belisle<br>1916 Rimsdale Drive<br>Myrtle Beach, SC 29575 | City Collector<br>City Hall<br>25 Dorrance Street<br>Providence, RI 02903 | United States Department of Labor<br>Office of the Solicitor<br>John F. Kennedy Federal Building<br>Room -375<br>Boston, MA 02203 |
| Frank D. Kirby, Esq.<br>Frank D. Kirby & Associates<br>111 West 8th" Street, Suite D<br>So. Boston, Massachusetts 02127 | Thomas W. Rigby, III, Esq.<br>SBA as Receiver for Fairway Cap.<br>Office of General Counsel<br>4093rd Street, SW, 7th Floor<br>Washington, DC 20416 | Metacom Medical Assoc., Inc.<br>Paul Agatiello Pension Plan<br>c/o Paul Agatiello, M.D.<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 |
| Harris K. Weiner, Esq.<br>Law Office of Jeffrey B. Pine<br>321 South Main Street, Ste. 302<br>Providence, RI 02903 | Cheryl Asquino, Esq.<br>Narragansett Bay Commission<br>One Service Road<br>Providence RI 02905 | Acropolis Enterprises, Inc.<br>285 Governor Street<br>Providence, RI 02906 |
| Gregory Hamilton, Esq.<br>Law Offices of Gregory Hamilton<br>319 Hope Street<br>Providence, RI 02906 | Liu & Lu Realty, LLC<br>2856 Main Street<br>Glastonbury, CT 06033 | Ming Zhang & Qui Zhang<br>130 Surrey Drive<br>Wethersfield, CT 06109 |

| | | |
|---|---|---|
| Gary Dale Kilberg<br>90 Irving Avenue<br>Providence, Rhode Island 02906 | Karen Davidson, Esq.<br>1 Ship Street<br>Providence, RI 02903 | Arnold Goodstein<br>Vanderbilt Capital, LLC<br>136 West Richardson Avenue<br>Summerville, SC 29483 |
| Neal J. McNamara, Esq.<br>Holland & Knight, LLP<br>One Financial Plaza<br>Suite 1800<br>Providence, RI 02903 | Steven M. McInnes, Esq.<br>Attorney for American Shipyard Company, LLC<br>38 Bellevue Ave.<br>Newport, RI 02840 | Gina Martin, Esq.<br>GOODWIN PROCTER, LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109 |
| Vincent A. Indeglia, Esq.<br>Indeglia & Associates<br>1485 South County Trial<br>2nd Floor<br>East Greenwich RI 02818 | Christine Bush, Esq.<br>Duffy & Sweeney, LTD<br>One Turks Head Place<br>Suite 1200<br>Providence, RI 02903 | William R. Grimm, Esq.<br>Hinckley, Allen & Snyder LLP<br>1500 Fleet Center<br>Providence, RI 02903 |
| Patrick Conley, Esq.,<br>1445 Wampanoag Trail<br>Suite 203<br>East Providence, RI 02915 | Blish & Cavanagh, LLP<br>30 Exchange Terrace<br>Providence RI 02903 | Everett Petronio, Esq.<br>1239 Hartford Avenue<br>Johnston, RI 02919 |
| Mark A. Fay, Esq.<br>Murphy & Fay, LLP<br>127 Dorrance Street, 2nd Floor<br>Providence, RI 02903 | Keven McKenna, Esq.<br>23 Acorn Street<br>Providence, RI 02903 | Timothy T. More, Esq.<br>50 South Main Street<br>Providence RI 02903 |
| Domestic Bank<br>815 Reservoir Avenue<br>Cranston, RI 02910 | Frank T. Caprio, Esq.<br>Caprio & Caprio<br>One Center Place<br>Providence, RI 02903 | Joseph Avanzato, Esq.<br>Adler Pollock & Sheehan PC<br>One Citizens Plaza, 8th Floor<br>Providence RI 02903 |
| John Earle, Esq.<br>City Solicitor<br>City of Warwick<br>3275 Post Road<br>Warwick, RI 02886 | | |

The following parties were served via electronic notice on December 4, 2006:

| | |
|---|---|
| Joseph Avanzato | javazanto@apslaw.com; vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com |

| | |
|---|---|
| | proefile@nixonpeabody.com; myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.rii.gov; randrade@riag.ri.gov |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston W. Halperin | phalperin@shslawfirm.com; dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| Robert K. Taylor | rkt@psh.com; tlc@psh.com |
| Harris K. Weiner | hkw@pinelaw.com; llk@pinelaw.com |

*/s/ David A. Wollin*

*401110_1.doc*