IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONETA CAPITAL CORPORATION<br>Defendant. | ) | Civil Case No. 99-565L |

**MOTION FOR EXTENSION OF TIME**

Toll Brothers, Inc. and Vanderbilt Capital, LLC hereby move to extend the time for Toll Brothers, Inc. and/or Vanderbilt Capital, LLC to respond to the SBA's Motion for Determination and Order Regarding the Demand of the City of Warwick to Demolish Certain Structures until Thursday January 4, 2007. The United States Small Business Administration in its capacity as Receiver of Moneta Capital Corporation has assented to this motion.

Respectfully submitted,

Granted!
Ronald R. Lagueux
Sr. USDJ 12/5/06

/s/ David A. Wollin
David A. Wollin (#4950)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Attorneys for Toll Brothers, Inc. and
Vanderbilt Capital, LLC