IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 99-565L |
| | ) | |
| MONETA CAPITAL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**MOTION FOR EXTENSION OF TIME**

Toll Brothers, Inc. and Vanderbilt Capital, LLC hereby move to extend the time for Toll Brothers, Inc. and/or Vanderbilt Capital, LLC to respond to the Motion of the City of Warwick, Rhode Island to Intervene for Limited Purpose until Thursday, January 4, 2007. The City of Warwick, Rhode Island has assented to this motion.

Respectfully submitted,

*/s/ David A. Wollin*
David A. Wollin (#4950)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Attorneys for Toll Brothers, Inc. and
Vanderbilt Capital, LLC

Assented to by:
City of Warwick, Rhode Island
By its City Solicitor

*/s/ John G. Earle*

John G. Earle #2406
Breslin, Sweeney & Earle, LLP
222 Jefferson Blvd., Suite 300
Warwick, RI 02888
(401) 737-8484 (phone)
(401) 738-6935 (fax)

Dated: December 13, 2006

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage pre-paid, this 13th day of December 2006, to the following:

| | | |
|---|---|---|
| Acropolis Enterprises, Inc.<br>285 Governor Street<br>Providence, RI 02906 | Paul Agatiello, 401K Pension Plan<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 | Thomas Almeda, Town Solicitor<br>Town of Cumberland<br>P.O. Box 7<br>Cumberland, RI 02864 |
| Cheryl Asquino, Esq.<br>Narragansett Bay Commission<br>One Service Road<br>Providence RI 02905 | Belisle Group<br>c/o Donovan M. Hamm, Jr.<br>Hamm & Barry<br>5030 Anchor Way,<br>Christianstead<br>U.S. Virgin Islands 00820 | Phillip Belisle<br>1916 Rimsdale Drive<br>Myrtle Beach, SC 29575 |
| Blish & Cavanagh, LLP<br>30 Exchange Terrace<br>Providence RI 02903 | Norman J. Bolotow, Esq.<br>99 Wayland Avenue<br>Providence, RI 02906 | Jeannine Bourassa<br>71 Bliss Road<br>Newport, RI 02840 |
| Rodio & Brown, Ltd.<br>Stephen A. Rodio, Esq.<br>91 Friendship Street<br>Providence, RI 02903 | Christine Bush, Esq.<br>Duffy & Sweeney, LTD<br>One Turks Head Place<br>Suite 1200<br>Providence, RI 02903 | James Callahan<br>269 Chapman Street<br>Canton, MA 02021 |
| City of Providence<br>Tax Collector<br>City Hall<br>25 Dorrance<br>Providence, RI 02903 | Pamela Lynn Colon<br>Law Office of Lee Rohn<br>1101 King Street<br>Christiansted, St Croix,<br>U.S. Virgin Islands 00820 | Patrick Conley, Esq.,<br>1445 Wampanoag Trail<br>Suite 203<br>East Providence, RI 02915 |
| Karen Davidson, Esq.<br>1 Ship Street<br>Providence, RI 02903 | John Dean, Esq.<br>Boisseau, & Dean LLP<br>155 South Main Street, Ste. 405<br>Providence, RI 02903 | Town of Dighton, Massachusetts<br>Attn: Brendan Herbeck<br>Office of Town Clerk<br>979 Somerset Avenue<br>Dighton, MA 02715 |

| | | |
|---|---|---|
| Francis and Rita DiMento<br>c/o DiMento & Sullivan<br>7 Fanueuil Hill Marketplace<br>Boston, MA 02169 | Domestic Bank<br>815 Reservoir Avenue<br>Cranston, RI 02910 | John Earle, Esq.<br>City Solicitor<br>City of Warwick<br>3275 Post Road<br>Warwick, RI 02886 |
| Joseph Ferrucci, Esq.<br>Ferrucci Russo<br>49 Weybosset St.<br>Providence, RI 02903 | Gibraltar Corporation<br>1 Richmond Square<br>Providence, RI 02906 | Arnold Goodstein<br>Vanderbilt Capital, LLC<br>136 West Richardson Avenue<br>Summerville, SC 29483 |
| Lawrence L. Goldberg, Esq<br>96 Jefferson Boulevard<br>Warwick, Rhode Island 02888 | John C. Gyorgy, Esq.<br>Noel & Gyorgy, LLP<br>50 South Main Street<br>Providence, RI 02903 | Northeast Capital Pension Trust<br>c/o Arnold Kilberg & Co.<br>285 Governor Street<br>Providence, RI 02906 |
| Gregory Hamilton, Esq.<br>Law Offices of Gregory Hamilton<br>319 Hope Street<br>Providence, RI 02906 | Allan E. Hanson, Esq.<br>U.S. Small Business Administration<br>380 Westminster Street<br>Providence, RI 02903 | Township of Hopewell, N.J.<br>c/o Frederick Raffetto, Esq.<br>Monmouth Shores Corp. Park<br>Wall Township<br>1305 Campus Pkwy.<br>Neptune, NJ 07753 |
| 167 Hotel on the Cay Timeshare<br>c/o Donovan M. Hamm, Jr.<br>Attorney at Law<br>5030 Anchor Way, Gallows Bay<br>St Croix, U.S. Virgin Islands 00820 | Gary Dale Kilberg<br>90 Irving Avenue<br>Providence, Rhode Island 02906 | Joan Kilberg<br>3554 Pine Lake CT<br>Delray Beach, FL 33445-9045 |
| Frank D. Kirby<br>Kirby & Marullo<br>314 West Second Street<br>South Boston, MA 02127 | Liu & Lu Realty, LLC<br>2856 Main Street<br>Glastonbury, CT 06033 | Gina Martin, Esq.<br>GOODWIN PROCTER, LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109 |
| Metacom Medical Assoc., Inc.<br>Paul Agatiello Pension Plan<br>c/o Paul Agatiello, M.D.<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 | Richard Michaels, Esq.<br>Mintz Levin<br>1 Financial Center<br>Boston, MA 02111 | Ann Marie Mitchell, Esq.<br>Toll Bros., Inc.<br>250 Gibraltar Road<br>Horsham, PA 19044 |

| | | |
|---|---|---|
| Keven McKenna, Esq.<br>23 Acorn Street<br>Providence, RI 02903 | Steven M. McInnes, Esq.<br>Attorney for American Shipyard<br>Company, LLC<br>38 Bellevue Ave.<br>Newport, RI 02840 | Neal J. McNamara, Esq.<br>Holland & Knight, LLP<br>One Financial Plaza<br>Suite 1800<br>Providence, RI 02903 |
| Timothy More<br>50 South Main Street<br>Providence, RI 02903 | Ocean State Planners<br>1255 Oaklawn Avenue<br>Cranston, RI 02920 | Gregory T. Parkos<br>Revocable Trust<br>Joan M. Parkos Revocable<br>Trust 1994<br>c/o Norman J. Bolotow, Esq.<br>99 Wayland Avenue<br>Providence, RI 02906 |
| Everett A. Petronio, Sr.<br>Law Offices of A. Petronio, Inc.<br>1239 Hartford Avenue<br>Johnston, RI 02919 | Louis A. Premia, Esq.<br>Geremia & DeMarco, Ltd.<br>99 Wayland Avenue<br>Providence, RI 02906 | Frederick Raffeto, Esq.<br>McLaughlin, Bennett,<br>Monmouth Shores Corporate<br>Park<br>1350 Campus Parkway<br>Neptune, NJ 07753 |
| Andrew S, Richardson, Esq.<br>Ch. 7 Trustee<br>C.R. Amusements, LLC<br>182 Waterman Street<br>Providence, RI 02906 | Richmond Square Capital Corp.<br>Attn: Harold Schein<br>1 Richmond Square<br>Providence, RI 02906 | Thomas W. Rigby, III, Esq.<br>SBA as Receiver for Fairway<br>Cap.<br>Office of General Counsel<br>4093rd Street, SW, 7th Floor<br>Washington, DC 20416 |
| Estate of Arthur Schonbrun<br>c/o Lynn Stand, Executrix<br>555 North Avenue<br>Fort Lee, NJ 07024 | Ruth Haber Schonbrun<br>3507 Oak Way<br>Palm Air<br>Apartment 508<br>Pompano Beach, FL 33068 | Craig M. Scott, Esq. and<br>Stacey Nakasian, Esq.<br>Duffy, Sweeney & Scott,<br>Ltd.<br>300 Turks Head Building<br>Providence, RI 02903 |
| David B. Sholem<br>Meyer Capel<br>306 West Church Street<br>P.O. Box 6750<br>Champaign, IL 61826-6750 | Leon Stand<br>Attorney at Law<br>360 Lexington Avenue<br>New York, NY 10017 | Tax Collector<br>Cumberland Fire District<br>1530 Mendon Road<br>Cumberland, RI 02864 |

| | | |
|---|---|---|
| United States Department of Labor<br>Office of the Solicitor<br>John F. Kennedy Federal Building<br>Room -375<br>Boston, MA 02203 | Henry Varra<br>350 Chestnut Street<br>West Newton, MA 02465 | Waste Management of Rhode Island<br>575 West Street # 210<br>Mansfield, MA 02048-1164 |

The following parties were served via electronic notice on December 13, 2006:

| | |
|---|---|
| Joseph Avanzato | javazanto@apslaw.com, vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Edward J. Bertozzi, Jr. | ebertozzi@eapdlaw.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com<br>proefile@nixonpeabody.com;<br>myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.rii.gov; randrade@riag.ri.gov |
| Frank Caprio | frankcaprio@hotmail.com |
| Thomas E. Carlotto | tcarlotto@shslawfirm.com |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Michael W. Carroll | msc@carroll-law.net |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Joseph Michael DiOrio | jmdiorio@dioriolaw.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston W. Halperin | phalperin@shslawfirm.com;<br>dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Vincent A. Indeglia | vaindeglia@aol.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| K. Joseph Shekarchi | Joe@shekarchilaw.com |
| Thomas A. Tarro, III | ttarro3rd@tarrolawfirm.com |
| Robert K. Taylor | rkt@psh.com; tlc@psh.com |
| H. Marc Tepper | marc.tepper@bipc.com |
| Harris K. Weiner | hkw@pinelaw.com; llk@pinelaw.com |
| Robert D. Wieck | rwieck@mandwlaw.com |

*/s/ David A. Wollin*

402259_1.doc