IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONETA CAPITAL CORPORATION<br><br>Defendant. | Civil Case No. 99-565L |

**MOTION FOR EXTENSION OF TIME**

Toll Brothers, Inc. and Vanderbilt Capital, LLC hereby move to extend the time for Toll Brothers, Inc. and/or Vanderbilt Capital, LLC to respond to the Motion of the City of Warwick, Rhode Island to Intervene for Limited Purpose until Thursday, January 4, 2007. The City of Warwick, Rhode Island has assented to this motion.

Respectfully submitted,

*/s/ David A. Wollin*
David A. Wollin (#4950)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Attorneys for Toll Brothers, Inc. and
Vanderbilt Capital, LLC

Granted:
Ronald R. Lagueux
Sr. USDJ 12/14/06