IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| V. | ) | Civil Case No. 99-565L. |
| MONETA CAPITAL CORPORATION Defendant. | ) | |

**MOTION TO WITHDRAW**

Counsel for Irwin Chafetz, a creditor, K. Joseph Shekarchi, Esq. and Frank Kirby, Esq. hereby move for withdrawal and have their names deleted from the certification for the above referenced case. All funds have been properly collected and Irwin Chafetz has been satisfied and notified of motion to withdraw. Their respective roles in the matter have concluded and there is no further need for their involvement.

Respectfully Submitted,

K. Joseph Shekarchi, Esq. (#4493)
Shekarchi Law Associates
33 College Hill Rd.
Warwick, RI 02886
T: (401) 827-0100
F: (401) 823-1400

I herby certify that a true and correct copy of the foregoing was sent via U. S. Mail this 20th day of December 2006 to the following:

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| Jeffrey C. Schreck, Esq.<br>One Providence Washington Plaza<br>Fifth Floor<br>Providence, RI 02903 | Northeast Capital Pension Trust<br>c/o Arnold Kilberg & Co.<br>285 Governor Street<br>Providence, RI 02906 | William J. Delaney, Esq.<br>Tillinghast, Licht, Perkins,<br>Smith & Cohen, LLP<br>10 Weybossett Street<br>Providence, RI 02903 |
| Michael W. Carroll<br>Law Office of Michael W. Carroll<br>72 Pine Street<br>Providence, RI 02903 | Joseph Michael DiOrio<br>Law Office of Joseph DiOrio<br>10 Dorrance St., Suite 1200<br>Providence, RI 02903 | Douglas J. Gervolino<br>Kirby & Marullo<br>314 West Second Street<br>South Boston, MA 02127 |
| Frank D. Kirby<br>Kirby & Marullo<br>314 West Second Street<br>South Boston, MA 02127 | H. Marc Tepper<br>Buchanan Ingersoll, P.C.<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985 | Robert D. Wieck<br>MacAdams & Wieck Inc.<br>101 Dyer Street<br>Providence, RI 02903 |
| Louis A. Premia, Esq.<br>Geremia & DeMarco, Ltd.<br>99 Wayland Avenue<br>Providence, RI 02906 | Joseph Ferrucci, Esq.<br>Ferrucci Russo<br>49 Weybosset St.<br>Providence, RI 02903 | Lisa Dinerman, Esq.<br>Assistant United States<br>Attorney<br>50 Kennedy Plaza<br>Providence, RI 02903 |
| Allan E. Hanson, Esq.<br>U.S. Small Business<br>Administration<br>380 Westminster Street<br>Providence, RI 02903 | Andrew S, Richardson, Esq.<br>Ch. 7 Trustee<br>C.R. Amusements, LLC<br>182 Waterman Street<br>Providence, RI 02906 | Jeffrey H. Gladstone, Esq.<br>Robert Taylor, Esq.<br>Partridge, Snow & Hahn<br>180 South Main Street<br>Providence, RI 02903 |
| Edward Bertozzi, Esq.<br>Edwards Angell Palmer & Dodge<br>2800 Financial Plaza<br>Providence, RI 02903-2499 | Norman J. Bolotow, Esq.<br>99 Wayland Avenue<br>Providence, RI 02906 | Patricia Betz<br>238 Armington Street<br>Cranston, RI 02905 |
| David B. Sholem<br>Meyer Capel<br>306 West Church Street<br>P.O. Box 6750<br>Champaign, IL 61826-6750 | Gregory T. Parkos Revocable<br>Trust<br>Joan M. Parkos Revocable<br>Trust 1994<br>c/o Norman J. Bolotow, Esq.<br>99 Wayland Avenue<br>Providence, RI 02906 | Ruth Haber Schonbrun<br>3507 Oak Way<br>Palm Air<br>Apartment 508<br>Pompano Beach, FL 33068 |

| | | |
|---|---|---|
| Estate of Arthur Schonbrun<br>c/o Lynn Stand, Executrix<br>555 North Avenue<br>Fort Lee, NJ 07024 | Leon Stand<br>Attorney at Law<br>360 Lexington Avenue<br>New York, NY 10017 | Gibraltar Corporation<br>1 Richmond Square<br>Providence, RI 02906 |
| Paul Agatiello, 401K Pension Plan<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 | Joan Kilberg<br>3554 Pine Lake CT<br>Delray Beach, FL 33445-9045 | Jeannine Bourassa<br>71 Bliss Road<br>Newport, RI 02840 |
| Peter G. Berman, Esq.<br>Raskin & Berman<br>116 East Manning Street<br>Providence, RI 02906 | Craig M. Scott, Esq. and<br>Stacey Nakasian, Esq.<br>Duffy & Sweeney, Ltd.<br>300 Turks Head Building<br>Providence, RI 02903 | Lawrence L. Goldberg, Esq<br>96 Jefferson Boulevard<br>Warwick, Rhode Island<br>02888 |
| Richmond Square Capital Corp.<br>Attn: Harold Schein<br>1 Richmond Square<br>Providence, RI 02906 | Pamela Lynn Colon<br>Law Office of Lee Rohn<br>1101 King Street<br>Christiansted, St Croix,<br>U.S. Virgin Islands 00820 | K. Joseph Shekarchi, Esq.<br>33 College Hill Road, Suite<br>15-E<br>Warwick, RI 02886 |
| Frederick Raffeto, Esq.<br>McLaughlin, Bennett,<br>Monmouth Shores Corporate Park<br>1350 Campus Parkway<br>Neptune, NJ 07753 | Dick & Hague, Ltd.<br>1239 Hartford Avenue<br>Suite 3A<br>Johnston, RI 02919 | Waste Management of<br>Rhode Island<br>575 West Street # 210<br>Mansfield, MA 02048-1164 |
| Thomas Almeda, Town Solicitor<br>Town of Cumberland<br>P.O. Box 7<br>Cumberland, RI 02864 | Township of Hopewell, N.J.<br>c/o Frederick Raffetto, Esq.<br>Monmouth Shores Corp. Park<br>Wall Township<br>1305 Campus Pkwy.<br>Neptune, NJ 07753 | Tax Collector<br>Cumberland Fire District<br>1530 Mendon Road<br>Cumberland, RI 02864 |
| Town of Dighton, Massachusetts<br>Attn: Brendan Herbeck<br>Office of Town Clerk<br>979 Somerset Avenue<br>Dighton, MA 02715 | Ocean State Planners<br>1255 Oaklawn Avenue<br>Cranston, RI 02920 | John C. Gyorgy, Esq.<br>Noel & Gyorgy, LLP<br>50 South Main Street<br>Providence, RI 02903 |
| John Dean, Esq.<br>Boisseau, & Dean LLP<br>155 South Main Street, Ste. 405<br>Providence, RI 02903 | City of Providence<br>Tax Collector<br>City Hall<br>25 Dorrance<br>Providence, RI 02903 | Richard Michaels, Esq.<br>Mintz Levin<br>1 Financial Center<br>Boston, MA 02111 |

| | | |
|---|---|---|
| Ann Mitchell, Esq.<br>Toll Brothers<br>3103 Philmont Avenue<br>Huntington Valley, PA 19006 | Francis and Rita DiMento<br>c/o DiMento & Sullivan<br>7 Fanueuil Hill Marketplace<br>Boston, MA 02169 | Henry Varra<br>350 Chestnut Street<br>West Newton, MA 02465 |
| James Callahan<br>269 Chapman Street<br>Canton, MA 02021 | 167 Hotel on the Cay<br>Timeshare<br>c/o Donovan M. Hamm, Jr.<br>Attorney at Law<br>5030 Anchor Way, Gallows Bay<br>St Croix, U.S. Virgin Islands 00820 | Belisle Group<br>c/o Donovan M. Hamm, Jr.<br>Hamm & Barry.<br>5030 Anchor Way,<br>Christianstead<br>U.S. Virgin Islands 00820 |
| Rodio & Brown, Ltd.<br>Stephen A. Rodio, Esq.<br>91 Friendship Street<br>Providence, RI 02903 | Jennifer C. Christopher<br>c/o Pamela Lynn Colon<br>Law office Lee J. Rohn<br>101 King Street, Suite 2<br>Christianstead St. Croix 00820 | Northeast Capital Corporation<br>c/o Arnold Kilberg & Company<br>285 Governor Street<br>Providence, RI 02906 |
| Phillip Belisle<br>1916 Rimsdale Drive<br>Myrtle Beach, SC 29575 | City Collector<br>City Hall<br>25 Dorrance Street<br>Providence, RI 02903 | United States Department of Labor<br>Office of the Solicitor<br>John F. Kennedy Federal Building<br>Room -375<br>Boston, MA 02203 |
| Frank D. Kirby, Esq.<br>Frank D. Kirby & Associates<br>111 West 8th" Street, Suite D<br>So. Boston, Massachusetts 02127 | Thomas W. Rigby, III, Esq.<br>SBA as Receiver for Fairway Cap.<br>Office of General Counsel<br>4093rd Street, SW, 7th Floor<br>Washington, DC 20416 | Metacom Medical Assoc., Inc.<br>Paul Agatiello Pension Plan<br>c/o Paul Agatiello, M.D.<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 |
| Harris K. Weiner, Esq.<br>Law Office of Jeffrey B. Pine<br>321 South Main Street, Ste. 302<br>Providence, RI 02903 | Cheryl Asquino, Esq.<br>Narragansett Bay Commission<br>One Service Road<br>Providence RI 02905 | Acropolis Enterprises, Inc.<br>285 Governor Street<br>Providence, RI 02906 |
| Gregory Hamilton, Esq.<br>Law Offices of Gregory Hamilton<br>319 Hope Street<br>Providence, RI 02906 | Liu & Lu Realty, LLC<br>2856 Main Street<br>Glastonbury, CT 06033 | Ming Zhang & Qui Zhang<br>130 Surrey Drive<br>Wethersfield, CT 06109 |

| | | |
|---|---|---|
| Gary Dale Kilberg<br>90 Irving Avenue<br>Providence, Rhode Island 02906 | Karen Davidson, Esq.<br>1 Ship Street<br>Providence, RI 02903 | Arnold Goodstein<br>Vanderbilt Capital, LLC<br>136 West Richardson Avenue<br>Summerville, SC 29483 |
| Neal J. McNamara, Esq.<br>Holland & Knight, LLP<br>One Financial Plaza<br>Suite 1800<br>Providence, RI 02903 | Steven M. McInnes, Esq.<br>Attorney for American Shipyard Company, LLC<br>38 Bellevue Ave.<br>Newport, RI 02840 | Gina Martin, Esq.<br>GOODWIN PROCTER, LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109 |
| Vincent A. Indeglia, Esq.<br>Indeglia & Associates<br>1485 South County Trial<br>2nd Floor<br>East Greenwich RI 02818 | Christine Bush, Esq.<br>Duffy & Sweeney, LTD<br>One Turks Head Place<br>Suite 1200<br>Providence, RI 02903 | William R. Grimm, Esq.<br>Hinckley, Allen & Snyder LLP<br>1500 Fleet Center<br>Providence, RI 02903 |
| Patrick Conley, Esq.,<br>1445 Wampanoag Trail<br>Suite 203<br>East Providence, RI 02915 | Blish & Cavanagh, LLP<br>30 Exchange Terrace<br>Providence RI 02903 | Everett Petronio, Esq.<br>1239 Hartford Avenue<br>Johnston, RI 02919 |
| Mark A. Fay, Esq.<br>Murphy & Fay, LLP<br>127 Dorrance Street, 2nd Floor<br>Providence, RI 02903 | Keven McKenna, Esq.<br>23 Acorn Street<br>Providence, RI 02903 | Timothy T. More, Esq.<br>50 South Main Street<br>Providence RI 02903 |
| Domestic Bank<br>815 Reservoir Avenue<br>Cranston, RI 02910 | Frank T. Caprio, Esq.<br>Caprio & Caprio<br>One Center Place<br>Providence, RI 02903 | Joseph Avanzato, Esq.<br>Adler Pollock & Sheehan PC<br>One Citizens Plaza, 8th Floor<br>Providence RI 02903 |
| John Earle, Esq.<br>City Solicitor<br>City of Warwick<br>3275 Post Road<br>Warwick, RI 02886 | | |

The following parties were served via electronic notice on December 20, 2006:

| | |
|---|---|
| Joseph Avanzato | javazanto@apslaw.com; vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com |

| | |
|---|---|
| | proefile@nixonpeabody.com; myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.rii.gov; randrade@riag.ri.gov |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston W. Halperin | phalperin@shslawfirm.com; dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| Robert K. Taylor | rkt@psh.com; tlc@psh.com |
| Harris K. Weiner | hkw@pinelaw.com; llk@pinelaw.com |

*401110_1.doc*