# EXHIBIT 4

ATTORNEYS AT LAW
SHECHTMAN
HALPERIN
SAVAGE, LLP
*A Limited Liability Partnership*

November 6, 2006

Ted Sarno
Director of Administration
City of Warwick
Warwick Building Department
3275 Post Road
Warwick, RI 02886

Re: A.P. 380, Lot 1 (the "Premises")
United States Small Business Administration as Receiver for
Moneta Capital Corporation (the "Receiver")

Dear Mr. Sarno:

As previously indicated in the Receiver's letter dated October 30, 2006, the United States District Court for the District of Rhode Island (the "Receivership Court") has exclusive jurisdiction over the Premises by virtue of the Order entered appointing the Receiver. Therefore, neither the City of Warwick (the "City") nor the Receiver may take any affirmative action relative to the demands made by the City in your October 19, 2006 letter without a determination by the Receivership Court that such measures are required under applicable law.

The Receiver would like to thank you, the Mayor and all others from the City who participated in the site visit on November 3, 2006, which has helped to clarify the scope of the demands being made by the City. At the site visit, counsel for the Receiver was provided with an incomplete report from the City's building official describing with some particularity the specific conditions that purportedly violate R.I.G.L. § 23-27.3-124.1. The building official's report provided to the Receiver is missing the aerial photograph that identifies by number the specific buildings described in said report. Without the aerial photograph, the report is of limited value and by this letter the Receiver is requesting that the City provide the complete report forthwith.

At this juncture, the Receiver intends to file a petition with the Receivership Court seeking both i) a determination as to the Receiver's responsibility to secure and/or demolish the structures identified in the building official's report; and ii) authorization for the Receiver to take any action consistent with the Court's ruling. The Receiver expects to file this petition on or before November 21, 2006, provided the City has delivered the complete report by November 10, 2006.

If you have any questions or would like to discuss this matter further please feel free to contact me.

Very truly yours,

Thomas E. Carlotto

cc: Thomas Morris, Director of Liquidation, SBA
Mark Hayward, District Director, SBA
Mayor Avedisian
John Earle, Esq.
Robert Stolzman, Esq