UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONETA CAPITAL CORPORATION<br><br>Defendant. | ) | Civil Case No. 99-565L |

DECLARATION OF JASON WITHAM

Jason Witham, as his declaration under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I am Assistant Vice President employed by Toll Bros., Inc. ("Toll"), with an office located at 83 Cedar Street, Milford, Massachusetts.

2. As Assistant Vice President for Toll, I am knowledgeable about Vanderbilt Capital, LLC's ("Vanderbilt") involvement with the property commonly known as "Rocky Point" located in Warwick, Rhode Island and formerly the site of the Rocky Point Amusement Park.

3. On May 19, 2004, Vanderbilt entered into a purchase and sale agreement with the Small Business Administration, as Receiver for Moneta Capital Corporation (hereinafter "SBA" or "Seller"), to purchase a portion of the property ("the Rocky Point property") for a purchase price of $13,750,000. On the same date, Vanderbilt entered into a second purchase and sale agreement with the SBA to purchase the other portion of the property ("the Rocky Beach

property") for a purchase price of $11,250,000. Both agreements combined shall be referenced as the "P&S agreements."

4. I have been an integral part of the team working with consultants and city officials in seeking to obtain the Approvals as defined in the P&S agreements. In that capacity, I am knowledgeable about the Rocky Point property and the Rocky Beach property, particularly the area known as the Midway, all of which is located on the Rocky Point property. I have also been the point person dealing with the SBA and its agents.

5. As of the date of this Declaration, the closing under the P&S agreements has not occurred. Rather, on December 12, 2006, pursuant to section 11 of the P&S agreements and all other relevant provisions, Vanderbilt notified the SBA that it was terminating the P&S agreements because Vanderbilt is unable to obtain the Approvals on or before the Approvals deadline as set forth in the P&S agreements. A copy of the termination notice is attached as Exhibit 1.

6. Prior to September 12, 2005, the Final Court Order Date as defined in the P&S agreements, Vanderbilt had no responsibilities under the P&S agreements in connection with any aspect of the Rocky Point property or the Rocky Beach property including safety, maintenance or security. Vanderbilt was neither in possession of nor owner of the properties. Nor did Vanderbilt ever conduct any site construction activities on the properties prior to that date. Likewise, during that period, Vanderbilt was not responsible for, and in fact was never invoiced by the SBA for, any costs or fees associated with the properties. Rather, any work or costs, including those for maintenance, safety or security, were the sole responsibility of the SBA.

7. During the lengthy ownership and control of the Rocky Point property and the Rocky Beach property by the SBA and its predecessors prior to September 12, 2005, the buildings located at the Midway on the Rocky Point property were allowed to continue to deteriorate. I have attached photographs showing the deteriorated state of the Midway structures on August 12-13, 2004, February 17, 2005 and October 25, 2005 as Exhibits 2, 3 and 4, respectively. Moreover, there were fires at the property prior to the September 12, 2005 Final Court Order Date in 2000 and 2004. A copy of relevant newspaper articles is attached as Exhibit 5. One article on June 25, 2000 notes that the park had been reduced to ruins.

8. On or after the September 12, 2005 Final Court Order Date, pursuant to section 10 of the P&S agreements, Vanderbilt was entitled to enter the properties as a licensee. At the time of the Final Court Order Date, the buildings in the Midway at the Rocky Point property were in a horrible condition. I have read the October 31, 2006 Field Inspection Report from John Pagliaro, Director and Building Official, Warwick Building Department, and most, if not all, the conditions he cites were present well in advance of the Final Court Order Date. For instance, he states that the entire front of building no. 19, the fun house, had collapsed. In fact, it is my understanding that the SBA had knocked down the façade prior to the Final Court Order Date to prevent teenagers from climbing the structure. In addition, prior to the Final Court Order Date, ticket booths next to the merry-go-round were structurally unsound, and a number of buildings were open and accessible and full of debris and other building materials.

9. The Rocky Point property has a caretaker, Ken Perry, hired either by the SBA or Moneta Capital to manage the property and who has worked at the property since prior to the Final Court Order Date. Vanderbilt does not pay for Mr. Perry's fees.

10. From the September 12, 2005 Final Court Order Date until the P&S agreements were terminated, pursuant to section 10 of those agreements, Vanderbilt was responsible to "assume and pay when the same become due and payable all operational responsibilities and all costs and expenses associated with ownership of the Premises (other than those otherwise allocated to Seller hereunder, if any), accruing on or after the Final Court Order Date . . . ." Pursuant to this provision, Vanderbilt has paid for the cost of alarm services at the Shore Dinner Hall, the Palladium/Windjammer building and the Administration Building, municipal water services, electricity and gas, snow removal, sprinkler repair and for other minor repairs. Since the Final Court Order Date, Vanderbilt has also paid for a Warwick Police Department detail to be present in six hour shifts four days a week (and sometimes in greater frequency) to ensure safety and security of the premises. In addition, there was private security throughout 2006 of approximately 170-182 hours per month. In total, Vanderbilt has paid approximately $150,000 for such services.

11. Prior to the SBA receiving notice in October of 2006 that the City of Warwick wanted certain structures on the Midway demolished and removed, the SBA had never asked Vanderbilt to demolish or remove the structures at the Midway.

12. As of the date of this Declaration, the SBA has never invoiced Vanderbilt for any costs or expenses to demolish or remove the structures at the Midway.

13. Since the September 12, 2005 Final Court Order Date, it is my understanding that the SBA has allowed the Warwick Fire Department and the Warwick Police Department to use the Midway as a training ground. For instance, existing metal shutters which were covering the larger openings of the buildings were cut open by the Fire Department while practicing using

their equipment to gain access. The Warwick Police Department utilized the Palladium/Windjammer building to train their dogs in search and detection.

14. On October 17, 2006, a fire occurred at one of the abandoned buildings at the Midway. That building was dilapidated and had structural problems that antedated the September 12, 2005 Final Court Order Date. Among other problems, the second floor had caved in to the first floor. It is my understanding that a cause for the fire has not been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-3-2007

Jason Witham

*declaration of jason witham*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage pre-paid, this 4th day of January, 2007, to the following:

| | | |
|---|---|---|
| Blish & Cavanagh, LLP<br>30 Exchange Terrace<br>Providence RI 02903 | Paul Agatiello, 401K Pension Plan<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 | Thomas Almeida, Town Solicitor<br>Town of Cumberland<br>P.O. Box 7<br>Cumberland, RI 02864 |
| Cheryl Asquino, Esq.<br>Narragansett Bay Commission<br>One Service Road<br>Providence RI 02905 | Belisle Group<br>c/o Donovan M. Hamm, Jr.<br>Hamm & Barry<br>5030 Anchor Way,<br>Christianstead<br>U.S. Virgin Islands 00820 | Phillip Belisle<br>1916 Rimsdale Drive<br>Myrtle Beach, SC 29575 |
| Rodio & Brown, Ltd.<br>Stephen A. Rodio, Esq.<br>91 Friendship Street<br>Providence, RI 02903 | Christine Bush, Esq.<br>Duffy & Sweeney, LTD<br>One Turks Head Place<br>Suite 1200<br>Providence, RI 02903 | James Callahan<br>269 Chapman Street<br>Canton, MA 02021 |
| City of Providence<br>Tax Collector<br>City Hall<br>25 Dorrance<br>Providence, RI 02903 | Pamela Lynn Colon<br>Law Office of Lee Rohn<br>1101 King Street<br>Christiansted, St Croix,<br>U.S. Virgin Islands 00820 | Patrick Conley, Esq.,<br>1445 Wampanoag Trail<br>Suite 203<br>East Providence, RI 02915 |
| Karen Davidson, Esq.<br>1 Ship Street<br>Providence, RI 02903 | John Dean, Esq.<br>Boisseau, & Dean LLP<br>155 South Main Street, Ste. 405<br>Providence, RI 02903 | Town of Dighton, Massachusetts<br>Attn: Brendan Herbeck<br>Office of Town Clerk<br>979 Somerset Avenue<br>Dighton, MA 02715 |
| Francis and Rita DiMento<br>c/o DiMento & Sullivan<br>7 Fanueuil Hill Marketplace<br>Boston, MA 02169 | Domestic Bank<br>815 Reservoir Avenue<br>Cranston, RI 02910 | John Earle, Esq.<br>City Solicitor<br>City of Warwick<br>3275 Post Road<br>Warwick, RI 02886 |

| | | |
|---|---|---|
| Joseph Ferrucci, Esq.<br>Ferrucci Russo<br>49 Weybosset St.<br>Providence, RI 02903 | Jeannine Bourassa<br>71 Bliss Road<br>Newport, RI 02840 | Arnold Goodstein<br>Vanderbilt Capital, LLC<br>136 West Richardson<br>Avenue<br>Summerville, SC 29483 |
| Lawrence L. Goldberg, Esq<br>96 Jefferson Boulevard<br>Warwick, Rhode Island 02888 | John C. Gyorgy, Esq.<br>Noel & Gyorgy, LLP<br>50 South Main Street<br>Providence, RI 02903 | Allan E. Hanson, Esq.<br>U.S. Small Business<br>Administration<br>380 Westminster Street<br>Providence, RI 02903 |
| 167 Hotel on the Cay Timeshare<br>c/o Donovan M. Hamm, Jr.<br>Attorney at Law<br>5030 Anchor Way, Gallows Bay<br>St Croix, U.S. Virgin Islands<br>00820 | Liu & Lu Realty, LLC<br>2856 Main Street<br>Glastonbury, CT 06033 | Joan Kilberg<br>3554 Pine Lake CT<br>Delray Beach, FL 33445-<br>9045 |
| Metacom Medical Assoc., Inc.<br>Paul Agatiello Pension Plan<br>c/o Paul Agatiello, M.D.<br>220 Sanctuary Drive<br>East Greenwich, RI 02818 | Richard Michaels, Esq.<br>Mintz Levin<br>1 Financial Center<br>Boston, MA 02111 | Ann Marie Mitchell, Esq.<br>Toll Bros., Inc.<br>250 Gibraltar Road<br>Horsham, PA 19044 |
| Keven McKenna, Esq.<br>23 Acorn Street<br>Providence, RI 02903 | Steven M. McInnes, Esq.<br>Attorney for American<br>Shipyard<br>Company, LLC<br>38 Bellevue Ave.<br>Newport, RI 02840 | Neal J. McNamara, Esq.<br>Holland & Knight, LLP<br>One Financial Plaza<br>Suite 1800<br>Providence, RI 02903 |
| Waste Management of Rhode<br>Island<br>575 West Street # 210<br>Mansfield, MA 02048-1164 | Ocean State Planners<br>1255 Oaklawn Avenue<br>Cranston, RI 02920 | Gina Martin, Esq.<br>GOODWIN PROCTER,<br>LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109 |
| Andrew S, Richardson, Esq.<br>Ch. 7 Trustee<br>C.R. Amusements, LLC<br>182 Waterman Street<br>Providence, RI 02906 | Richmond Square Capital Corp.<br>Attn: Harold Schein<br>1 Richmond Square<br>Providence, RI 02906 | Thomas W. Rigby, III, Esq.<br>SBA as Receiver for Fairway<br>Cap.<br>Office of General Counsel<br>4093rd Street, SW, 7th Floor<br>Washington, DC 20416 |

| | | |
|---|---|---|
| Estate of Arthur Schonbrun<br>c/o Lynn Stand, Executrix<br>555 North Avenue<br>Fort Lee, NJ 07024 | Ruth Haber Schonbrun<br>3507 Oak Way<br>Palm Air<br>Apartment 508<br>Pompano Beach, FL 33068 | Craig M. Scott, Esq. and<br>Stacey Nakasian, Esq.<br>Duffy, Sweeney & Scott, Ltd.<br>300 Turks Head Building<br>Providence, RI 02903 |
| David B. Sholem<br>Meyer Capel<br>306 West Church Street<br>P.O. Box 6750<br>Champaign, IL 61826-6750 | Everett A. Petronio, Sr.<br>Law Offices of A. Petronio, Inc.<br>1239 Hartford Avenue<br>Johnston, RI 02919 | Tax Collector<br>Cumberland Fire District<br>1530 Mendon Road<br>Cumberland, RI 02864 |
| United States Department of Labor<br>Office of the Solicitor<br>John F. Kennedy Federal Building<br>Room -375<br>Boston, MA 02203 | Henry Varra<br>350 Chestnut Street<br>West Newton, MA 02465 | |

The following parties were served via electronic notice on January 4, 2007:

| | |
|---|---|
| Joseph Avanzato | javazanto@apslaw.com, vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Edward J. Bertozzi, Jr. | ebertozzi@eapdlaw.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com<br>proefile@nixonpeabody.com; myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.rii.gov; randrade@riag.ri.gov |
| Frank Caprio | frankcaprio@hotmail.com |
| Thomas E. Carlotto | tcarlotto@shslawfirm.com |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Michael W. Carroll | msc@carroll-law.net |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Joseph Michael DiOrio | jmdiorio@dioriolaw.com |
| John G. Earle | jearle@bselaw.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston W. Halperin | phalperin@shslawfirm.com; dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Vincent A. Indeglia | vaindeglia@aol.com |

| | |
|---|---|
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| K. Joseph Shekarchi | Joe@shekarchilaw.com |
| Thomas A. Tarro, III | ttarro3rd@tarrolawfirm.com |
| Robert K. Taylor | rkt@psh.com; tlc@psh.com |
| H. Marc Tepper | marc.tepper@bipc.com |
| Harris K. Weiner | hkw@pinelaw.com; llk@pinelaw.com |
| Robert D. Wieck | rwieck@mandwlaw.com |

*/s/ David A. Wollin*

*402635_1.doc*