# EXHIBIT 1

**Toll Brothers**
*America's Luxury Home Builder™*

December 12, 2006

**VIA FACSIMILE and CERTIFIED MAIL**

United States Small Business Administration
Receiver of Moneta Capital Corporation
666 Eleventh Street, N.W.
Washington, DC 20001
Attn: Mr. Stephen Jones

Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903
Attn: Stephen J. Shechtman, Esq.

**Re: Rocky Point and Rocky Beach, Warwick, RI**

Gentlemen:

Reference is made to the following agreements: (i) the Agreement, dated May 19, 2004, between the United States Small Business Administration as Receiver of Moneta Capital Corporation, as seller ("Seller") and Vanderbilt Capital, LLC, as buyer ("Buyer"), covering Assessor's Plat 380, Lot 281, and Assessor's Plat 380, Lot 3 and the balance of the property (as more fully defined therein, the "Rocky Beach Property"), located in Warwick, Kent County, Rhode Island; and (ii) the Agreement, dated May 19, 2004, between Seller and Buyer, covering Assessor's Plat 379, Lots 8, 9, 158, 159, 425, 426, and 445, Assessor's Plat 380, Lot 1 and Assessor's Plat 381, lots 38, 39, 40 and 41and the balance of the property (as more fully defined therein, the "Rocky Point Property", together with the Rocky Beach Property, the "Properties")), located in Warwick, Kent County, Rhode Island (collectively, the "Agreements"). Capitalized terms not defined herein shall have the meanings assigned to them in the Agreements.

Buyer has determined that the conditions precedent to its obligations to purchase the Premises described in the Agreements cannot be met. We have expended a great deal of time and money in seeking the Approvals and the Entitlements, and do not come to this conclusion lightly. Among other things, Buyer is unable to achieve the required minimum density and surmount physical site constraints, sewer and water constraints and conditions the City planner has indicated will be imposed. The City's impositions are beyond those which Buyer could reasonably be expected to agree to accept and coupled with site-related hurdles thwart our ability to obtain the Approvals and the Entitlements.

Pursuant to Section 11 of each of the Agreements and all other relevant provisions, this Approvals Termination Notice shall notify you that Buyer is terminating the Agreement as Buyer is unable to obtain the Approvals on or before the Approvals Deadline. Accordingly, Buyer respectfully makes demand for the prompt return of the Deposits and accrued interest thereon.

Upon your acceptance of the foregoing, be advised that Buyer hereby absolutely assigns to Seller, without representation or warranty, all of Buyer's right, title and interest in and to the

Documents (which have been previously provided to you under separate cover). We have paid Buyer's consultants who performed work relating to the Documents for their work to date, and all further work has been terminated.

As of the date of this letter, Buyer shall have no further liability or obligation with respect to or arising out of the Agreements or the Premises. We provide this notice to you with a full reservation of our rights under the Agreements.

Very truly yours,

Vanderbilt Capital, LLC

By: ______________________
Rob Parahus, as Regional President