# EXHIBIT 2



HOUSE OF HORROR.JPG
2004-08-12 15-52-39




ICE CREAM PARLOR.JPG
2004-08-12 16-33-44



BEER PAVILION.JPG
2004-08-13 10-37-05



DODGE'M HOUSE.JPG
2004-08-12 16-35-02



FIRST AID.JPG
2004-08-12 16-01-47





CAROUSEL01.JPG
2004-08-12 16-33-55



CAROUSEL02.JPG
2004-08-13 10-28-40



CAROUSEL03.JPG
2004-08-13 10-28-49



PARK01.JPG
2004-08-12 15-53-04



PARK02.JPG
2004-08-12 15-53-33



PARK06.JPG
2004-08-12 15-59-30



PARK09.JPG
2004-08-12 16-01-38



PARK10.JPG
2004-08-12 16-29-02



PARK12.JPG
2004-08-12 16-36-48



PARK14.JPG
2004-08-12 16-40-07




SNACK STAND.JPG
2004-08-12 16-01-20



PARK18.JPG
2004-08-13 10-32-59