# EXHIBIT 3



DSCF0030.JPG
2005-02-17 13-25-25



DSCF0026.JPG
2005-02-17 13-24-24