# EXHIBIT 4




PA250711.JPG
2005-10-25 23-50-33



PA250712.JPG
2005-10-25 23-51-11



PA250713.JPG
2005-10-25 23-52-34



PA250714.JPG
2005-10-25 23-52-41



PA250715.JPG
2005-10-25 23-53-43



PA250716.JPG
2005-10-25 23-54-07




PA250718.JPG
2005-10-25 23-57-09



PA250709.JPG
2005-10-25 23-48-43