# EXHIBIT 5

259 of 296 DOCUMENTS

Copyright 2000 The Providence Journal Company
Providence Journal-Bulletin (Rhode Island)

**June** 15, 2000, Thursday, All EDITIONS

**SECTION:** NEWS, Pg. 1B

**LENGTH:** 613 words

**HEADLINE:** Suspicious fire destroys buildings at **Rocky Point**

**BODY:**

Warwick Mayor Scott Avedisian wants all structures at the closed amusement park demolished.

* *

WARWICK - A fire of suspicious origin destroyed two small buildings at the former **Rocky Point** Amusement Park yesterday, casting a cloud of black smoke over the scenic Warwick Neck peninsula.

The buildings, side by side on the midway, once housed a bumper-car ride and a maintenance area for the cars. Both were engulfed in flames when firefighters arrived at about 5 p.m.

Firefighters quickly knocked down the flames and prevented them from spreading to adjacent buildings on the tightly packed midway, now overgrown with weeds.

Yesterday's fire was not the big one that city officials have worried about since 1995, when the amusement park went bankrupt and shut down after serving as a Rhode Island landmark for generations. But it was an unnerving reminder of the potential for a firestorm that could involve the Palladium building and the entire midway.

At the scene yesterday, Fire Chief Tom Rowan said, "We hoped the fate of this complex would have been resolved by now" and that the buildings, considered worthless, would have been demolished.

The 123-acre property, which has a mile of frontage on scenic Narragansett Bay, is in the hands of the U.S. Bankruptcy Court. For more than a year the court has been attempting to find a buyer who would clear the site and redevelop it.

Mayor Scott Avedisian said yesterday he planned to consult the city's lawyers today about filing a motion asking the court to order the immediate demolition of all the buildings at **Rocky Point,** at the expense of the owners.

The majority owner, Arnold Kilberg of Providence, controls several Small Business Investment Corporations that recently were forced into liquidation by the federal Small Business Administration.

Kilberg gained an interest in the ailing **Rocky Point** Amusement Park in 1991 when he loaned $ 8.5 million to owners Henry Vara, James Callahan and Francis DiMento, after they were spurned by conventional lenders. When the business continued to fail under the high-interest loan, Kilberg petitioned the U.S. Bankruptcy Court for Chapter 11 reorganization and emerged from the bitter proceedings as majority owner.

He closed the park in 1995, auctioned the amusement rides and filed for Chapter 7 liquidation in 1998, seeking sole ownership of the real estate.

Because of the urgency of preventing yesterday's fire from spreading to other buildings, three fire companies responded with about 35 firefighters. The fire was under control in 30 minutes.

Rowan said the alarm was phoned in by a resident of Rocky Beach Road who saw smoke at about 4:55 p.m. The fire, he said, was fed by oil-soaked boards in the building where mechanics had worked on bumper cars.

Fire investigators brought in a dog trained to sniff out chemical accelerants, but there was no immediate determination made.

"Obviously, at this point, we would have to consider this suspicious," Rowan said.

Firefighters were uncertain whether there were live electrical wires in the buildings, but assumed there were. The buildings were known to have natural gas pipes still in service.

Though a caretaker lives on the property, the former park has been vandalized often since it shut down. As firefighters did their job yesterday, police officers were busy turning back curious teenagers who found their way onto the ostensibly secure property after seeing a column of smoke in the sky.

* *

Journal photo/STEVE SZYDLOWSKI

PARK FIRE: Warwick firefighters battle a fire that damaged two small buildings at the former **Rocky Point** Amusement Park yesterday.

**LOAD-DATE:** June 16, 2000

## News Article Search Results

**RETURN TO SEARCH CRITERIA**

## WARWICK

**06/15/2000**

### Fire levels 3 small Rocky Pt. Park buildings

Blacker than any thundercloud, the column of smoke signaled a fire at Rocky Point Park yesterday afternoon. And like thrill seekers the park once attracted, hundreds sought to gain a closer look at the blaze firefighters quickly brought under control. But it wasn't fas enough to save a food shack, maintenance building and the Dodgems, former home of the bumper cars. "I was running at City Park and saw the column going up. I thought it was a boat fire," said Fire Chief Thomas Rowan. He said his heart took an extra beat when he saw the smoke. The fire, he said, was called in by a resident of nearby Rocky Beach, a parcel of land owned by the park and leased to about 90 homeowners. When they arrived at the scene, firefighters found the buildings burning intensely. Entrances tc the park, which have been closed since September 1996, after a brief attempt to operat the park as a family fair, were blocked off by police. And only after firefighters had the blaze under control were the news media allowed to enter the area. Rowan said on arrival, firefighters declared it to be a three-alarm fire, fearing could spread rapidly down the Midway and perhaps even jump to the Palladium and Windjammer. A total of 35 firefighters were at the scene. "At this point we consider it suspicious," Rowan said. He attributed the heavy black smoke rising from the scene to the oil-soaked floors of the bumper car building and adjoining maintenance shed. He said firefighters worked the fir under the assumption there was power to the buildings. During the fire, the chief also w informed that there was natural gas to some of the buildings. The park has had a tumultuous history dating back to 1840, when Captain William Winslow, part owner of steamship Argo, received permission to transport Sunday school classes from Providen to Rocky Point for outings. Six years later he leased the point and began serving shore dinners on long tables outdoors. Winslow went on to buy 89 acres for $2,400 and build the first park. Fire and storms have plagued the park over the years. In 1883 fire destroyed the park hotel, boathouse and 1,000-seat shore dinner hall, ending the park's role as a resort destination. Fire again swept through the park in August of 1906, and again in 1914. In 1938 the Great New England Hurricane washed away the shore dinne hall. More recently, the park has fallen on tough financial times. In 1994, the park filed fc protection under the bankruptcy laws, thus beginning a series of legal maneuvers that continue to this day. In the interim the park has been virtually stripped. Four years ago rides and equipment were sold in auction. Even after the rides were gone, efforts to reopen the park continued and attorney Kevin McCarthy announced plans to operate th Rocky Point Family Fair. The park is now for sale, Yesterday as firefighters congregatec near the former carousel, using the remaining circular cement pad for a base of

operations, the Midway resembled a scene from a Western ghost town. Building fronts, once boarded up, were open to the elements; windows were broken and weeds and gras grew from cracks throughout the walkway. But there were signs of life, too. Nearly every free wall was covered with graffiti. And despite efforts to keep spectators away, kids roamed between the buildings to take in a spectacular form of Rocky Point entertainmen that had made one more visit.

---

**RETURN TO SEARCH CRITERIA**

News | Sports | Calendar | Classifieds | Obituaries | Weather | Editorials | Columns | Lifebeat | Society | Legal Notices
Photo Gallery | Survey | People to People | Maps | Contact Us | About Warwick | Community | Business | City Hall
Beacon: General Info | History | Services | Classifieds | Subscribe | Staff/Contact Us | The RING | Primetime | HOME

Copyright 2000 The Providence Journal Company
Providence Journal-Bulletin (Rhode Island)

**June** 16, 2000, Friday, West Bay EDITION

**SECTION:** NEWS, Pg. 1C

**LENGTH:** 724 words

**HEADLINE:** Rocky Pt. blaze was a jarring wakeup call

**BYLINE:** Journal staff writer

**BODY:**

WARWICK - Mayor Scott Avedisian will meet today with officials of the U.S. Bankruptcy Court and the city Building Department to decide whether some or all the structures at the former **Rocky Point** amusement park should be demolished because of Wednesday's fire.

Detectives and Fire Department investigators concluded yesterday that the fire, which destroyed two small buildings and threatened to ignite a firestorm on the midway, was almost certainly arson.

There are no visible accidental causes, Fire Chief Tom Rowan said. Tests conducted with a dog trained to detect flammable liquids were inconclusive, Rowan said, because a maintenance building destroyed in the fire was already contaminated with oil and other hydrocarbons.

That would tend to mask any flammables that would have been spread to start the fire, Rowan said.

Investigators are canvassing Warwick Neck to find out whether residents saw anyone leaving the property before the fire was reported, at 4:55 p.m.

Meanwhile yesterday, city building inspectors toured the property to prepare a report for today's meeting between Avedisian and Andrew S. Richardson, a Providence lawyer appointed by the court to act as trustee of the property.

Richardson yesterday hired off-duty police officers to provide security at the 123-acre park, which has been vandalized since it went out of business in 1995. Police details will patrol the property indefinitely, Richardson said.

Avedisian said he hoped to come out of today's meeting with an agreement on what happens next at **Rocky Point** and who pays for it.

We're going to talk about the need to cut off all the utilities, how long the police details have to stay, which buildings are secure, which aren't, and which ones need to come down, he said. We'll see what the fire chief and the building official have to say and we'll try to come up with an overall plan that everyone can agree on.

John Pagliaro, the city's building official, toured the property yesterday with Ted Sarno, building inspector, and Jack Corey, plumbing inspector, to prepare recommendations for today's meeting.

Chief Rowan, who advocates a general demolition of all buildings at the former amusement park, said he was concerned about the safety of his firefighters should arson strike again, and about their ability to protect the rest of the city during a general-alarm fire at **Rocky Point.**

The three-alarm fire on Wednesday drew seven of the city's nine engine companies and two of its three ladder companies.

If there's another fire and we have to commit large resources to it, that's going to strip the rest of the city of fire protection, Rowan said.

Firefighters were able to limit Wednesday's fire to a pair of relatively small buildings, but Rowan said he was concerned about the potential for a general fire on the midway, or one that engulfs the Palladium or the Cliff House.

We're concerned about going into a fire there and getting a report that homeless people are inside. We'll go in there after them, and that brings back thoughts of Worcester, Rowan said.

(Last December, six firefighters died in Worcester, Mass., after they entered a burning warehouse on a false report that homeless people were inside.)

Peter Scotti, the Providence real estate expert hired by the Bankruptcy Court last year to sell **Rocky Point,** said yesterday he anticipated proposing a buyer within the next several months.

Many developers have toured the site in the last year, Scotti said, and one potential buyer whom he described as a multimillionaire from out of state considered converting the 123 acres into a private waterfront estate.

There's nothing before the court yet, but we've got some significant interest, Scotti said. It's a complex piece of property to develop, so it's a long haul to get from 'Yes, I'm really interested and I'd like to buy it' to 'Sign your name on the bottom line,' but we're working through it and I'm very optimistic.

He said it was difficult to know whether Wednesday's fire or the likelihood of demolition will help or hurt his marketing efforts.

We've had a bunch of people look at the property. Some are interested in saving some of the buildings and some are interested in taking everything down, Scotti said. It could cut either way in that respect.

**LOAD-DATE:** June 17, 2000

Copyright 2000 The Providence Journal Company
Providence Journal-Bulletin (Rhode Island)

**June** 19, 2000, Monday, West Bay EDITION

**SECTION:** NEWS, Pg. 1C

**LENGTH:** 372 words

**HEADLINE:** Mayor, Rocky Pt. trustee confer on 'fireproofing' site

**BYLINE:** Journal staff writer

**BODY:**

WARWICK - Mayor Scott Avedisian and the federal trustee in charge of **Rocky Point** agreed Friday to present a joint plan to the U.S. Bankruptcy Court for resolving fire safety issues at the defunct amusement park.

Avedisian said the plan is likely to include the demolition of at least some of the buildings in the park.

The mayor met behind closed doors for about an hour Friday with Andrew S. Richardson, the trustee assigned to liquidate **Rocky Point,** and with Peter Scotti, a Providence broker whom Richardson hired to sell the 123-acre site.

The three said they would tour the shoreline property this week and agree on a plan of action to present to the court.

I'll do everything within my power, within my budget, and that doesn't harm my marketing efforts, to assist the city in this area, Richardson said, after the meeting.

Last week, a fire that investigators believe was set destroyed two buildings on the old **Rocky Point** midway. The incident raised concern about the potential for a much bigger fire at the park, which has been a chronic target for vandals since it closed in 1995.

Because of the fire, Richardson last week hired private guards and off-duty police officers to provide around-the-clock security.

Avedisian said Friday that he was satisfied with the security plan so far and was confident that he, Richardson and Scotti would agree this week on a long-term solution for avoiding a major fire at **Rocky Point.**

Instead of going into court as adversaries, I'd rather have Andy and Peter go in with us and say, 'This is the action we'd like to take,' Avedisian said.

Security guards are not the long-term answer at **Rocky Point,** he said, because there are so many ways to enter the property that it's virtually impossible to make the perimeter secure. Avedisian said he would advocate demolishing any building that serves as an attractive nuisance and an invitation to arson.

The fire last week destroyed a building that once housed a bumper-cars ride and an adjacent building where mechanics maintained the cars. Seven of the city's nine engine companies responded and were able to prevent the fire

from spreading through the midway at large and the Palladium building.

**LOAD-DATE:** June 22, 2000

255 of 296 DOCUMENTS

Copyright 2000 The Providence Journal Company
Providence Journal-Bulletin (Rhode Island)

**June** 25, 2000, Sunday, West Bay EDITION

**SECTION:** NEWS, Pg. 1C

**LENGTH:** 856 words

**HEADLINE:** **Rocky Point** in decay Arson fire spurs plans to raze some buildings

**BYLINE:** Journal staff writer

**BODY:**

WARWICK - The federal trustee in charge of liquidating the former **Rocky Point** amusement park agreed Friday to seek bids this week from demolition contractors, to help lessen the potential for arson.

Trustee Andrew Richardson, a Providence lawyer, toured the property Friday with Mayor Scott Avedisian, Fire Chief Tom Rowan and other city officials. They said later they had identified buildings they want to see razed and others that can be boarded up or otherwise made secure against intruders.

On June 14, a fire believed to have been set destroyed two buildings on the midway. Seven of the city's nine engine companies responded and prevented the fire from spreading through the midway and perhaps jumping to the cavernous Palladium/Windjammer building.

In response, Richardson hired private guards and off-duty police officers to provide around-the-clock security until the dozens of remaining buildings are secured or demolished.

After the 90-minute tour, Avedisian said **Rocky Point** has been reduced to ruins in the five years since it was closed.

It's a ghost town, he said. There's obviously been a tremendous amount of vandalism. We don't see any evidence yet of people living there, but that is a concern of ours.

Avedisian guessed it would cost millions of dollars to demolish the entire park and remove the debris, and said he had not argued for a complete demolition during Friday's meeting with Richardson. We don't want to go to the (U.S.) Bankruptcy Court and ask them to spend a ton of money, he said. We want to see what the figures are, first.

Avedisian had invited reporters to join the tour, but Richardson objected. Avedisian said later the trustee felt he could not negotiate the fate of each building if those talks were on the record.

Richardson also objected, initially, to the presence of independent Councilman Carlo Pisaturo, who represents Warwick Neck. After a private huddle at the main gate to the park, he acceded to Avedisian's wish to include the councilman but insisted that reporters remain outside.

Richardson said later, I had made arrangements to meet with the mayor, the fire chief and the building inspector to

review the situation and try to come up with a plan as to how we should proceed. I think the way we handled it is more conducive to getting things done.

If he approves a demolition program, Richardson said, he said he will pay for it by drawing on the income of C.R. Amusements LLC, the parent company of **Rocky Point.** The income is derived from people who lease land for their cottages at Rocky Beach, a part of **Rocky Point.**

Because those funds are limited, There are clearly financial constraints on what can be done, Richardson said.

After touring the property, Chief Rowan said he had proposed that the city could help stretch the money available for demolition by allowing the Fire Department to burn a couple of the smaller structures as a training exercise. If that happens, he said, firefighters will remove asphalt shingles and any possible source of asbestos before burning the wood-frame buildings.

I think we made some progress today, Rowan said. We're concerned about homeless people moving into those structures and causing a fire, and about our people or the homeless being killed or injured in a rescue attempt.

Obviously, the ideal solution would be to demolish the whole area and ultimately see it developed into a city park, a recreational facility or something else, Rowan said. But if there are budgetary constraints, perhaps some of the buildings can be taken down piecemeal. That would at least be a start.

Pisaturo said, after the tour, that all structures should be demolished, with the exception of the Shore Dinner Hall and the Palladium/Windjammer building.

Because funds are limited, he said Richardson should hire a contractor who would level the buildings but not haul away and dispose of the debris.

As for the buildings left standing, Pisaturo said Rowan should issue a directive that forbids firefighters to enter them in the event of another fire.

Why jeopardize the firefighters' lives to go in those buildings? It's not like it's a house or a business where you know that people are in there, he said. If it burns, just contain it.

Pisaturo, who had supported various efforts to revive **Rocky Point** over the years, said, It's very depressing to see the park in the condition that it's in now. Everything's just coming apart. The kids have destroyed everything in there.

* *

Journal photo / ANDREW DICKERMAN

BOARD UP OR TEAR DOWN? Warwick Mayor Scott Avedisian and Fire Chief Tom Rowan talk outside the old **Rocky Point** amusement park before taking a tour Friday to decide which buildings should be demolished and which ones can be boarded up securely enough to keep intruders out.

* *

Journal photo / ANDREW DICKERMAN

NOT AMUSING: Warwick Mayor Scott Avedisian and real estate broker Peter Scotti talk about what s left of the old **Rocky Point** amusement park during a tour to assess what should be done with the structures that still stand.

**LOAD-DATE:** June 28, 2000



WARWICK BEACON
Warwick Online





PRIMETIME Magazine

News Article Search Results

RETURN TO SEARCH CRITERIA

## WARWICK

**06/27/2000**

### Public safety issues identified on tour of vandalized Rocky Point Pa

By KATE STEVENSON Reporter Warwick officials and Rocky Point representatives too steps Friday afternoon to avert future vandalism and arson at the former amusement park. Mayor Scott Avedisian, Fire Chief Thomas Rowan, Councilman Carlo Pisaturo, wh represents Warwick Neck, and Rocky Point trustee Andrew Richardson, among others, toured the grounds after a June 14 fire destroyed two of the park's buildings. The park closed in 1995 due to bankruptcy. There were later attempts to turn it into a fair, but the failed after only one season. The men spent about an hour-and-a-half identifying public safety issues and decided which buildings should be razed, boarded up or require other treatment, Avedisian said. There are still sprinkler systems intact in two of the park's buildings. The group discussed ways to make sure those systems would still work in the event of another fire, Avedisian said. "We basically checked out the status of everything he said. "What they're going to do now is look for some estimates as to work that shoul be done and see what they can afford to do by the constraints of the bankruptcy court." Avedisian had invited some members of the press to tour the grounds along with the res of the officials, but Richardson, a Providence lawyer, protested their inclusion in the matter. "He felt uncomfortable with the press walking through the grounds," Avedisian said. The bankruptcy court mandated that only a certain amount of income from the par parent company, C.R. Amusements LLC, could be spent per year, Avedisian said. That money is drawn from the income from Rocky Beach cottage leases, Richardson said. "We're having [the estimates] done immediately," he said. "Hopefully we'll have some id this week." There was extensive damage inside the park, Richardson added. "It looks lik there's been a lot of vandalism," he said. "And the buildings that were the subject of the fire were totally destroyed." Pisaturo said his main concern with the shaky condition of t park is the danger it poses to firefighters. Vandals have broken into just about every building, he said. The only buildings that are worth saving are the Palladium and the Shore Dinner Hall, he said. "But the midway itself is pretty decrepit," Pisaturo added. "That has to be addressed as soon as possible. "I'm not that concerned with the fire. It's down there and there isn't anywhere for it to go. The problem is, it really ties up the fire department. If the midway goes up, the whole thing goes." And if that happens, firefight may have to enter the flaming buildings to check that there are no people inside, he sai "I don't want to see the same thing that happened up in Worcester," Pisaturo said, referring to the fire last fall that claimed the lives of six Worcester firefighters. The firem were fighting a blaze in an abandoned building and went inside to check that there was nobody in the structure. It collapsed and trapped them inside. Pisaturo proposed that th

buildings should just be leveled with a bulldozer, leaving the debris until something more can be done. "I'm not worried about the disposal right now, but just to get the buildings down so the [vandals] can't get in there."

---

**RETURN TO SEARCH CRITERIA**

PRIMETIME Magazine

## News Article Search Results

RETURN TO SEARCH CRITERIA

## WARWICK

**09/07/2004**

### Officials to detail Rocky Point future after 'Big House' fire

By MARK SILBERSTEIN

Fire last Thursday night, considered to be of a suspicious origin, ravaged the former 'Big House' at Rocky Point, a building that was used to house seasonal employees when the amusement landmark was still open.

Warwick Fire Department Chief John "Jack" Chartier said that arrangements had been made to bring in a crane to help sift through the debris to search for an origin and exact cause. He added that the structure had no working utilities.

No one was injured battling the fire Chartier described as the equivalent of a three-alarm blaze. Aggressive firefighting, he said, helped protect another vacant building just 25-fee away - the old Shore Dinner Hall.

Throughout the day Friday firefighters using a dog trained to find bodies pulled away charred timbers with the help of a crane in a corner of the gutted building. There had be reports of a girl being seen in the area and it was feared she might have been caught in the fire. By the afternoon crews had gotten to the source of the dog's attention – a pile o mattresses that apparently still had the scent of humans.

This morning, Congressman James Langevin (D-RI) is scheduled to hold a press conference in front of the charred remains of the Big House, joined by the Small Busine Administration's acting regional administrator Mark Hayward, and the new owner of the Rocky Point property, which has been in government receivership for the past two years

Hayward said that he was told that a boater spotted flames shooting 20 to 30 feet in the air and was the first to contact authorities about the fire. Admitting that security has only been employed on occasion at the long abandoned Rocky Point, Hayward said that authorized personnel would be keeping a closer eye on things from now on. The fire and its column of black smoke could be easily seen from Barrington, Bristol and points up ar down Narragansett Bay.

Langevin's office hedged on releasing extensive details in advance of his press conference, but indicated that the Congressman and others would be discussing federal funding that is in place to help developers turn the property around. Chartier last week said that the SBA and Mayor Scott Avedisian have been discussing plans for the demolition of the remaining midway at Rocky Point, an effort that would be made to eliminate the risk for other buildings to become targets of arson. But Hayward said that h would not have any comment on that subject until a separate announcement he said wa in the works for tomorrow.

Hayward said that it's important for the SBA to help transition the property back to a useful purpose that would place it back on the city's tax rolls. Vanderbilt Capital, LLC of South Carolina earlier this year was the high bidder for the 124-acre property at $25 million. A purchase and sales agreement has yet to be approved by the Federal District Court.

According to court documents, Vanderbilt is affiliated with Toll Brothers, a publicly tradec company and one of the country's largest developers of luxury housing. Vanderbilt is considering a proposal to build a maximum of 350 units of luxury housing on the waterfront site.

The SBA has managed the future of Rocky Point and other properties as a receiver for Moneta [Capital], Hayward said.

They hope to recover an undisclosed amount from Moneta and its principal, Arnold Kilberg, for loans made on the park and other failed ventures including one in the Virgin Islands. Hayward said the $25 million Vanderbilt bid for the land is only a portion of what the SBA loaned Moneta.

Avedisian, in a prepared statement, called the fire at Rocky Point "unfortunate," but credited the fire department for their quick action to contain the blaze while preventing it from spreading to adjacent buildings.

"I have been in frequent contact with our public safety officials, as well as representative from the SBA regarding this situation," the mayor said. "My office will continue to assist i whatever way necessary as the investigation into the cause of the fire continues."

---

**RETURN TO SEARCH CRITERIA**

---

Copyright 2004 Providence Publications, LLC
The Providence Journal (Rhode Island)

**September** 8, 2004 Wednesday
West Bay

**SECTION:** NEWS; Pg. C-01

**LENGTH:** 672 words

**HEADLINE:** Security boosted at Rocky Pt. - Last week's blaze spurs the action, as sale OK is awaited

**BYLINE:** DANIEL BARBARISI, Journal Staff Writer

**BODY:**

WARWICK - With a federal judge yet to approve the sale of **Rocky Point** to a developer -- as proposed nine months ago by the receiver for the property -- the suspicious fire last Thursday that destroyed one of the former amusement park's remaining buildings has given local officials a heightened case of the jitters.

In part to ease those concerns, Congressman James R. Langevin yesterday held a news conference at the park at which the U.S. Small Business Administration announced that security on the 123-acre property is being beefed up.

Mark Hayward, acting regional director of the SBA, which is the court-appointed receiver for **Rocky Point,** said his agency has taken measures to improve security since the fire, and that "anyone who trespasses on this property will be prosecuted."

The blaze, deemed suspicious, destroyed what was once the park employees' dormitory that was known as The Big House.

In November, the SBA agreed to sell the park to Vanderbilt Capital, a South Carolina development group headed by Arnold Goodstein, for $25 million.

The agency is still waiting for the sale agreement to be approved by the U.S. District Court in Providence. Hayward said yesterday he had no idea when a decision will be issued.

"This latest act of vandalism reminds us once again of the dangers that will continue to lurk in Warwick neighborhoods until the U.S. District Court makes a ruling on the latest offer," Langevin said at the news conference. "The former amusement park is becoming an arsonist's playground rather than a tourist destination for all Rhode Islanders."

"We need a little more alacrity on the part of the courts," said Sen. William Walaska.

"We really need to see a speedy end and make this come to fruition," agreed Rep. Peter Ginaitt, a fellow Warwick Democrat. Both men represent the Warwick Neck peninsula, where **Rocky Point** is situated.

The property, on the shore of Narragansett Bay, is considered one of the most valuable pieces of property in the

state for residential development.

Goodstein, the developer, attended yesterday's news conference. He noted that, assuming the federal court gives its blessing to his acquisition of the property, the task of redeveloping the site will be a time-consuming one.

Vanderbilt Capital plans about 350 housing units, most of them condominiums.

Noting that he has a son studying at Brown University, Goodstein joked that he hopes to have the homes built "before my son's son enters Brown."

**Rocky Point** closed in 1995, saddled with debt after years of losses under its former owner, Arnold Kilberg's Moneta Capital. Its rides were sold off around the country.

Its creditors liquidated the property in U.S. Bankruptcy Court in 1999. Soon after, the SBA was appointed to manage the property and find a long-term use for it.

A group of people whose homes lie on about 29 acres of the **Rocky Point** property -- in an area called Rocky Beach -- have threatened to complicate the sale.

This afternoon, leaders of the Rocky Beach Association will be in U.S. District Court requesting that the group be allowed to intervene in the matter. The group also has filed a companion motion, an objection to the sale, with the court.

In early June, Goodstein, anticipating ownership of the entire parcel, offered to sell the Rocky Beach area to the residents for $11 million. Pegee Malcolm, the association's vice president, called the offer arbitrary and far more than the residents could afford.

Like many of the other structures remaining in the former **Rocky Point** amusement park, the "House of Horrors," above, has seen better days since it last provided spooky thrills to those who dared enter it. Political leaders, including, at left, Warwick Mayor Scott Avedisian and U.S. Rep. James R. Langevin, held a news conference at the park yesterday -- in front of a building which was destroyed by fire last Thursday -- to discuss tighter security plans for the deteriorating park and to say that they hope court approval for its sale to a housing developer will come soon.

JOURNAL PHOTOS / SANDOR BODO

**LOAD-DATE:** September 9, 2004

57 of 296 DOCUMENTS

Copyright 2004 Providence Publications, LLC
The Providence Journal (Rhode Island)

**September** 8, 2004 Wednesday
All Editions

**SECTION:** NEWS; Pg. B-02

**LENGTH:** 548 words

**HEADLINE:** REGIONAL NEWS BRIEFS

**BODY:**

WARWICK

**Rocky Point** security increased: With a federal judge yet to approve the sale of **Rocky Point** to a developer -- as proposed nine months ago by the receiver for the property -- the suspicious fire that destroyed one of the former amusement park's remaining buildings has given local officials a heightened case of the jitters.

In part to ease those concerns, Congressman James R. Langevin yesterday held a news conference at the park, and the U.S. Small Business Administration announced that security on the 123-acre property is being beefed up.

Thursday's blaze, deemed suspicious, destroyed what was once the park employees' dormitory that was known as The Big House.

In November, the SBA agreed to sell the park to Vanderbilt Capital, a South Carolina development group headed by Arnold Goodstein, for $25 million.

* FALL RIVER

LNG meeting tonight: The dispute over a proposed port facility for liquefied natural gas heated up yesterday as both the developer and a coalition of passionate opponents girded for a key series of public hearings that begin tonight.

The federal regulators responsible for considering safety and security issues -- such as protecting the proposed Fall River facility from terrorists -- will begin taking input tonight at the Venus de Milo restaurant, in Swansea. The Federal Energy Regulatory Commission will take input again tomorrow night at the Gaudet Middle School, in Middletown.

The meetings start at 7 p.m.

The hearings are part of a federal permitting process that will generate a final report on the proposal. After that, the commission will decide whether the project should go forward.

* BRISTOL

Change urged for youth football equipment: The 100 stitches sewn across 10-year-old Tyler Falcoa's left arm make the shape of a jagged V.

The deep cut was the result of a tackle during practice with his Pop Warner football team at Mount Hope High School on Aug. 26. Tyler, a quarterback with the Bristol Mustangs' Junior Peewee squad, was running with the ball when he was tackled by three of his teammates.

When Tyler got up, there was blood on his jersey. There was also blood on a metal clip attached to the helmet of one of the players who hit him, according to Tyler's father, Ray Falcoa.

He believes Tyler was slashed by the clip when he was hit. Falcoa worries that other children could be injured if some players use metal clips to hold the chinstraps on their helmets in place. He wants all Pop Warner teams to use plastic clips instead.

Falcoa has ordered 100 plastic clips for his son's team. He and Kevin Mota, the team's coach, have contacted other teams in Warren, Barrington, Portsmouth and Dighton Rehoboth, and asked them to switch, too.

* SOUTHKINGSTOWN

Contract talks stuck on health benefits: Teachers' contract talks appear to be at a stalemate, with the union refusing to have its members pay a greater portion of their health-care costs, according to a School Committee member familiar with the closed-door discussions.

David Cote said a member of the committee's negotiating team told him Monday that union leaders rejected a health-insurance co-share during marathon sessions over the holiday weekend.

"There are many issues on the table still that we're talking about," said Jackie Iacono, president of the South Kingstown teachers' union.

**LOAD-DATE:** September 9, 2004