IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| V. | ) | Civil Case No. 99-565L |
| MONETA CAPITAL CORPORATION Defendant. | ) | |

**MOTION TO WITHDRAW**

Counsel for Irwin Chafetz, a creditor, K. Joseph Shekarchi, Esq. and Frank Kirby, Esq. hereby move for withdrawal and have their names deleted from the certification for the above referenced case. All funds have been properly collected and Irwin Chafetz has been satisfied and notified of motion to withdraw. Their respective roles in the matter have concluded and there is no further need for their involvement.

Granted:
Ronald R. Lagueux
Sr. USDJ 1/4/07

Respectfully Submitted,

K. Joseph Shekarchi, Esq. (#4493)
Shekarchi Law Associates
33 College Hill Rd.
Warwick, RI 02886
T: (401) 827-0100
F: (401) 823-1400

428