**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | : | |
| CITY of WARWICK, Applicant for Intervention | : | |
| v. | : | Civil Case No. 99-565-L |
| MONETA CAPITAL CORPORATION, Defendant | : | |

**MOTION OF CITY OF WARWICK, RHODE ISLAND**
**TO INTERVENE FOR LIMITED PURPOSE**

Now comes the City of Warwick, Rhode Island, through its city solicitor, and moves for leave to intervene as a plaintiff in this action for the limited purpose of joining the United States Small Business Administration ("SBA") in its Motion for Determination and Order concerning the City of Warwick's Demand to Demolish Certain Structures at the former "Rocky Point Amusement Park" location. Warwick seeks to intervene only for the limited purpose of securing an appropriate Order of this Court determining that the Receiver is obligated, and authorized, to comply forthwith with the City's demand for remediation at the "Rocky Point" location. The City does not seek to intervene at this time as to any other issue raised in SBA's motion, or as to any other issue in this action.

In support of its application to intervene, Warwick states that: (1) as the municipality in which the Rocky Point property is located, charged with certain public

safety responsibilities (including, but not limited to, fire and police protection to the former Rocky Point property and surrounding neighborhoods), Warwick has a unique interest in such property and the subject matter of SBA's motion; (2) the disposition of SBA's motion may create a practical impediment to Warwick's ability to protect its interests and to carry out its public safety responsibilities effectively; (3) although SBA has indicated its general agreement with Warwick's position regarding the necessity of razing certain structures at the Rocky Point property, neither SBA nor any other existing party stands in Warwick's position as the municipal governmental body charged with public safety responsibilities involving and affecting the Rocky Point property and, therefore, no existing party can adequately represent the city's interests; and (4) the within application to intervene is timely and limited in scope, and will not unduly prejudice any existing party nor delay any pending proceedings.

WHEREFORE, the City of Warwick requests that it be permitted to intervene in this matter for the limited purpose of joining in SBA's motion for an Order determining that the Receiver has the responsibility (and authority) to comply promptly with the demand of the City of Warwick for the demolition or other remediation of certain structures located on the said Rocky Point property.

Granted:
Ronald R. Lagueux
Sr. USDJ 1/10/07

City of Warwick, Rhode Island
By its City Solicitor,

/s/John G. Earle
John G. Earle, R.I. Bar No. 2406
Breslin, Sweeney & Earle, LLP
222 Jefferson Blvd., Suite 300
Warwick, RI 02888
Tel. (401) 737-8484
Fax (401) 738-6935
Email: jearle@bselaw.com