Oct. 19. 2006 12:43PM No. 1604 P. 2

JOHN PAGLIARO
DIRECTOR & BUILDING OFFICIAL

SCOTT AVEDISIAN
MAYOR

WARWICK BUILDING DEPARTMENT
3275 POST ROAD
WARWICK, RHODE ISLAND 02886
(401) 738-2000
FAX (401) 732-1252
TDD 739-9150

October 19, 2006

Stephen Jones
Principal Receiver
Moneta Capitol Corp.
666 Eleventh Street NW
Suite 200
Washington, DC 20001

Re: AP 380 Lot 1: Former Rocky Point Amusement Park

Dear Sir:

On October 17, 2006, a fire consumed an abandoned and vacant building at the above-referenced property. This is the second such incident since the closure of the park facility in 1995. After an inspection of the premises by myself and another member of the Warwick Building Department, you are hereby notified that pursuant to the R.I. State Building Code, Article 23-27.3-100.0, Section 23-27.3-125.5 Hazardous Buildings, the entire park facility has been determined and declared to contain Hazardous Buildings. As a result, you are hereby ordered to demolish and remove all the former park facility structures comprising the former "midway area" with the exception of those buildings referred to as the "Shore Dinner Hall" and the "Palladium/Windjammer".

~~You must contact me immediately~~ upon receipt of this notice. The requirements of this order must be carried out within ten (10) days of the date of this notice. Failure to act in response to this order shall result in the City taking any and all actions deemed necessary to otherwise secure the site and remove and/or eliminate the known dangerous conditions existing on the subject property. Any costs incurred by the City in this regard shall be chargeable against the property and recorded as a lien thereon.

Sincerely,
[signature] 10/19/06.

Ted Sarno
Director of Administration

TS/cw

Cc: Mayor Avedesian
John Earle, Esq., City Solicitor
Andrew Richardson, Esq., Bankruptcy Estate Trustee
Jason Witham, Toll Brothers
Tony Casapulla, Toll Brothers