ATTORNEYS AT LAW
SHECHTMAN
HALPERIN
SAVAGE, LLP
*A Limited Liability Partnership*

November 3, 2006

Robert Stolzman, Esq.
Adler Pollock & Sheehan
2300 Financial Plaza, 8th Floor
Providence, RI 02903-2443

Re: Rocky Point / Rocky Beach (the "Premises")

Dear Mr. Stolzman:

As you know, this office represents the U.S. Small Business Administration in its capacity as Receiver of Moneta Capital Corporation (the "Receiver"). Recently, the City of Warwick (the "City") has made demand for the removal of certain structures from the Premises and for the removal of the debris remaining from the fire that destroyed the Cliff House. This letter is sent for the purpose of making demand upon Vanderbilt Capital, LLC (the "Buyer") under the Purchase and Sale Agreements executed in connection with the sale of the Premises to comply with the City's directives regarding the removal of the structures in question.

Specifically, the Purchase and Sale Agreements provide that the Buyer is obligated to pay "all operational responsibilities and all costs and expenses associated with ownership of the Premises . . .". Given that the City is demanding measures be undertaken to protect the health and safety of its citizens and that the City has the legal authority to require the requested remediation, the Buyer has the obligation under the cited provision of the Purchase and Sale Agreements to take appropriate action to comply with this demand. While the Receiver stands ready to provide any consent necessary to effectuate the necessary remediation, the Buyer is responsible for ensuring the timely completion of the cleaning and disposal of the debris remaining from the fire as well as the removal of the structures in question.

As the Buyer has expressed its belief that it is the Receiver's responsibility to meet the City's demands, the Receiver will immediately seek the issuance of an Order from the United States District Court for the District of Rhode Island requiring the Buyer to compensate the Receiver for any costs and expenses associated with the remediation demanded by the City.

352 Newbury Street
Boston, MA 02115
P 617.267.7000
f 617.267.7011

1080 Main Street
Pawtucket, RI 02860
P 401.272.1400
f 401.272.1403

One North Broadway, Suite 1004
White Plains, NY 10601
P 914.946.1888
f 914.946.1822

www.shslawfirm.com

If you have any questions or would like to discuss this matter further please feel free to contact me.

Very truly yours,

Thomas E. Carlotto -By MES

Thomas E. Carlotto