UNITED STATES SMALL BUSINESS ADMINISTRATION
Office of General Counsel
409 3rd Street, SW
Washington, DC 20416

VIA CERTIFIED MAIL

January 12, 2007

Vanderbilt Capital, LLC
c/o Toll Brothers, Inc.
Attn: Robert Parahus
250 Gibraltar Road
Horsham, PA 19044

Re: Rocky Point and Rocky Beach, Warwick, RI

Dear Mr. Parahus:

Reference is hereby made to those certain purchase and sale agreements each dated May 19, 2004, between the United States Small Business Administration as Receiver for Moneta Capital Corporation (the "Receiver") and Vanderbilt Capital, LLC ("Vanderbilt') one of which relates to Assessor's Plat 380, Lot 281 and Lot 3 (the "Rocky Beach Agreement") and the other relates to Assessor's Plat 379, Lots 8, 9, 158, 159, 425, 426 and 445, Plat 380, Lot 1 and Plat 381, Lots 38, 39, 40 and 41 (the "Rocky Point Agreement", together with the Rocky Beach Agreement, the "Agreements"). Capitalized terms used herein but not defined above shall have the meaning ascribed in the Agreements.

In response to your most recent letter of January 4, 2007, please be advised that the Receiver disagrees with your assertion that the prior correspondence dated December 12, 2006 constitutes a valid Approvals Termination Notice. As previously indicated, the December 12, 2006 correspondence was not in "strict compliance" with paragraph 11 of each Agreement due to, among other things, Vanderbilt's failure to submit applications for the Approvals seeking to construct two hundred eighty units or less on the Rocky Point Property and seventy units or less on the Rocky Beach Property. Please refer to the last sentence contained in the first paragraph of Section 11 in each Agreement.

With regard to your contention that the notice of default sent by the Receiver is inadequate, the Receiver directs you to paragraph 12 of the Agreements, which does not require the level of specificity you contend. Furthermore, employees and/or agents of

Vanderbilt are in possession of the detailed records relating to the Operational Costs including unpaid utility charges, taxes and other amounts due to private vendors and the City of Warwick. While said agents and/or employees of Vanderbilt had committed to provide such records to the Receiver's agents, they have not been forthcoming. Notwithstanding Vanderbilt's failure to comply with its commitments and without in any way waiving the Receiver's rights, included herewith is documentation identifying certain Operational Costs that have not been paid together with an invoice. Please note that Vanderbilt remains responsible for the operational responsibilities and all costs and expenses associated with ownership of the Property as there has been no effective termination of the Agreements. Given that no termination has occurred, Vanderbilt's refusal to meet its obligations including the payment of Operational Costs on an ongoing basis is a default under the Agreements.

Also, there is no confusion on the part of the Receiver relative to the addresses to which notice must be sent. At no time has the Court approved any amendment to the Agreements and therefore, notice was sent in compliance therewith. Regardless, in the future, the Receiver will provide copies to the individuals identified in your letter.

Based upon the foregoing, Vanderbilt's request for the return of the Deposits is denied. If you would like to discuss this matter further, you may contact me at (202) 205-6976.

Very truly yours,

Arlene M. Embrey.

Cc: Thomas Morris, Director of Litigation
Stephen Jones, Principal Agent
David B. Sholem, Esq.
Kenneth J. Gary, Esq.
Frank T. Caprio, Esq.
Mark Warshauer, Vice President and Counsel
Tony Casapulla, Division President

**ROCKY POINT REAL ESTATE TAXES PAYABLE AS OF JANUARY 17, 2007 DUE DATE**

**A. Real Estate Taxes payable as of 1/15/2007** **$151,087.36**

1. Q3 2006 taxes of $126,967.79

2. Balance due for Q3 2005 (tax + int) $24,119.57

   a. According to P&S, Vanderbilt is responsible for expenses and taxes from 9/12/05

   b. Q3 2005 taxes covers the period from 7/1/05 - 9/30/05, which is 91 days.

   c. 7/1/05-9/11/05 = 72 days owed by Receiver
   $24,119.57/91days x 72 days = $19,083.62

   d. 9/12/05 - 9/30/05 = 19 days owed by Vanderbilt
   $24,119.57/91days x 19 days = $5,035.95
   $24,119.57

B. Receiver paid Vanderbilt $43,274.13* on 11/21/06

1 consisting of:
base taxes for Q3 2005 $123,477.89
plus interest on Q3 2005 taxes $17,286.90 (which only reflects int. to 2/06)
less amount of operating expenses reimbursable by Vanderbilt to Receiver for period from 9/12/05 -$97,490.66
$43,274.13

2 *Receiver inadvertently reimbursed too much because it does not reflect Vanderbilt's pro-rated liability of Q3 2005 taxes and interest, which should be $29,390.39
( $123,477.89 +17,286.90= 140,764.98
140,764.98/91 days x 19 days = $29,390.39)

Receiver's portion should be $111,374.09
( $123,477.89 +17,286.90= 140,764.98
140,764.98/91 days x 72 days = $111,374.09)

So, Receiver's reimbursement to Vanderbilt should have been $13,883.43 (i.e. $111,374.09-$97,490.66), rather than $43,274.13

Thus, Vanderbilt is in possession of $29,390.70 ($43,274.13- 13,883.43) of funds due and owing to the Receiver for Vanderbilt's portion of Q3 2005 taxes and

D. SUMMARY - Vanderbilt owes (A.1. + A.2. above) **$151,087.36**

Vanderbilt owes Receiver $10,307.08 for inadvertent over-reimbursement after providing credit of $19,083.62 included in the tax due of $151,087.36 **$10,307.08**

Total Due **$161,394.44**

**Rocky Point - Unpaid Expenses**
*limited to the knowlege of Receiver as of 1/11/07, excluding real estate taxes*

| Vendor | Account No. | Invoice No. | Invoice Date | Total Amount Due |
|---|---|---|---|---|
| **AAA Custom Alarm Systems** | N/A | 77465 | 12/8/06 | $317.10 |
| 643 East Avenue | | 77484 | 12/18/06 | $1,239.41 |
| Warwick, RI 02886 | | 77723 | 12/19/06 | $65.70 |
| (401) 826-0800 | | 77810 | 12/27/06 | $698.63 |
| *(security monitoring)* | | | SUBTOTAL | **$2,320.84** |
| **Wood & Wire Fence Co.** | | 47775 | 12/21/06 | **$575.00** |
| 124 Reservoir Ave | | | | |
| Pawtucket, RI 02860 | | | | |
| (401) 727-0806 | | | | |
| *(fence repairs)* | | | | |
| **K Electric, Inc.** | 206192 | 21289 | 12/21/06 | **$152.00** |
| 2646 Warwick Avenue | | | | |
| Warwick, RI 02889 | | | | |
| (401) 739-6000 | | | | |
| **Narragansett Electric Company** | 60538 30830 07 | N/A | 12/12/06 | **($22.80)** |
| ***(aka National Grid as of 10/05)*** | | | | |
| Processing Center | | | | |
| Woburn, MA 01807-0049 | | | | |
| (800-322-3223) | | | | |
| National Grid | | | | |
| **fka New England Gas Company** | 804003 | 1056283 | 3/06-12/22/06 | $1,391.16 |
| P.O. Box 9580 | | | | |
| Manchester, NH 03108-9580 | 804003 | 1134420 | 3/06-12/22/06 | $412.95 |
| (401) 272-5040 x2093 | | | | |
| Contact: David Satagaj | 804003 | 1219432 | 3/06-12/22/06 | $567.60 |
| david.satagaj@negasco.com | | | | |
| | 804003 | 1135868 | 3/06-12/22/06 | $1,033.14 |
| | 804003 | 1028349 | 3/06-12/22/06 | $1,533.91 |
| | | | SUBTOTAL | **$4,938.76** |
| **New England Protection Services** | N/A | 1884 | 12/12/06 | **$3,652.00** |
| P.O. Box 2171 | | | | |
| Pawtucket, RI 02861 | | | | |
| (401) 724-7777 | | | | |
| *(security services)* | | | | |
| Contact: Jennifer Camara | | | | |
| jcamara1212@aol.com | | | | |
| **Tyco/Simplex Grinnell** | | 61952115 | 12/29/06 | **$3,134.63** |
| 296 Wampanoag Trail | | | | |
| East Providence, RI 02915-2231 | | | | |
| (401) 435-1650 | | | | |
| Contact: Janice (978-731-7464) | | | | |
| **Warwick Police Department** | N/A | 06-1904-DV | 12/18/06 | $1,319.92 |
| 99 Veterans Memorial Dr. | | 07-10-DV | 1/2/07 | $1,319.92 |
| Special Detail Office | | | SUBTOTAL | **$2,639.84** |
| Warwick, RI 02886-4617 | | | | |
| (401) 468-4215 | | | | |
| Contact: Ofc. Gerry LaPierre | | | | |
| **City of Warwick** | 521-02084700 | | | $18.20 |
| Dept. of Public Works | 621-02270700 | | | $80.42 |
| Water Division | 831-02079800 | | | $2,510.32 |
| 935 Sandy Lane | 831-08000500-01 | | | $373.40 |
| Warwick, RI 02889 | 831-08000500-02 | | | $450.98 |
| (401) 738-2000 ext. 6600 | 831-08000500-03 | | | $776.45 |
| *(water usage fee)* | | | SUBTOTAL | **$4,209.77** |
| Contact: Debbie (401-738-2000 x 6602) | | | | |
| | | | **GRAND TOTAL** | **$21,600.04** |

U.S. Small Business Administration
SBA
Championing America's Entrepreneurs

**U. S. SMALL BUSINESS ADMINISTRATION**
Receiver for Moneta Capital Corporation
666 Eleventh Street, N.W., Suite 200
Washington, D.C. 20001
202-504-2244 • 202-504-2247 (FAX)

January 12, 2007

Vanderbilt, LLC
Attn: Robert Parahus, Regional President
c/o Toll Brothers, Inc.
83 Cedar Street
Milford, MA 01757

# INVOICE

Operating Expenses due and owing to SBA as Receiver for Moneta Capital Corporation:

| | |
|---|---|
| 1. Real Estate Taxes due and payable | $151,087.36 |
| 2. Reimbursement to Receiver for Over-payment of Operating Expenses for period subsequent to 9/11/05 | $ 10,306.83 |
| 2. Demolition Expenses – Fuss & O'Neill | $196,025.00 |
| 4. Liability Insurance – Admiral Insurance Company | $ 23,690.00 |
| 3. Vendors' and Utilities | $ 22,600.04 |
| TOTAL DUE | $403,709.23 |