**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565(ML)** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

ORDER

**THIS CAUSE** having come before this Court on the Receiver's Motion for Determination and Order Regarding the Demand of the City of Warwick to Demolish Certain Structures, (the "Motion"), and after hearing thereon:

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. The Motion is granted, in part;
2. The Receiver, in its capacity as owner of that certain property commonly known as "Rocky Point", is ordered to demolish the structures on the Midway portion of the Rocky Point Property more specifically identified by the Building Official for the City of Warwick as unsafe and/or hazardous in that certain report annexed hereto as Exhibit A.

**SO ORDERED.**

Dated: 1/24/07
Providence, Rhode Island

Ronald R. Lagueux
THE HONORABLE RONALD LAGUEUX
UNITED STATES DISTRICT COURT JUDGE

EXHIBIT "A"

JOHN PAGLIARO
DIRECTOR & BUILDING OFFICIAL

SCOTT AVEDISIAN
MAYOR

WARWICK BUILDING DEPARTMENT
3275 POST ROAD
WARWICK, RHODE ISLAND 02886
(401) 738-2000
FAX (401) 732-1252
TDD 739-9150

October 31, 2006

Field Inspection Report of
Rocky Point Park
Plat 380 Lots 1

The park consist of approximately (50) fifty structures. The inspection was of buildings number 4 to 50 only, that are noted on attached aerial photo. All of these building were open and accessible and several were in need of structural repair as seen in the following photo's...

1 building # 19, the fun house, the entire front of the building has collapsed. – Photo # 37 - 38

2 building # 26 the roof overhang of building is ready to fall – Photo # 67 - 68

3 building # 8 the platform of the flume has collapsed – photo # -14 - 15

4 building # 37 ticket booths next to merry –go- round structural hazard – Photo # 96 - 97

5 Buildings # 4 to 50 were open and accessible and full of debris -- all photos

Thus the park is in violation of the State of Rhode Island Building Code, Chapter 23-27.3 section 124.1 items:

| | |
|---|---|
| # 2 | hazardous accumulations of debris and combustible materials -- all photos |
| #3 | falling away of building materials -- photo 19 -55 |
| #4 | deterioration of the structure -- photo 11 – 55 – 67 – 96 - 112 |
| #5 | building is partly destroyed and is vacant – all photos |
| #6 | the buildings have been open and vacant more than 180 days – all photos |
| #7 | the building signs and structure constitutes a fire and wind hazard – all photos |
| # 8 | some of the building are leaning and sagging -- photo 19 – 67 – 96 |

#10 unsanitary conditions due to the destroyed sanitary facilities – photo 89 – 90 - 91

#12 buildings are dilapidated and deteriorated and they are and attractive nuisance to children – all photos

Note also photos were taken of Rocky Point Beach area, which has several building are presently vacant and open. These building plus the remaining building to become vacant once the tenants move out, will become a serious problem for the city.

John Pagliaro – Warwick Building Offical

**§ 23-27.3-123.1 Notice to owner.** – Upon notice from the building official that any work on a building or structure is being prosecuted contrary to the provisions of this code or in an unsafe or dangerous manner, the work shall be immediately stopped. The stop-work order shall be in writing and shall be served on the owner, as defined in Article 2, or on the person responsible as provided in § 23-27.3-122.1.2; and shall state the conditions under which work may be resumed; provided, however, that in instances where immediate action is deemed necessary for public health, safety, and welfare, or in the public interest, the building official may require that work be stopped upon verbal order.

**§ 23-27.3-123.1.1 Posting of order.** – A stop-work notice shall be posted in a conspicuous place on the job site and shall be removed only at the direction of the building official.

**§ 23-27.3-123.2 Unlawful continuance.** – Any person who shall continue any work in or about the job site after having been served with a stop-work order, except work as he or she is directed to perform to remove a violation or unsafe condition, shall be liable to prosecution as provided in § 23-27.3-122.0.

**§ 23-27.3-124.0 Unsafe structures – General provisions.** – All buildings, signs, or other structures or any portion thereof shall be kept and maintained in a safe and sound condition at all times by the owner or the owner's authorized agent.

**§ 23-27.3-124.1 Unsafe conditions.** – A building, sign, or structure shall be declared unsafe by the building official if any one of the following conditions exists upon the premises:

(1) The building is vacant, unguarded, and open at doors or windows thereby permitting unauthorized entry; or

(2) There is a hazardous accumulation of dust, debris, or other combustible material therein; or

(3) There is a falling away, hanging loose or loosening of any siding, block, brick, or other building material; or

(4) There is a deterioration of the structure, or structural parts, or a structural weakness exists whereby the continued use and occupancy would endanger the lives of the occupants or those using public or private land in the immediate area; or

(5) The building has been partially destroyed or has been substantially damaged by the elements, acts of God, fire, explosion, or otherwise, and is vacant, regardless of whether or not the building is secured to prevent unauthorized entry; or

(6) The building or structure has been vacant or unused for more than one hundred eighty (180) days, whether or not it has been boarded, guarded, and/or closed at all doors and windows, and has remained in a condition such that the repairs necessary to make the building or structure safe and sanitary for occupancy exceed fifty percent (50%) of the fair market value of the building or structure in its present condition.

(7) The building, sign, or structure constitutes a fire or windstorm hazard or is, in the opinion of the building official, otherwise dangerous to human life or public health, safety, and welfare; or

(8) There is an unusual sagging or leaning out of plumb of the building or any parts of the building, and the effect is caused by deterioration or over-stressing; or

(9) The electrical or mechanical installation or systems create a hazardous condition contrary to the standards of this code or the code in effect at the time of construction; or

(10) An unsanitary condition exists by reason of inadequate or malfunctioning sanitary facilities or waste disposal systems; or

(11) The use or occupancy of the building is illegal or improper because the building does not comply with the allowable areas, height, type of construction, fire-resistance, means of egress, liveload, or other features regulated by the code in effect at the time of construction; or
(12) Whenever the building or structure has been so damaged by fire, wind, or flood, or has become so dilapidated or deteriorated as to become an attractive nuisance to children who might play therein to their danger.

**§ 23-27.3-124.2 Notice of unsafe condition.** – When the whole or any part of any building, sign, or other structure shall be declared to be in an unsafe condition, the building official shall issue a notice of the unsafe condition to the owner of record describing the building or structure deemed unsafe, and an order either requiring that the building, sign, or structure be made safe or be demolished within a reasonable, stipulated time. All notices and orders shall be in writing and shall be delivered to the owners of the building by the building official or his or her designated agent or shall be sent by registered or certified mail to the last known address of the owner or owners. Orders to demolish any building, a sign, or structure shall also be issued to all mortgagees of record. If any owner or mortgagee cannot be located after due and diligent search, the notice and order shall be posted upon a conspicuous part of the building or structure, and the procedure shall be deemed the equivalent of personal notice. When a building or structure is ordered secured for any reason by the building official, the owner shall board the building or structure in accordance with § 23-27.3-124.6 within seven (7) days, or the building official may cause the necessary work to be done to secure the building or structure. The cost of the work shall be billed to the owner and be a lien against the real property as provided in § 23-27.3-125.7.

**§ 23-27.3-124.3 Appeals.** – The owner shall either comply with the order or shall appeal the order to the local board of appeals within thirty (30) days of mailing or posting of the notice and order. There shall be no appeal to the order to board an unsecured or vacant building or structure. The board of appeals shall, if requested by the owner, hold a hearing where it will either confirm, modify, or revoke the notice and order of the building official in accordance with the provisions of § 23-27.3-126.0 as may be deemed just and proper in the interest of public health, safety, and welfare.

**§ 23-27.3-124.4 Restoration of unsafe buildings.** – A building, sign, or structure declared unsafe by the building official shall be restored to a safe and usable condition in one of the following manners:
(1) When no change in use or occupancy is contemplated or compelled and the reconstruction or restoration is less than fifty percent (50%) of the physical value of the building, sign, or structure as defined in § 23-27.3-106.5, the building, sign, or structure shall be repaired in accordance with the applicable requirements of the rehabilitation building and fire code for existing buildings and structures, or if the rehabilitation code for existing buildings and structures is not applicable, the applicable requirements of § 23-27.3-106.3 or § 23-27.3-106.4; or
(2) When a change in use or occupancy is contemplated or compelled, or reconstruction or restoration is in excess of fifty percent (50%) of the physical value of the building, sign, or structure as defined in § 23-27.3-106.5, exclusive of foundations, the building, sign, or structure shall be made to comply in all respects with the requirements for materials and methods set forth in the rehabilitation building and fire code for existing buildings and structures, or if said code does not apply, the requirements for materials and methods for new buildings, signs, or structures erected under the provisions of this code.

