UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Civil Case No. 99-565L |
| MONETA CAPITAL CORPORATION Defendant. | ) | |

**JOINT MOTION TO APPROVE COMPROMISE**

The United States Small Business Administration, as Receiver for Moneta Capital Corporation, and Vanderbilt Capital, LLC hereby move this Court to approve the compromise reflected in their Termination, Settlement and Mutual Release Agreement. The grounds for this joint motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

U.S. Small Business Administration as Receiver for
Moneta Capital Corporation
By Its Attorney

*/s/ Thomas E. Carlotto*

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Vanderbilt Capital, LLC
By Its Attorneys

*/s/ David A. Wollin*
David A. Wollin (#4950)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Dated: February 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage pre-paid, this 7th day of February 2007, to the following:

Acropolis Enterprises, Inc.
285 Governor Street
Providence, RI 02906

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Thomas Hefner, Esq.
Town of Cumberland
P.O. Box 7
Cumberland, RI 02864

Cheryl Asquino, Esq.
Narragansett Bay Commission
One Service Road
Providence RI 02905

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way,
Christianstead
U.S. Virgin Islands 00820

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Norman J. Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Christine Bush, Esq.
Duffy & Sweeney, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

James Callahan
269 Chapman Street
Canton, MA 02021

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Pamela Lynn Colon
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Karen Davidson, Esq.
1 Ship Street
Providence, RI 02903

John Dean, Esq.
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

John Earle, Esq.
City Solicitor
City of Warwick
3275 Post Road
Warwick, RI 02886

Joseph Ferrucci, Esq.
Ferrucci Russo
49 Weybosset St.
Providence, RI 02903

Gibraltar Corporation
1 Richmond Square
Providence, RI 02906

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Lawrence L. Goldberg, Esq
96 Jefferson Boulevard
Warwick, Rhode Island 02888

John C. Gyorgy, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
285 Governor Street
Providence, RI 02906

Gregory Hamilton, Esq.
Law Offices of Gregory Hamilton
319 Hope Street
Providence, RI 02906

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Township of Hopewell, N.J.
c/o Frederick Raffetto, Esq.
Monmouth Shores Corp. Park
Wall Township
1305 Campus Pkwy.
Neptune, NJ 07753

167 Hotel on the Cay Timeshare
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Joan Kilberg
3554 Pine Lake CT
Delray Beach, FL 33445-9045

Frank D. Kirby
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Gina Martin, Esq.
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Metacom Medical Assoc., Inc.
Paul Agatiello Pension Plan
c/o Paul Agatiello, M.D.
220 Sanctuary Drive
East Greenwich, RI 02818

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Ann Marie Mitchell, Esq.
Toll Bros., Inc.
250 Gibraltar Road
Horsham, PA 19044

Keven McKenna, Esq.
23 Acorn Street
Providence, RI 02903

Steven M. McInnes, Esq.
Attorney for American Shipyard Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Timothy More
50 South Main Street
Providence, RI 02903

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

Gregory T. Parkos
Revocable Trust
Joan M. Parkos Revocable
Trust 1994
c/o Norman J. Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

Everett A. Petronio, Sr.
Law Offices of A. Petronio, Inc.
1239 Hartford Avenue
Johnston, RI 02919

Louis A. Premia, Esq.
Geremia & DeMarco, Ltd.
99 Wayland Avenue
Providence, RI 02906

Frederick Raffeto, Esq.
McLaughlin, Bennett,
Monmouth Shores Corporate
Park
1350 Campus Parkway
Neptune, NJ 07753

Andrew S, Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, RI 02906

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway
Cap.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy, Sweeney & Scott,
Ltd.
300 Turks Head Building
Providence, RI 02903

David B. Sholem
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Leon Stand
Attorney at Law
360 Lexington Avenue
New York, NY 10017

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

United States Department of
Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Henry Varra
350 Chestnut Street
West Newton, MA 02465

Waste Management of
Rhode Island
575 West Street # 210
Mansfield, MA 02048-1164

The following parties were served via electronic notice on February 7, 2007:

| | |
|---|---|
| Joseph Avanzato | javazanto@apslaw.com, vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Edward J. Bertozzi, Jr. | ebertozzi@eapdlaw.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com<br>proefile@nixonpeabody.com; myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.rii.gov; randrade@riag.ri.gov |
| Frank Caprio | frankcaprio@hotmail.com |
| Thomas E. Carlotto | tcarlotto@shslawfirm.com |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Michael W. Carroll | msc@carroll-law.net |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Joseph Michael DiOrio | jmdiorio@dioriolaw.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston W. Halperin | phalperin@shslawfirm.com; dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Vincent A. Indeglia | vaindeglia@aol.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| K. Joseph Shekarchi | Joe@shekarchilaw.com |
| Thomas A. Tarro, III | ttarro3rd@tarrolawfirm.com |
| Robert K. Taylor | rkt@psh.com; tlc@psh.com |
| H. Marc Tepper | marc.tepper@bipc.com |
| Harris K. Weiner | hkw@pinelaw.com; llk@pinelaw.com |
| Robert D. Wieck | rwieck@mandwlaw.com |

*/s/ David A. Wollin*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 99-565L |
| | ) | |
| MONETA CAPITAL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO APPROVE COMPROMISE**

The United States Small Business Administration, as Receiver for Moneta Capital Corporation ("the Receiver"), and Vanderbilt Capital, LLC ("Vanderbilt") hereby submit this memorandum of law in support of their joint motion to approve the compromise reflected in the Termination, Settlement and Mutual Release Agreement attached as Exhibit 1.

**BACKGROUND**

On February 2, 2000, this Court appointed the SBA as the Receiver of Moneta Capital Corporation ("Moneta"). Moneta currently holds title to approximately 124 acres of real property commonly known as "Rocky Point" located in Warwick, Rhode Island.

From 1999 through July 2003, ownership of the property was vested in C.R. Amusements, an entity that was under the protection of the United States Bankruptcy Court for the District of Rhode Island. From the inception of the bankruptcy proceedings through July 2003, Andrew Richardson held possession of the property in his capacity as Chapter 7 Trustee of C.R. Amusements.

On July 29, 2003, Moneta became the title holder of the property as a result of a foreclosure sale and sought to negotiate the sale of the property.

On May 19, 2004, Vanderbilt entered into a purchase and sale agreement with Moneta, through its Receiver, to purchase a portion of the property ("the Rocky Point property") for a purchase price of $13,750,000. On the same date, Vanderbilt entered into a second purchase and sale agreement with Moneta, through its Receiver, to purchase the other portion of the property ("the Rocky Beach property") for a purchase price of $11,250,000. Both agreements combined shall be referenced as the "P&S Agreements." Moneta also granted the Rocky Beach Homeowners' Association, some of whose members lived at the Rocky Beach parcel, a right of first refusal with respect to that parcel in accordance with Rhode Island General Laws § 34-18.2-3.

On June 2, 2004, the Receiver provided notice to the Association of its intent to sell the Rocky Beach parcel as part of the overall sale of the properties to Vanderbilt. On June 3, 2004, the Receiver moved for approval and confirmation of the sale contemplated by the P&S Agreements. The Association intervened and objected to the Receiver's motion. This Court overruled the Association's objections. By order dated November 10, 2004, the Court approved the sale subject to, among other things, higher offers made on the same terms and conditions as contained in the existing P&S Agreements. No such offers were forthcoming. The Association filed a notice of appeal with the United States Court of Appeals for the First Circuit, but that appeal eventually was settled. The First Circuit issued its mandate on September 2, 2005.

On October 17, 2006, a fire occurred at one of the abandoned buildings at the Midway. The cause of the fire is currently unknown. On October 19, 2006, the Receiver received correspondence from the City of Warwick demanding that the Receiver demolish and remove all

the structures on the Midway on or before October 29, 2006. The Receiver responded that the City was stayed from taking any action by virtue of the receivership order and suggested that a site visit be arranged with City officials to understand the alleged hazards cited in the City's letter.

On November 3, 2006, the Receiver and City officials conducted a site visit of the Midway area of the Rocky Point property. At the site visit, the Receiver was provided a Field Inspection Report that identified certain conditions that allegedly violated state law.

Subsequently, the Receiver filed a motion seeking authorization to demolish and remove the Midway structures at the Rocky Point property. In addition, the Receiver sought to impose the costs of demolition and removal of the Midway structures on Vanderbilt under the P&S Agreements. The City of Warwick was allowed to intervene for the purpose of supporting the Receiver's motion seeking authorization to demolish the structures.

Vanderbilt opposed the Receiver's motion to the extent it sought to impose the costs of demolition and removal on Vanderbilt, on the grounds that it had terminated both of the P&S Agreements based on its inability to obtain certain Approvals[1] on or before the Approvals deadline as set forth in the P&S Agreements. Vanderbilt further argued that the costs at issue were not "due and payable" and had not "accrued" prior to termination of the P&S Agreements, thereby relieving Vanderbilt of any contractual responsibility for payment. The Receiver did not agree with Vanderbilt's position.

---

[1] The term "Approvals" is defined in section 11 as the Buyer obtaining, "at Buyer's sole cost and expense, in such form and content as Buyer shall require in its reasonable discretion, the necessary final and non-appealable approvals" from the City of Warwick Zoning Board and Planning Board, City of Warwick City Council, the U.S. Army Corps of Engineers, the Rhode Island Department of Environmental Management, the Coastal Resources Management Council, the U.S. Environmental Protection Agency, all public and quasi-public sewer and water authorities with jurisdiction over the properties and all other local, state and federal governmental agencies and quasi-governmental entities with jurisdiction over the properties.

On January 17, 2007, the Court held a hearing on the Receiver's motion, at which time the Receiver and Vanderbilt informed the Court that they had reached a compromise of their dispute and would be submitting the settlement papers to the Court for approval. The Court granted the Receiver's motion to the extent it sought approval to begin demolition and removal and took no action on the disputed portion of the motion.

## ARGUMENT

The Receiver and Vanderbilt respectfully request that the Court approve the compromise reflected in the attached Termination, Settlement and Mutual Release Agreement because it is in the best interest of the Moneta receivership estate.

Under the Termination, Settlement and Mutual Release Agreement, the Receiver will receive deposits in the amount of $500,000, plus interest, to be used, *inter alia*, for demolition and removal of the structures on the Midway. This will allow the Receiver to comply with the City of Warwick's demand for remediation of any potentially hazardous conditions associated with the Midway structures without having to incur further litigation costs. In return, the Receiver agrees that Vanderbilt properly terminated the P&S Agreements as of December 12, 2006, and that neither Vanderbilt nor its affiliates have any further obligation in connection with the property or the P&S Agreements. This Agreement will also permit the Receiver to market the property for the benefit of creditors. In addition, the Receiver and Vanderbilt are exchanging mutual releases, releasing each other from any and all claims and demands each may have against the other with respect to the property and the P&S Agreements without limitation. The Termination, Settlement and Mutual Release Agreement, once approved by this Court, will become effective when all appeals from the Court's order approving this Agreement have been

exhausted. Therefore, the Termination, Settlement and Mutual Release Agreement is in the best interests of the Receivership estate and fully and finally resolves any outstanding disputes between the moving parties.

**CONCLUSION**

For the foregoing reasons, the Receiver for Moneta Capital Corporation and Vanderbilt Capital, LLC respectfully request that the Court approve the compromise reflected in the attached Termination, Settlement and Mutual Release Agreement.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By Its Attorney

*/s/ Thomas E. Carlotto*
Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Vanderbilt Capital, LLC
By Its Attorneys

*/s/ David A. Wollin*
David A. Wollin (#4950)
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607

Dated: February 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage pre-paid, this 7th day of February 2007, to the following:

Acropolis Enterprises, Inc.
285 Governor Street
Providence, RI 02906

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Thomas Almeda, Town Solicitor
Town of Cumberland
P.O. Box 7
Cumberland, RI 02864

Cheryl Asquino, Esq.
Narragansett Bay Commission
One Service Road
Providence RI 02905

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Norman J. Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Christine Bush, Esq.
Duffy & Sweeney, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

James Callahan
269 Chapman Street
Canton, MA 02021

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Pamela Lynn Colon
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Karen Davidson, Esq.
1 Ship Street
Providence, RI 02903

John Dean, Esq.
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

John Earle, Esq.
City Solicitor
City of Warwick
3275 Post Road
Warwick, RI 02886

Joseph Ferrucci, Esq.
Ferrucci Russo
49 Weybosset St.
Providence, RI 02903

Gibraltar Corporation
1 Richmond Square
Providence, RI 02906

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Lawrence L. Goldberg, Esq
96 Jefferson Boulevard
Warwick, Rhode Island 02888

John C. Gyorgy, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
285 Governor Street
Providence, RI 02906

Gregory Hamilton, Esq.
Law Offices of Gregory Hamilton
319 Hope Street
Providence, RI 02906

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Township of Hopewell, N.J.
c/o Frederick Raffetto, Esq.
Monmouth Shores Corp. Park
Wall Township
1305 Campus Pkwy.
Neptune, NJ 07753

167 Hotel on the Cay Timeshare
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Joan Kilberg
3554 Pine Lake CT
Delray Beach, FL 33445-9045

Frank D. Kirby
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Gina Martin, Esq.
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Metacom Medical Assoc., Inc.
Paul Agatiello Pension Plan
c/o Paul Agatiello, M.D.
220 Sanctuary Drive
East Greenwich, RI 02818

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Ann Marie Mitchell, Esq.
Toll Bros., Inc.
250 Gibraltar Road
Horsham, PA 19044

Keven McKenna, Esq.
23 Acorn Street
Providence, RI 02903

Steven M. McInnes, Esq.
Attorney for American
Shipyard
Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Timothy More
50 South Main Street
Providence, RI 02903

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

Gregory T. Parkos
Revocable Trust
Joan M. Parkos Revocable
Trust 1994
c/o Norman J. Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

Everett A. Petronio, Sr.
Law Offices of A. Petronio, Inc.
1239 Hartford Avenue
Johnston, RI 02919

Louis A. Premia, Esq.
Geremia & DeMarco, Ltd.
99 Wayland Avenue
Providence, RI 02906

Frederick Raffeto, Esq.
McLaughlin, Bennett,
Monmouth Shores Corporate
Park
1350 Campus Parkway
Neptune, NJ 07753

Andrew S, Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, RI 02906

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway
Cap.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy, Sweeney & Scott,
Ltd.
300 Turks Head Building
Providence, RI 02903

David B. Sholem
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Leon Stand
Attorney at Law
360 Lexington Avenue
New York, NY 10017

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

United States Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Henry Varra
350 Chestnut Street
West Newton, MA 02465

Waste Management of Rhode Island
575 West Street # 210
Mansfield, MA 02048-1164

The following parties were served via electronic notice on February 7, 2007:

| | |
|---|---|
| Joseph Avanzato | javazanto@apslaw.com, vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Edward J. Bertozzi, Jr. | ebertozzi@eapdlaw.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com<br>proefile@nixonpeabody.com; myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.rii.gov; randrade@riag.ri.gov |
| Frank Caprio | frankcaprio@hotmail.com |
| Thomas E. Carlotto | tcarlotto@shslawfirm.com |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Michael W. Carroll | msc@carroll-law.net |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Joseph Michael DiOrio | jmdiorio@dioriolaw.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston W. Halperin | phalperin@shslawfirm.com; dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Vincent A. Indeglia | vaindeglia@aol.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| K. Joseph Shekarchi | Joe@shekarchilaw.com |
| Thomas A. Tarro, III | ttarro3rd@tarrolawfirm.com |
| Robert K. Taylor | rkt@psh.com; tlc@psh.com |
| H. Marc Tepper | marc.tepper@bipc.com |
| Harris K. Weiner | hkw@pinelaw.com; llk@pinelaw.com |
| Robert D. Wieck | rwieck@mandwlaw.com |

*/s/ David A. Wollin*

*405934_1.doc*