UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONETA CAPITAL CORPORATION<br>Defendant. | Civil Case No. 99-565L |

**JOINT MOTION TO APPROVE COMPROMISE**

The United States Small Business Administration, as Receiver for Moneta Capital Corporation, and Vanderbilt Capital, LLC hereby move this Court to approve the compromise reflected in their Termination, Settlement and Mutual Release Agreement. The grounds for this joint motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

U.S. Small Business Administration as Receiver for Moneta Capital Corporation
By Its Attorney

*/s/ Thomas E. Carlotto*
Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Motion granted – the Termination, Settlement and Mutual Release Agreement hereby is approved:

Ronald R. Lagueux
Sr. USDJ 2/13/07