IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONETA CAPITAL CORPORATION<br><br>Defendant. | Civil Case No. 99-565L |

**RECEIVER'S MOTION FOR AN ORDER GRANTING LEAVE TO PROCEED WITH A PRIVATE SALE OF RECEIVERSHIP REAL PROPERTY**

COMES NOW the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta") and, by and through its undersigned counsel, hereby moves this Court for entry of an Order granting the Receiver leave to proceed with a private sale of approximately 70 acres real property located in Bridport, Vermont.

As discussed in the Memorandum of Law and Affidavit of Christine Rishty, filed simultaneously herewith, the Receiver believes that granting the Receiver leave to proceed with the private sale is in the best interest of the Moneta Receivership Estate.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By Its Attorneys

Dated: February 16, 2007

/s/ Thomas E. Carlotto
Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Dated: February 16, 2007

By: /s/ Arlene M. Embrey

Arlene M. Embrey
Trial Attorney
Office of General Counsel, 7th Floor
409 Third Street, S.W.
Washington, D.C. 20416
(202) 205-6976 (phone)
(202) 481-0324 (fax)

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing was furnished via U.S. Mail, postage pre-paid this 16th day of February, 2007 to the following:

Jeffrey C. Schreck, Esquire
One Providence Washington Plaza
Fifth Floor
Providence, RI 02903

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
285 Governor Street
Providence, RI 02906

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith & Cohen, LLP
10 Weybossett Street
Providence, RI 02903

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

Thomas Almeida, Town Solicitor
Town of Cumberland
P.O. Box 7
Cumberland, RI 02864

H. Marc Tepper
Buchanan Ingersoll, P.C.
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985

Robert D. Wieck
MacAdams & Weick Inc.
101 Dyer Street
Providence, RI 02903

Louis A. Geremia, Esq.
Geremia & DeMarco, Ltd.
99 Wayland Avenue
Providence, RI 02906

Joseph Ferrucci, Esquire
Ferrucci Russo
49 Weybosset St.
Providence, RI 02903

Lisa Dinerman, Esq.
Assistant United States Attorney
50 Kennedy Plaza
Providence, RI 02903

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell, LLC
2800 Financial Plaza
Providence, RI 02903-2499

Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Timothy T. More, Esquire
50 South Main Street
Providence RI 02903

David B. Sholem
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Gregory T. Parkos Revocable Trust
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Kevin McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Robert Stolzman, Esq.
Adler Pollock & Sheehan
1 Citizens Plaza, 8th Floor
Providence, RI 02903

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Joan Kilberg
3554 Pine Lake CT
Delray Beach, FL 33445-9045

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Craig M. Scott, Esq. and
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Frederick Raffeto, Esq.
McLaughlin, Bennett,
Monmouth Shores Corporate Park
1350 Campus Parkway
Neptune, NJ 07753

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

Waste Management of Rhode Island
575 West Street # 210
Mansfield, MA 02048-1164

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Township of Hopewell, N.J.
c/o Frederick Raffetto, Esq.
Monmouth Shores Corp. Park
Wall Township
1305 Campus Pkwy.
Neptune, NJ 07753

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Ann Mitchell, Esquire
Toll Brothers, Inc.
250 Gibraltar Road
Horsham, PA 19044

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

Henry Varra
350 Chestnut Street
West Newton, MA 02465

James Callahan
269 Chapman Street
Canton, MA 02021

167 Hotel on the Cay Timeshare
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Jennifer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

Northeast Capital Corporation
c/o Arnold Kilberg & Company
285 Governor Street
Providence, RI 02906

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

Everett Petronio, Esquire
1239 Hartford Avenue
Johnston, RI 02919

United States Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Cap.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Metacom Medical Assoc., Inc.
Paul Agatiello Pension Plan
c/o Paul Agatiello, M.D.
220 Sanctuary Drive
East Greenwich, RI 02818

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine
321 South Main Street, Ste. 302
Providence, RI 02903

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Acropolis Enterprises, Inc.
285 Governor Street
Providence, RI 02906

Gregory Hamilton, Esquire
154 Waterman Avenue
Providence, RI

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

John Earle, Esq.
City Solicitor of Warwick
3275 Post Road
Warwick, RI 02886

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Neal J. McNamara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Steven M. McInnes, Esquire
Attorney for American Shipyard
Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trial, 2nd Fl
East Greenwich RI 02818

Christine Bush, Esquire
Duffy & Sweeney, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

The following parties were served via electronic notice on February 16, 2007:

| | |
|---|---|
| Joesph Avanzato | javazanto@apslaw.com, vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Edward J. Bertozzi, Jr. | ebertozzi@eapdlaw.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com, proefile@nixonpeabody.com, myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.ri.gov, randrade@riag.ri.gov |
| Frank Caprio | frankcaprio@hotmail.com |
| Thomas E. Carlotto | tcarlotto@shslawfirm.com |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Michael W. Carroll | mwc@carroll-law.net |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Joseph Michael DiOrio | jmdiorio@dioriolaw.com |
| John Earle | jearle@bselaw.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston. W. Halperin | phalperin@shslawfirm.com, dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Vincent A. Indeglia | vaindeglia@aol.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| K. Joseph Shekarchi | joe@shekarchilaw.com |
| Thomas A. Tarro, III | ttarro3rd@tarrolawfirm.com |
| Robert K. Taylor | rkt@psh.com, tlc@psh.com |
| H. Marc Tepper | marc.tepper@bipc.com |

| | |
|---|---|
| Harris K. Weiner | hkw@pinelaw.com, llk@pinelaw.com |
| Robert D. Wieck | rweick@mandwlaw.com |
| David A. Wollin | dwollin@apslaw.com |

/s/ Thomas E. Carlotto

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**RECEIVER'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR ENTRY OF AN ORDER GRANTING LEAVE TO PROCEED WITH A PRIVATE SALE OF RECEIVERSHIP REAL PROPERTY**

The U.S. Small Business Administration ("SBA"), as Receiver (the "Receiver") for Moneta Capital Corporation ("Moneta"), in support of its Motion for entry of an Order Granting Leave to Proceed with a Private Sale of Receivership Property, hereby states as follows:

Moneta's books and records indicate that it is the titled owner of approximately 70 acres of real property located in Bridport, Vermont. The real property was acquired by Moneta, through the Receiver, through foreclosure proceedings in Vermont which were concluded in December, 2004 following a judgment in favor of the Receiver entered by this Court on June 25, 2002 in SBA as Receiver for Moneta v. Antell Cattle Co., et al., Case No. 01-00062. Affidavit of Christine Rishty, ¶3 (hereinafter "Rishty Affidavit") attached hereto as Exhibit A. The Receiver now proposes to sell the Property by private sale pursuant to 28 U.S.C. § 2001(b).

28 U.S.C. § 2001(b) states that the Court may order the sale of realty at private sale upon such terms and conditions as the Court approves "if it finds that the best

interests of the estate will be conserved thereby." In addition, the statute states that "[b]efore confirmation of any private sale, the Court shall appoint three disinterested persons to appraise such property. . . . No private sale shall be confirmed at a price less than two-thirds of the appraised value." The statute requires that "[b]efore confirmation of any private sale, the terms thereof shall be published in such newspaper or newspapers of general circulation as the court directs at least ten days before confirmation." 28 U.S.C. § 2001(b). Under the terms of the statute, the sale shall not be confirmed "if a bona fide offer is made, under conditions prescribed by the court, which guarantees at least a 10 percent increase over the price offered in the private sale." 28 U.S.C. § 2001(b). The statute does not, however, prohibit the Court from confirming a private sale of real property to a higher bidder where the higher bid is in excess of the original contract price, but less than 10 percent over the price offered in the private sale.

The Receiver has obtained an offer to purchase 10 acres of the real property from Christopher and Rebecca Carl for $50,000, another 10 acres of the real property from William and Jennifer Sheldrick for $50,000 and the remaining 50 acres from Leo Connor, Jr. and Cheryl Connor for $275,000 for an aggregate sales price of $375,000. Each contract is contingent on the closing of the other two contracts. The parcels will be transferred to the respective buyers "As Is" and with no representations or warranties on the part of the Receiver. Rishty Affidavit,¶ 4. Buyers have paid $3,000 in the aggregate as a deposit; the remaining balance will be paid in full in cash, certified or cashier's check at or before the closing. Rishty Affidavit,¶5.

The Receiver's obligation is to liquidate the receivership estate, including all assets, real and personal property, in the best interests of the estate. The Receiver

believes that acceptance of the offer for the entire acreage for $375,000 in the aggregate is in the best interest of the receivership estate. Rishty Affidavit,¶6.

In accordance with 28 U.S.C. §2001, the Receiver commissioned Hinman Associates, Inc. which appraised the Property at $380,000, W.D. Benton, Inc. Appraisers, which appraised the Property at $485,000, and Michael Furey Associates, which appraised the Property at $360,000. The Receiver recommends that the Court approve and confirm the three appraisers, and their respective appraisals, pursuant to 28 U.S.C. §2001. Rishty Affidavit,¶7.

The average appraised value of the Property is $408,333[1] . Two-thirds of the average appraised value of $408,333 is $272,358. The sale price of $375,000 exceeds two-thirds of the average appraised value and therefore fulfills the requirement of 28 U.S.C. §2001(b) that the sale be for not less than two-thirds of the average appraised value. Rishty Affidavit,¶8.

In order to confirm that thE proposed sales are the best that can be reasonably expected, the Receiver will publish the proposed sales in the *Addison Independent*, a paper of general circulation, at least 10 days prior to the sales to solicit any higher bids. Rishty Affidavit, ¶9. If no higher bids are received pursuant to 28 U.S.C. §2001 and the published notice, the Receiver recommends that the Court approve the sale of the property located in Bridport, Vermont for $375,000 in the aggregate. Rishty Affidavit, ¶10. In the event no objections to the proposed sale are received and no bids are received

[1] The Receiver has been advised that W.D. Benton Associates, Inc. has revised its appraised value down from $485,000 to $410,000 to take into consideration more recent comparable sales, although the Receiver has not received a copy of the revised appraisal. Nevertheless, the requirements of 28 U.S.C. §2001(b) are fulfilled using either appraised value. Rishty Affidavit, ¶8, fn 1.

in compliance with the proposed notice of sale, the Receiver also requests that it be authorized to seek the Court's leave for cancellation of the hearing and entry of an order confirming the proposed sale.

WHEREFORE, the Receiver respectfully requests that this Court:

1. Enter an Order for Leave to Proceed with a Private Sale of Receivership Property, for the parcels of real property consisting of approximately 70 acres located in Bridport, Vermont;

2. Confirm and approve Hinman Associates, Inc., W.D. Benton, Inc. Appraisers, and Michael Furey Associates as appraisers, and confirm and approve the respective appraisals, pursuant to 28 U.S.C. §2001(b);

3. Establish a date for a Confirmation Hearing before this Court for the purchase and sale of the Property at this Court's earliest hearing date, allowing six weeks from the date of this Court's Order to allow the Receiver sufficient time for publication of the notice of the sale and auction, if required;

4. Approve the publication of notice of the sale, substantially in the form of Exhibit B attached hereto, to be published in the *Addison Independent* at least ten days before the confirmation hearing;

5. Approve an auction, should bids equal to or greater than one hundred and ten (110) percent of the original contract price be received, to be conducted by the Receiver, consistent with the purposes of 28 U.S.C. § 2001 (b), pursuant to rules to be established by the Receiver; and

6. Permit the Receiver to seek the Court's leave for cancellation of the hearing and entry of an order confirming the proposed sale in the event no objections to the

proposed sale are received and no bids are received in compliance with the proposed notice of sale.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By Its Attorneys

Dated: February 16, 2007

/s/ Thomas E. Carlotto
Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Dated: February 16, 2007

By:

/s/ Arlene M. Embrey
Arlene M. Embrey
Trial Attorney
Office of General Counsel, 7th Floor
409 Third Street, S.W.
Washington, D.C. 20416
(202) 205-6976 (phone)
(202) 481-0324 (fax)