EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT IN SUPPORT OF RECEIVER'S PETITION FOR AN ORDER FOR LEAVE TO PROCEED WITH A PRIVATE SALE OF RECEIVERSHIP REAL PROPERTY**

DISTRICT OF COLUMBIA | SS:

The undersigned, Christine M. Rishty, swears and says that:

1. I have served as a member of the Principal Agent for the U.S. Small Business Administration ("SBA" or "Receiver") in its capacity as the court-appointed Receiver of Moneta Capital Corporation ("Moneta") since October 2004. Moneta was placed in receivership, and SBA was appointed the Receiver for Moneta, by an Order of this Court dated February 2, 2000.

2. In my position as a member of the Principal Agent, I am responsible for the maintenance and safekeeping of the official books and records of Moneta.

3. Moneta's records indicate that Moneta currently holds title to approximately 70 acres of real property located in Bridport, Vermont. The property was acquired through foreclosure proceedings in Vermont which were concluded in December, 2004 following a judgment in favor of the Receiver entered by this Court on June 25, 2002 in SBA as Receiver for Moneta v. Antell Cattle Co., et al., Case No. 01-00062. The Receiver now proposes to sell the Property by private sale pursuant to 28 U.S.C. § 2001(b).

4. The Receiver has obtained an offer to purchase 10 acres of the real property from Christopher and Rebecca Carl for $50,000, another 10 acres of the real property from William and Jennifer Sheldrick for $50,000 and the remaining 50 acres from Leo Connor, Jr. and Cheryl Connor for $275,000 for an aggregate sales price of $375,000. Each contract is contingent on the closing of the other two contracts. The parcels will be transferred to the respective buyers "As Is" and with no representations or warranties on the part of the Receiver.

5. Buyers have paid $3,000 in the aggregate as a deposit; the remaining balance will be paid in full in cash, certified or cashier's check at or before the closing.

6. The Receiver's obligation is to liquidate the receivership estate, including all assets, real and personal property, in the best interests of the estate. The Receiver believes that acceptance of the offer for the 70 acres of real property for $375,000 in the aggregate is in the best interest of the receivership estate.

7. In accordance with 28 U.S.C. §2001, the Receiver commissioned Hinman Associates, Inc. which appraised the Property at $380,000, W.D. Benton, Inc. Appraisers, which appraised the Property at $485,000, and Michael Furey Associates, which appraised the Property at $360,000. The Receiver recommends that the Court approve and confirm the three appraisers, and their respective appraisals, pursuant to 28 U.S.C. §2001.

8. The average appraised value of the Property is $408,333[1] . Two-thirds of the average appraised value of $408,333 is $272,358. The sale price of $375,000 exceeds two-thirds of the average appraised value and therefore fulfills the requirement of 28 U.S.C. §2001(b) that the sale be for not less than two-thirds of the average appraised value.

---

[1] I have been informed by the Receiver's counsel James Foley, Jr. that W.D. Benton Associates, Inc. has revised its appraised value down from $485,000 to $410,000 to take into consideration otmore recent sales comparables. However, I have not received a copy of the revised appraisal prior to the filing of this Affidavit. Nevertheless, the requirements of 28 U.S.C. §2001(b) are fulfilled using either appraised value.

9. In order to confirm that this proposed sale is the best that can be reasonably expected, the Receiver will publish notice of the proposed sale in the *Addison Independent*, a paper of general circulation, at least 10 days prior to the sale to solicit any higher bids.

10. If no higher bids are received pursuant to the terms of the notice, the Receiver recommends that the Court approve the private sales of receivership real property to Christopher and Rebecca Carl for $50,000 for ten acres of the real property, to William and Jennifer Sheldrick for $50,000 for another ten acres of the real property and the remaining 50 acres from Leo Connor, Jr. and Cheryl Connor for $275,000.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge."

Executed on this 12th day of February, 2007.

Christine M. Rishty
Christine M. Rishty

Subscribed and sworn to me on this 12th day of February, 2007.

Patricia D. Roulhac
Notary Public

My commission expires on:

PATRICIA D. ROULHAC
Notary Public, District of Columbia
My Commission Expires November 14, 2011