EXHIBIT "B"

NOTICE TO CONFIRM PRIVATE SALE OF 70+ ACRES OF REAL PROPERTY LOCATED ON ROUTES 22 AND 125 IN BRIDPORT, VERMONT

Pursuant to 28 U.S.C. §2001(b), the U.S. Small Business Administration, Receiver for Moneta Capital Corporation ("Receiver"), gives notice of a hearing on ___________, 2007 at ______a.m. before the U.S. District Court for the District of Rhode Island, Federal Building, 1 Exchange Terrace, Providence, RI 02903, to confirm the sale of real property located on Routes 22 and 125, Bridport, Vermont (the "Property"), for a total price of $375,000 all cash. The Property consists of certain contiguous parcels of land with the buildings thereon situated at 2710 Route 22A, 2774 Route 22A, and 3599 Route 125, all in the Town of Bridport, County of Addison, State of Vermont. Terms and conditions of the Purchase and Sale Contracts are available for review by contacting the Receiver's attorney James C. Foley, Jr., Esquire, of the law firm of Deppman & Foley, P.C., 7 Washington St., Middlebury, VT 05753, telephone no. (802) 388-7933.

**First Round – Written Offers:** Interested parties must submit original, written, signed offers of at least $412,500 (ten percent (10%) in excess of the aggregate current contract prices), pursuant to 28 U.S.C.§2001(b). Offers must be received by the Receiver, c/o Mr. Foley at the address above, by 5:00 p.m. on ____________ (the "Return Date"), and must include the offeror's daytime telephone and facsimile numbers. A certified or bank cashier's check in an amount equal to ten percent (10%) of the offer and made payable to "SBA, Receiver for Moneta Capital Corporation"~~, must be~~ submitted with the offer. Offers that are not received by the Return Date shall not be accepted. Offers must be made for the entire Property under the same terms and conditions as those outlined in the Contracts for Sale and Purchase. Offers not made in

the aggregate, or made only on one contract, will not be entertained. The Receiver may require such financial information and other evidence that the Receiver deems necessary to ascertain the ability of the prospective purchaser to consummate the contemplated sale.

**Second Round – Auction Offers:** Within five business days after the Return Date, the original offerors and those persons who have submitted acceptable written offers, as determined by the Receiver in its sole discretion, shall be given written notice by the Receiver by first class mail and by facsimile that they are entitled to make additional offers for the Property by means of a telephone conference auction conducted by James C. Foley, Jr., Esquire, or by such other person as designated by the Receiver, consistent with the purposes of 28 U.S.C. §2001(b).

Auction offers must exceed the highest written offer. In the event that there are no acceptable written offers, as determined by the Receiver in its sole discretion, there shall be no auction. The Receiver shall report the outcome of the offer procedures to the Court at the confirmation hearing. All terms and conditions that are described in the Contracts for Sale apply to any sale of this Property.