**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**RECEIVER'S MOTION FOR AN ORDER APPROVING THE UNCONDITIONAL ASSIGNMENT TO MONETA CAPITAL CORPORATION FROM THE RECEIVER FOR FAIRWAY CAPITAL CORPORATION OF THE LOPES LIQUORS, INC. INVESTMENT**

NOW COMES the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta"), and by and through its undersigned counsel, hereby moves this Court for entry of an Order approving the unconditional assignment by the United States Small Business Administration as Receiver for Fairway Capital Corporation ("Fairway") to the Receiver for Moneta of the Lopes Liquor, Inc. investment.

As discussed in the Memorandum of Law and Affidavit of Christine Rishty, filed simultaneously herewith, Moneta bought the loan from Fairway pre-receivership in 1996 and paid full consideration for the loan. The loan documents were not, however, assigned to the Moneta Receiver and the Moneta Receiver cannot negotiate the check representing the proceeds of the loan payoff without the requested unconditional assignment. Therefore, the Receiver prays that this Court grant this Motion as it is in the best interest of the Moneta receivership estate. A Motion seeking equivalent relief has also been filed in the Fairway Receivership

Action, Civil Action No. 00-035. The Fairway Receiver has indicated it will not oppose either Motion.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion and enter the proposed Order submitted herewith.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By Its Attorneys

Dated: March 1, 2007

By: /s/ Thomas E. Carlotto

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Dated: March 1, 2007

By: /s/ Arlene M. Embrey

Arlene M. Embrey
Trial Attorney
Office of General Counsel, 7th Floor
409 Third Street, S.W.
Washington, D.C. 20416
(202) 205-6976 (phone)
(202) 481-0324 (fax)

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that a true and correct copy of the foregoing was furnished via U.S. Mail, postage pre-paid this 1st day of March 2007 to the following:

Richard Levine, Esquire
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
642 Blackstone Blvd
Providence, RI 02906

Metacom Medical Assoc., Inc.
Paul Agatiello Pension Plan
c/o Paul Agatiello, M.D.
220 Sanctuary Drive
East Greenwich, RI 02818

Mark A. Fay, Esquire
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

Thomas Almeida, Town Solicitor
Town of Cumberland
P.O. Box 7
Cumberland, RI 02864

H. Marc Tepper
Buchanan Ingersoll, P.C.
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Louis A. Geremia, Esq.
Geremia & DeMarco, Ltd.
The Gardens Office Park 1
1350 Division Rd., Suite 102
West Warwick, RI 02893

Joseph Ferrucci, Esquire
Ferrucci Russo
49 Weybosset St.
Providence, RI 02903

Lisa Dinerman, Esq.
Assistant United States Attorney
50 Kennedy Plaza
Providence, RI 02903

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Andrew S. Richardson, Esq.
182 Waterman Street
Providence, Rhode Island 02906

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Frank D. Kirby
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Timothy T. More, Esquire
50 South Main Street
Providence RI 02903

David B. Sholem
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Gregory T. Parkos Revocable Trust
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Kevin McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Robert Stolzman, Esq.
Adler Pollock & Sheehan
1 Citizens Plaza, 8th Floor
Providence, RI 02903

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Joan Kilberg
3554 Pine Lake CT
Delray Beach, FL 33445-9045

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Robert M. Duffy, Esq. and
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Domestic Bank
815 Reservoir Avenue
Cranston, RI 02910

Waste Management of Rhode Island
575 West Street # 210
Mansfield, MA 02048-1164

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Arnold Goodstein
89 Old Trolley Road
Sommerville, SC 29485

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Ann Mitchell, Esquire
Toll Brothers, Inc.
250 Gibraltar Road
Horsham, PA 19044

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Faneuil Hill Marketplace
Boston, MA 02169

Henry Varra
350 Chestnut Street
West Newton, MA 02465

James Callahan
269 Chapman Street
Canton, MA 02021

167 Hotel on the Cay Timeshare
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Jennifer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

Northeast Capital Corporation
c/o Arnold Kilberg & Company
642 Blackstone Blvd
Providence, RI 02906

Phillip Belisle
1916 Rimsdale Drive
Myrtle Beach, SC 29575

Christine Bush, Esquire
Duffy & Sweeney, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

United States Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Cap.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Frank Caprio
Caprio & Caprio
One Center Place
Providence, RI 02903

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine
321 South Main Street, Ste. 302
Providence, RI 02903

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Edward J. Bertozzi, Jr.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Neal J. McNamara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Steven M. McInnes, Esquire
Attorney for American Shipyard
Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Michael W. Carroll
Law Office of Michael W. Carroll
72 Pine Street
Providence, RI 02903

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Douglas J. Gervolino
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

The following parties were served via electronic notice on March 1, 2007:

| | |
|---|---|
| Joesph Avanzato | javazanto@apslaw.com, vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com, proefile@nixonpeabody.com, myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.ri.gov, randrade@riag.ri.gov |
| Thomas E. Carlotto | tcarlotto@shslawfirm.com |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |

| | |
|---|---|
| Robert Clark Corrente | Robert.corrente@usdoj.gov; hollie.Capuano@usdoj-gov; usari-ecf@usdoj-gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| John G. Earle | jearle@bselaw.com |
| Joseph Michael DiOrio | jmdiorio@dioriolaw.com |
| Jeffrey H. Gladstone | jhg@psh.com; pds@psh.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Mark A. Fay | mark@murphyandfay.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston. W. Halperin | phalperin@shslawfirm.com, dsmith@shslawfirm.com |
| Vincent A. Indeglia | vaindeglia@aol.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| Everett A. Petronio, Sr. | eapjr@loeap.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| Robert K. Taylor | rkt@psh.com, tlc@psh.com |
| H. Marc Tepper | marc.tepper@bipc.com |
| Harris K. Weiner | hkw@pinelaw.com, llk@pinelaw.com |
| Robert D. Wieck | rweick@mandwlaw.com; mdaughterty@mwdglaw.com |
| David A. Wollin | dwollin@apslaw.com ; dciuffetelli@apslaw.com |

/s/ Thomas E. Carlotto

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF RECEIVER'S MOTION FOR AN ORDER APPROVING THE UNCONDITIONAL ASSIGNMENT TO MONETA CAPITAL CORPORATION FROM THE RECEIVER FOR FAIRWAY CAPITAL CORPORATION OF THE LOPES LIQUORS, INC. INVESTMENT**

The U.S. Small Business Administration ("SBA"), as Receiver (the "Receiver") for Moneta Capital Corporation ("Moneta"), in support of its Motion for entry of an Order Approving the Unconditional Assignment to Moneta From the Receiver for Fairway Capital Corporation ("Fairway") of the Lopes Liquors, Inc. investment hereby states as follows:

Moneta's books and records indicate that in May 1996, Moneta purchased a loan investment made by Fairway Capital to Lopes Liquors, Inc. Affidavit of Christine Rishty, ¶3, (hereinafter "Rishty Affidavit") attached hereto as Exhibit 1. Moneta paid $77,214.17 for the loan via check payable to Fairway that included payment for several other loans which Moneta purchased from Fairway at the same time. Rishty Affidavit, ¶4. The sale of the Lopes Liquors Loan was reported by Fairway's then- president, Joseph Longo, in a letter to SBA dated August 22, 1996. A true and correct copy of the letter is attached hereto as Exhibit 2 and incorporated by reference herein. The sale was also reported by Moneta to the SBA via letter dated October 18, 1996. A true and correct copy of the October 18, 1996 letter is attached hereto as Exhibit 3 and

incorporated by reference herein. Rishty Affidavit, ¶5.

After its appointment, the Moneta Receiver was unable to locate any written documents, other than financial records and the correspondence indicated above, memorializing the assignment and purchase of the Lopes Liquors loan by Moneta. Rishty Affidavit, ¶6. A review of Moneta's general ledger for the period August 1, 1996 through August 31, 1996 indicates that a payment to for $77, 214.17 was made as of August 19, 1996. The Fairway Receiver has also confirmed that it received payment in full from Moneta for the Lopes Liquor loan. Rishty Affidavit, ¶7.

In August 2006, the Lopes Liquor loan was paid in full and the proceeds in the amount of $45,785.57 were forwarded to the Moneta Receiver. Rishty Affidavit, ¶8. The check evidencing the proceeds, however, was made out to the Moneta Receiver, as well as to the Fairway Receiver, as Fairway was the loan holder of record at the time. Thus, in order to negotiate the check representing the proceeds of the loan for which Moneta indisputably paid full consideration to Fairway, the Moneta Receiver must receive an unconditional assignment from the Fairway Receiver of Fairway's rights and interests in the Lopes Liquors loan. Therefore, an Order approving this Motion will be in the best interest of the Moneta receivership estate. Rishty Affidavit, ¶9.

The Moneta Receiver is requesting that this Court approve the unconditional assignment by Fairway since it involves a disposition of assets between the two court-appointed receivers. The Fairway Receiver has indicated it has no objection to this Motion or to executing an assignment. Additionally, the Moneta Receiver has filed an identical motion in the Fairway receivership matter, United States v. Fairway Capital Corp., Civil Action 00-035, so that objections, if any, to the assignment can be heard by this Court in both receivership actions.

WHEREFORE, the Receiver respectfully requests that this Court enter an Order approving the unconditional assignment of the Lopes Liquors, Inc. loan documents and proceeds from the Fairway Receiver to the Moneta Receiver.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By Its Attorneys

Dated: March 1, 2007 By: /s/ Thomas E. Carlotto

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Dated: March 1, 2007 By: /s/ Arlene M. Embrey

Arlene M. Embrey
Trial Attorney
Office of General Counsel, 7th Floor
409 Third Street, S.W.
Washington, D.C. 20416
(202) 205-6976 (phone)
(202) 481-0324 (fax)