EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 00-035L** |
| **FAIRWAY CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF CHRISTINE M. RISHTY**

DISTRICT OF COLUMBIA | SS:

The undersigned, Christine M. Rishty, swears and says that:

1. I have served as a member of the Principal Agent for the U.S. Small Business Administration ("SBA" or "Receiver") in its capacity as the court-appointed Receiver of Moneta Capital Corporation ("Moneta") since October 2004. Moneta was placed in receivership, and SBA was appointed the Receiver for Moneta, by an Order of this Court dated February 2, 2000.

2. In my position as a member of the Principal Agent, I am responsible for the maintenance and safekeeping of the official books and records of Moneta.

3. Moneta's books and records indicate that in May, 1996, Moneta purchased a loan investment made by Fairway Capital to Lopes Liquors, Inc.

4. Moneta paid $77,214.17 for the loan via check payable to Fairway that included payment for several other loans which Moneta purchased from Fairway at the same time.

5. The sale of the Lopes Liquors Loan was reported by Fairway's then-president, Joseph Longo, in a letter to SBA dated August 22, 1996. The sale was also reported by Moneta to SBA via letter dated October 18, 2006.

6. After its appointment, the Moneta Receiver was unable to locate any written documents, other than financial records and the correspondence indicated above, memorializing the assignment and purchase of the Lopes Liquors loan by Moneta

7. A review of Moneta's general ledger for the period August 1, 1996 through August 31, 1996 indicates that a payment to for $77, 214.17 was made as of August 19, 1996. The Fairway Receiver has also confirmed that it received payment in full from Moneta for the Lopes Liquor loan.

8. In August, 2006, the Lopes Liquor loan was paid in full and the proceeds in the amount of $45,785.57 were forwarded to the Moneta Receiver.

9. The check evidencing the proceeds, however, was made out to the Moneta Receiver, as well as to the Fairway Receiver, as Fairway was the loan holder of record at the time. Thus, in order to negotiate the proceeds of the loan for which Moneta indisputably paid full consideration to Fairway, the Moneta Receiver must receive an unconditional assignment from the Fairway Receiver of Fairway's rights and interests in the Lopes Liquors loan.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge."

Executed on this 27th day of February, 2007.

Christine M. Rishty

Sworn and subscribed to before me this 27th day of February, 2007.

Notary Public

My Commission expires: PATRICIA D. ROULHAC Notary Public, District of Columbia My Commission Expires November 14, 2011