EXHIBIT 2

Steve Jones

MEMBER NATIONAL ASSOCIATION OF SMALL BUSINESS INVESTMENT COMPANIES

Financing
Investments
Equity Capital

FAIRWAY CAPITAL CORPORATION

99 Wayland Avenue

Providence Rhode Island 02906

Telephone 401-454-7500

Fax 401-455-3636

August 22, 1996

Ms. Elaine Hrushka
U. S. Small Business Administration
409 3rd Street, S.W., Suite 6350
Washington, DC 20416

Dear Elaine,

Re: Fairway Capital Corporation Sale of Loans

Moneta Capital Corporation has purchased fully, or participated in the following loans from Fairway Capital Corporation:

| Loan Number | Loan Name | Amount |
|---|---|---|
| 1260 | M. Earl Adams | $ 371,235.94 |
| 1310 | Antonelli Plating, Inc. | 41,985.65 |
| 1357 | Lopes Liquor, Inc. | 77,214.17 |
| 1466 | Mary's Motor Lodge, Inc. | 38,076.02 |
| 1799 * | Joshua Sears | 121,488.22 |
| 1220 * | Roseland Acres | 175,000.00 |
| | | $ 825,000.00 |

*Participation

Thank you for being so patient.

Very truly yours,

FAIRWAY CAPITAL CORPORATION

By: [signature]

Joseph Longo, Jr.
Executive Vice President