EXHIBIT 3

Moneta

October 18, 1996

Mr. Robert Laurino
Financial Analyst
Office of Investment
US Small Business Administration
409 Third Street, S.W.
Washington, DC 20416

Dear Bob:

I am responding to a portion of Walter Peterson's letter of September 27, 1996, specifically item number (2) referencing the $825,000 transaction.

A brief overview of this transaction is that Moneta Capital Corporation (Moneta) had $825,000.00 that it could invest. Fairway Capital Corporation (Fairway) had $825,000.00 worth of loans and participations to sell. The exchange took place as of July 31, 1996 and all of the $825,000.00 was sent to the SBA by Fairway to pay down its debentures. This seems like an excellent transaction in that Fairway is in liquidation and the SBA gets all the money.

The following detail is on each of the loans purchased or participated in:

**LOAN #1260 - M. EARL ADAMS**

This borrower runs a machine shop operation in Johnston, Rhode Island. They deal in both government and non-government contracts.

The original loan of $650,000 was made August 28, 1990 and as of July 31, 1996 had a principal balance of $371,235.94 and interest accrued of $31,610.00. Moneta bought the loan for the principal balance of $371,235.94 as of July 31, 1996, leaving the accrued interest of $31,610.00 due to Fairway. The accrued interest of $31,610.00 was paid by Moneta to Fairway in full on October 4, 1996 after Moneta received a payment on the loan of $200,303.52 from the sale of some of the collateral as well as unencumbered assets. Fairway was paid the full value of its loan.

*Collateral Value:*

1. A lien on all corporate assets, including but not limited to machinery and equipment, accounts receivable, inventory, general intangibles, furniture and fixtures.

   (i) including minimum machinery and equipment of a liquidation value, as indicated by an appraisal satisfactory to Lender, of Six Hundred Four Thousand Dollars ($604,000.00);

   (ii) minimum inventory as indicated by an inventory schedule dated on or about June 4, 1990, showing at least Two Hundred Fifty Thousand Dollars ($250,000.00) worth of current inventory (as defined in accordance with generally accepted accounting principles);

   (iii) minimum accounts receivable of One Hundred Fifty Thousand Dollars ($150,000.00), reasonably determined by Lender and Borrower to be collectible, as evidenced by listing and aging delivered to Lender in form and substance satisfactory to Lender.

2. A first mortgage on the real property occupied by the Borrower as its principal place of business at Peck Hill Road, Johnston, Rhode Island (owned by M.E. Adams Realty Corporation) and a market value of $250,000.00.

3. A first mortgage on vacant land with sufficient frontage for eight (8) house lots on Peck Hill Road, Johnston, Rhode Island (owned by M. Earl Adams Realty Corporation) including evidence of ability to comply with zoning and subdivision requirements and survey satisfactory to Lender.

4. A first mortgage on house and pool (corner lot and adjacent lot) located on Set-N-Sun Drive, Hope, Rhode Island (owned by M. Earl Adams, Jr.), valued at $225,000.00.

5. A first mortgage on approximately One Hundred (100) acres located in Exeter, Rhode Island (owned by M. Earl Adams, III), valued at $150,000.00.

6. Subordination and Pledge Agreement of Four Hundred Thousand Dollars ($400,000.00) Promissory Note, as subordinated by payee thereof, M. E. Adams Realty Corporation.

**LOAN #1310 - ANTONELLI PLATING INC.**

This borrower runs a plating company in Providence, Rhode Island. It is a two generation company that has been in business for forty-eight years.

The original loan of $100,000.00 was made March 13, 1991 and as of July 31, 1996 had a principal balance of $41,985.65 and interest accrued of $320.00. Moneta bought the loan for the principal balance of $41,985.65 as of July 31, 1996 leaving the accrued interest of $320.00 due to Fairway. The accrued interest of $320.00 was paid by Moneta to Fairway in full on October 17, 1996. Fairway was paid the full value of its loan.

***Collateral Value:***

1. A first mortgage on property located in Bridport, Vermont with an assessed value of $214,900.00 and a market value of $250,000.00.

2. Lien on all inventory estimated at $150,000.00.

3. Lien on receivables estimated at $175,000.00.

4. Lien on all machinery and equipment estimated at $250,000.00.

**LOAN #1357 - LOPES LIQUORS**

This borrower ran a now closed liquor store in Pawtucket, Rhode Island.

The original loan of $100,000.00 was made April 26, 1991 and as of July 31, 1996 had a principal balance of $77,214.17 and interest accrued of $1,648.00. Moneta bought the loan for the principal balance of $77,214.17 leaving the accrued interest of $1,648.00 due to Fairway. Moneta has not paid the accrued interest yet.

*Collateral Value:*

1. A first mortgage on real property located at 151 Benefit Street, Pawtucket, Rhode Island valued at $125,000.00.

**LOAN #1466 - MARY'S MOTOR LODGE**

This loan was made by Moneta, the lead lender, on a twenty-two (22) unit motel located on heavily traveled Route 6 in Seekonk, Massachusetts. The purchase price was $650,000.00 on February 8, 1996.

The original loan of $400,000.00 was made on February 8, 1996 by Moneta and participated to Fairway and Wallace Capital (Wallace). The combination of this loan and $250,000.00 in cash from the buyers was used to pay down a delinquent loan to the sellers called Chateau Enterprises (Chateau). Fairway, Moneta and Wallace were the lenders in the Chateau loan.

As of July 31, 1996, Fairway had a principal balance of $38,076.02 and interest accrued of $377.00 in its participation. Moneta bought the participation for the principal balance of $38,076.02 as of July 31, 1996, leaving the accrued interest of $377.00 due to Fairway.

*Collateral Value:*

1. A first mortgage on the real property located at 1159 Fall River Avenue, Seekonk, Massachusetts recently sold for $650,000.00.

2. Lien on all building equipment valued at $35,000.00.

3. Assignment of leases and rentals.

**LOAN #1220 - ROSELAND ACRES**

This loan is on a horse farm and riding academy located in Tiverton, Rhode Island. Wallace is the lead lender with Fairway a 50% participant. The property is being sold for $600,000.00. The buyers are putting $250,000.00 in cash and Wallace is lending $350,000.00 with Fairway still a 50% participant. Moneta has purchased a $175,000.00 portion of Fairway's participation as of July 31, 1996 with no accrual due Fairway by Moneta.

*Collateral Value:*

1. A first mortgage on the real property occupied by the borrower and about to be purchased for $600,000.00.

**LOAN #1799 - JOSHUA SEARS**

This is a bed and breakfast located in Yarmouth, Massachusetts. Wallace is the lead lender in this loan. Fairway is a participant. The property was sold for $380,000.00 in 1996, and the borrower is renovating the property at an estimated cost of $100,000.00. The borrower has secured financing from other sources to pay for the renovations. Fairway has a participation of 40% of this loan equaling $198,333.34 and has sold a portion of its participation to Moneta in the amount of $121,488.22 with no accrued interest due to Fairway by Moneta.

*Collateral Value:*

1. First mortgage on land, buildings and equipment currently valued at $480,000.00.

2. Moneta has a first out on its participation.

Bob, I hope this explanation satisfies any question that this transaction represented a fair value to Moneta, and eliminates any conflict question.

Very truly yours,

MONETA CAPITAL CORPORATION

By: Joseph Longo, Jr.
President

JL/pc