**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**ORDER**

THIS CAUSE CAME before the Court on the Receiver's Motion for an Order Granting Leave to Proceed with a Private Sale of Receivership Real Property (the "Motion"), filed by the U.S. Small Business Administration as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta"). The approximately 70 acres of real property the Receiver seeks leave to sell are located in Bridport, Vermont.

Upon consideration of the Receiver's Motion, Memorandum and Affidavit and the Exhibits thereto, and this Court being duly advised as to the merits,

**IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

1. The Receiver is authorized, pursuant to 28 U.S.C. § 2001(b), to proceed with the private sale of real property, consisting of approximately 70 acres, located in Bridport, Vermont.

2. Are approved as Appraisers of the Property pursuant to 28 U.S.C. §2001(b), and their appraisals of the real property are hereby approved.

3. The Receiver's request for a confirmation hearing is granted and said hearing shall be held in Courtroom 4, the U.S. District Court for the District of Rhode Island, Judge Ronald Lagueux, on May 1, 2007 at 11 A.m., or as soon thereafter as counsel

may be heard.

4. Notice of the proposed private sale and confirmation hearing, in the form of Exhibit 2 to the Rishty Affidavit, shall be published in the *Addison Independent*, a newspaper of general circulation, once, at least ten (10) days before the date of the confirmation hearing.

5. If any bids equal to or greater than one hundred and ten (110) percent of the original contract price are received prior to the deadline established by the publication approved pursuant to paragraph 4 of this Order, the Receiver is ordered to conduct an auction consistent with the purposes of 28 U.S.C. § 2001 (b), pursuant to rules to be established by the Receiver in its sole discretion

6. If no higher bids are received after the deadline established by the publication approved in paragraph 4 of this Order, the Receiver is granted leave to move this Court for cancellation of the hearing scheduled in paragraph 3 of this Order and for entry of an order approving the private sale of the Property.

**IT IS SO ORDERED.**

Dated: 3/19/07

Ronald R. Lagueux
THE HONORABLE RONALD LAGUEUX
UNITED STATES DISTRICT COURT JUDGE