UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., Plaintiffs, | ) | |
| v. | ) | Civil Action No. 99-565-RL |
| MONETA CAPITAL CORP., et al., Defendants. | ) | |

**SUBSTITUTION OF APPEARANCE**

Please enter my appearance in the above-captioned case as counsel for Plaintiff, United States of America, in substitution for Special Attorney, D.R.I. Eugenia M. Carris. The undersigned has been appointed a Special Attorney for the District of Rhode Island by the Executive Office of United States Attorneys for the above and all related matters.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Christopher Donato

Christopher Donato
Assistant U.S. Attorney
*and Special Attorney, D.R.I.*
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303 / Fax No. (617) 748-3971

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/Christopher Donato
Assistant United States Attorney
*and Special Attorney, D.R.I.*

Date: March 27, 2007