Exhibit "A"

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT IN SUPPORT OF RECEIVER'S PETITION FOR AN ORDER FOR LEAVE TO PROCEED WITH A PRIVATE SALE OF RECEIVERSHIP REAL PROPERTY**

DISTRICT OF COLUMBIA | SS:

The undersigned, Christine M. Rishty, swears and says that:

1. I have served as a member of the Principal Agent for the U.S. Small Business Administration ("SBA" or "Receiver") in its capacity as the court-appointed Receiver of Moneta Capital Corporation ("Moneta") since October 2004. Moneta was placed in receivership, and SBA was appointed the Receiver for Moneta, by an Order of this Court dated February 2, 2000.

2. In my position as a member of the Principal Agent, I am responsible for the maintenance and safekeeping of the official books and records of Moneta.

3. I have submitted my Affidavit in support of the Receiver's Motion for Entry of an Order for Leave to Proceed with a Private Sale of Receivership Real Property (hereinafter referred to as the "prior Motion"), which was previously filed with this Court in this same proceeding as Docket No. 437.

4. As I stated in my prior Affidavit, I have personal knowledge of, and am familiar with the terms, conditions, and contents of the three contracts for sale and purchase of the subject real property owned by Moneta consisting of approximately 70 acres in Bridport, Vermont.

5. I have reviewed and am familiar with all pleadings filed by the Receiver in this proceeding concerning the sale of the real property in Bridport, Vermont, including the Receiver's Supplemental Motion and Memorandum in Support of the Supplemental Motion filed simultaneous herewith. I have personal knowledge of the actions taken by the Receiver to obtain approval by this Court of this private sale.

6. Pursuant to the Order of this Court dated March 20, 2007, three appraisers were appointed pursuant to 28 U.S.C. § 2001(b), and the average market value calculated by the appraisers was approved and confirmed as a proper valuation of the properties. This Court set May 1, 2007 at 11:00am in the United States District Court, Providence, Rhode Island as the date, time, and place at which a Confirmation Hearing on the sale of the real property would be held, and further ordered the Receiver to publish notice of the proposed private sale and Confirmation Hearing in the *Addison Independent*, a newspaper of general circulation, one (1) time at least ten (10) days before the date of the Confirmation Hearing.

7. I directed the arrangements for publication of the notice as ordered. The published notice advised that interested parties were to submit bids of at least ten percent (10%) in excess of the private sale contract prices for the entire 70 acres, pursuant to 28 U.S.C. § 2001(b), and that written bids must be received by the Receiver c/o James Foley, Jr. Esq., Deppman & Foley, 7 Washington Street, Middlebury, Vermont by April

23, 2007 at 5:00p.m. EST. The address at which written bids were to be received is the office of the Receiver's local Vermont counsel.

8. I confirmed with the Receiver's local counsel on April 24, 2007 that no timely competing bids were received for the properties pursuant to the published notice.

9. It is my opinion that approval and confirmation of the three sales contracts (10 acres of real property located in Bridport, Vermont by the Receiver to William and Jennifer Sheldrick for $50,000; 10 acres of real property located in Bridport, Vermont by the Receiver to Christopher and Rebecca Carl for $50,000; and the remaining portion of real property owned by the Receiver in Bridport, Vermont, consisting of approximately 50 acres of real property, to Leo Connor, Jr. and Cheryl Connor for $275,000) is in the best interest of the receivership estate. It is my further opinion that an expeditious closing of the current private contracts is in the best interest of the Moneta Receivership Estate, and that oral argument at the Confirmation Hearing will not produce any additional facts beneficial to this Court's decision.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge."

Executed on this 24th day of April, 2007.

Christine M. Rishty

Christine M. Rishty

Subscribed and sworn to me on this 24 day of April, 2007.

Patricia D. Roulhac

PATRICIA D. ROULHAC
Notary Public, District of Columbia
My Commission Expires November 14, 2011