RECEIVED
APR 30 2007
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565(L)** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**ORDER**

THIS CAUSE COMING on the Receiver's Motion to Confirm Private Sale of Real Property and for cancellation of Hearing filed by the U.S. Small Business Administration as Receiver ("Receiver") for Moneta Capital Corporation; and

IT APPEARING to this Court that (1) notice of the proposed private sale having been published in the *Addison Independent*, (the "Publication"), a newspaper of general circulation, pursuant to this Court's Order dated March 20, 2007; and (2) that no timely competing bids were received by the Receiver c/o James Foley, Jr. Esq., Deppman & Foley, 7 Washington Street, Middlebury, Vermont by the deadline established by the Publication;

**IT IS HEREBY ORDERED**

1. That the Receiver's Motion is granted in its entirety;

2. That the private sale of the approximately 70 acres of real property located in Bridport, Vermont (the "Properties") is approved and confirmed without the necessity of a hearing;

3. That the Confirmation Hearing currently scheduled for May 1, 2007 is hereby cancelled; and

4. That the Receiver is granted leave to take all actions to conclude such sale without further order of this Court.

**SO ORDERED**:

This 1st day of MAY, 2007, in Providence, Rhode Island.

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX
UNITED STATES DISTRICT COURT JUDGE