**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Case No. 99-565-L** |
| **MONETA CAPITAL CORPORATION** | **Judge Lagueux** |
| **Defendant.** | |

**WITHDRAWAL OF APPEARANCE**

I, John G. Earle, hereby withdraw my appearance in the above referenced matter on behalf of the Defendant, City of Warwick.

John G. Earle, Esquire (#2406)
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
Telephone: (401) 737-8484
Facsimile: (401) 738-6935

**ENTRY OF APPEARANCE**

I, Peter D. Ruggiero, hereby enter my appearance in the above-referenced matter on behalf of the Defendant, City of Warwick

Peter D. Ruggiero, City Solicitor (#5733)
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886
Telephone: (401) 737-8700
Facsimile: (401) 737-0735

Dated October 4, 2007

**CERTIFICATION**

I hereby certify that a true copy of the within withdrawal and entry was sent to Thomas E. Carlotto, Esquire, Shechtman Halperin Savage, LLP1080 Main Street, Pawtucket, RI 02860 and Robert Stolzman, Esq., Adler Pollock & Sheehan, 1 Citizens Plaza, 8th Floor, Providence, RI, 02903 by electronic means and regular mail on this 9th day of October, 2007

Mary Ann Leonardo