**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565-L** |
| **MONETA CAPITAL CORPORATION**<br>**Defendant.** | ) | **Judge Lagueux** |

## ENTRY OF APPEARANCE

I, Peter D. Ruggiero, hereby enter my appearance in the above-referenced matter on behalf of the Defendant, City of Warwick

s/s Peter D. Ruggiero
Peter D. Ruggiero, City Solicitor (#5733)
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886
Telephone: (401) 737-8700
Facsimile: (401) 737-0735

Dated October 11, 2007

## CERTIFICATION

I hereby certify that a true copy of the within withdrawal and entry was sent to Thomas E. Carlotto, Esquire, Shechtman Halperin Savage, LLP1080 Main Street, Pawtucket, RI 02860 and Robert Stolzman, Esq., Adler Pollock & Sheehan, 1 Citizens Plaza, 8th Floor, Providence, RI, 02903 by electronic means and regular mail on this 12th day of October, 2007

s/s Peter D. Ruggiero