**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| | ) | |
| **MONETA CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

THIS CAUSE CAME before the Court on the Receiver's Motion for an Order Granting Leave to Proceed with a Private Sale of Receivership Real Property (the "Motion"), filed by the U.S. Small Business Administration as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta"). Upon consideration of the Receiver's Motion, Memorandum and the Affidavit of Thomas G. Morris and the Exhibits thereto, and this Court being duly advised as to the merits,

**IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

1. The Receiver's Motion is granted in its entirety;

2. The Receiver is authorized, pursuant to 28 U.S.C. § 2001(b), to proceed with the private sale of approximately 124 acres of real property located in Warwick, Rhode Island known as Plat 379, Lots 8, 9, 158, 159, 425, 426 and 445, Plat 380, Lots 1, 3, and 281, and Plat 381, Lots 38, 39, 40 and 41 (the "Property") all as more particularly described in the purchase and sale agreements appended to the Affidavit of Thomas G. Morris (the "Affidavit") submitted in support of the Motion;

3. Cushman and Wakefield, Inc., United Appraisal Group and Robert Bargamian are approved as Appraisers of the Property pursuant to 28 U.S.C. §2001(b), and their appraisals of the real property are hereby approved;

4. The Receiver's request for a confirmation hearing is granted and said hearing shall be held at the U.S. District Court for the District of Rhode Island, The Honorable Ronald Lagueux, on 11/14/07., or as soon thereafter as counsel may be heard; AT 11:00 A.M.

5. Notice of the proposed private sale and confirmation hearing shall be published in the *Providence Journal*, *Boston Globe,* and *Wall Street Journal* newspapers of general circulation, once, at least ten (10) days before the date of the confirmation hearing, which notice shall require, among other things, that a) bids will have to be made for the Property under the same terms and conditions as those set forth in the purchase and sale agreements appended to the Affidavit, b) a deposit of $250,000 in immediately available funds shall accompany each bid submitted to the Receiver, c) each bidder shall provide financial data and other evidence necessary to satisfy the Receiver that such bidder has the financial capability to consummate the contemplated sale, and d) the Receiver shall qualify bidders in its sole discretion;

6. If any qualifying bids greater than 10% of the original contract price are received prior to the deadline established by the publication approved pursuant to paragraph 5 of this Order, the Receiver is ordered to conduct an auction consistent with the purposes of 28 U.S.C. § 2001 (b), pursuant to rules to be established by the Receiver in its sole discretion; and

7. If no conforming higher bids are received after the deadline established by the publication approved in paragraph 5 of this Order, the Receiver is granted leave to move this

Court for cancellation of the hearing scheduled in paragraph 4 of this Order and for entry of an order approving the private sale of the Property.

**IT IS SO ORDERED.**

Dated: 10/24/07

Ronald R. Lagueux
THE HONORABLE RONALD LAGUEUX
UNITED STATES DISTRICT COURT JUDGE