**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff,**

**vs.** **C.A. No. 99-565 L**

**MONETA CAPITAL CORPORATION**
**Defendant.**

**NOTICE OF APPEARANCE**

The undersigned hereby enters her appearance as counsel in this case for interested party, Atlantic American Rocky Point Partners Group, LLC.

ATLANTIC AMERICAN ROCKY POINT PARTNERS GROUP, LLC.

By its attorney,

/s/ Diane Finkle
Diane Finkle, Esq.
State Bar No. 2644
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Email: dfinkle@wszlaw.com
Date: November 14, 2007

# CERTIFICATION

I certify that on the 14th day of November, 2007, I caused a copy of the foregoing pleading to be served on counsel of record as follows:

By Electronic Mail through Electronic Case Filing to the following:

- **Joseph Avanzato** javanzato@apslaw.com, vlanctot@apslaw.com
- **Peter G. Berman** peter@raskinberman.com
- **Jeffrey S. Brenner** jbrenner@nixonpeabody.com jmarino@nixonpeabody.com ProEfile@nixonpeabody.com
- mryone@nixonpeabody.com
- **Christopher R. Bush** cbush@riag.ri.gov,randrade@riag.ri .gov
- **Thomas E. Carlotto** tcarlotto@shslawfirm.com,msisson @shslawfirm.com
- **William J. Delaney** wdelaney@rc-legal.com,mmorrison@tllaw.com
- **Joseph Michael DiOrio** jmdiorio@dioriolaw.com,spthomas @dioriolaw.com
- **John William Dineen** jwdineen1@yahoo.com
- **Christopher R. Donato** chris.donato@usdoj.gov
- **John G. Earle** jearle@bselaw.com
- **Arlene Embrey** arlene.embrey@sba.gov
- **Douglas A. Giron** dgiron@shslawfirm.com,asalvaggio @shslawfirm.com,phalperin@shsla wfirm.com,dsmith@shslawfirm.com
- **Jeffrey H. Gladstone** jhg@psh.com,pds@psh.com
- **William R. Grimm** wgrimm@haslaw.com
- **Preston W. Halperin** phalperin@shslawfirm.com,dsmith @shslawfirm.com
- **Vincent A. Indeglia** vaindeglia@aol.com
- **Stephen A. Izzi** sizzi@mosesafonso.com
- **Everett A. Petronio , Sr** eapjr@loeap.com
- **James P. Redding** reddingj@gtlaw.com
- **Peter D. Ruggiero** ruggieropd@ruggiero-orton-brochu.com
- **Jeffrey C. Schreck** JSchreck@msn.com
- **Robert K. Taylor** rkt@psh.com,tlc@psh.com
- **H. Marc Tepper** marc.tepper@bipc.com
- **Harris K. Weiner** hkw@pinelaw.com,mav@pinelaw.c om
- **Robert D. Wieck** rwieck@mwdglaw.com,mdaugherty @mwdglaw.com
- **David A. Wollin** dwollin@apslaw.com,epickett@apsl aw.com,dciuffetelli@apslaw.com

By Hand Delivery or First Class US Mail, postage prepaid, as indicated, to the following:

**By Hand Delivery**
**Edward J. Bertozzi**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

**By Hand Delivery**
**Michael W. Carroll**
Law Office of Michael W. Carroll
72 Pine Street
Providence, RI 02903

**By First Class US Mail**
**Frank Caprio**
Caprio & Caprio
One Center Place
Providence, RI 02903

**By First Class US Mail**
**Douglas J. Gervolino**
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

**By First Class US Mail**
**Frank D. Kirby**
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

**By First Class US Mail**
**Timothy T. More**
50 South Main Street
Providence, RI 02903

**By First Class US Mail**
**Andrew S. Richardson**
182 Waterman Street
Providence, RI 02906

/s/ Diane Finkle