AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United State of America

V.

Moneta Capital Corporation

**APPEARANCE**

Case Number: 99-565L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of Warwick

I certify that I am admitted to practice in this court.

11/13/2007

Date

Signature

Diana E. Pearson
Print Name

3061
Bar Number

P.O. Box 178
Address

East Greenwich
City

RI
State

02818
Zip Code

(401) 886-1114
Phone Number

(401) 886-1118
Fax Number