**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. No. 99-565 L** |
| | : | |
| **MONETA CAPITAL CORPORATION** | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The undersigned enters his appearance as counsel in this case for interested party Atlantic American Rocky Point Partners Group, LLC.

ATLANTIC AMERICAN ROCKY POINT
PARTNERS GROUP, LLC.

By its attorney,

/s/ S. Michael Levin
S. Michael Levin, Esq. (#3796)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Email: mlevin@wszlaw.com

Date: November 30, 2007

# CERTIFICATION

I certify that on the 30th day of November, 2007, I caused a copy of the foregoing pleading to be served on counsel of record as follows:

By Electronic Mail through Electronic Case Filing to the following:

- **Joseph Avanzato**
javanzato@apslaw.com,
vlanctot@apslaw.com
- **Peter G. Berman**
peter@raskinberman.com
- **Jeffrey S. Brenner**
jbrenner@nixonpeabody.com
jmarino@nixonpeabody.com
ProEfile@nixonpeabody.com
- mryone@nixonpeabody.com
- **Christopher R. Bush**
cbush@riag.ri.gov,randrade@riag.ri
.gov
- **Thomas E. Carlotto**
tcarlotto@shslawfirm.com,msisson
@shslawfirm.com
- **William J. Delaney**
wdelaney@rc-
legal.com,mmorrison@tllaw.com
- **Joseph Michael DiOrio**
jmdiorio@dioriolaw.com,spthomas
@dioriolaw.com
- **John William Dineen**
jwdineen1@yahoo.com
- **Christopher R. Donato**
chris.donato@usdoj.gov
- **John G. Earle**
jearle@bselaw.com
- **Arlene Embrey**
arlene.embrey@sba.gov
- **Douglas A. Giron**
dgiron@shslawfirm.com,asalvaggio
@shslawfirm.com,phalperin@shsla
wfirm.com,dsmith@shslawfirm.com
- **Jeffrey H. Gladstone**
jhg@psh.com,pds@psh.com
- **William R. Grimm**
wgrimm@haslaw.com
- **Preston W. Halperin**
phalperin@shslawfirm.com,dsmith
@shslawfirm.com
- **Vincent A. Indeglia**
vaindeglia@aol.com
- **Stephen A. Izzi**
sizzi@mosesafonso.com
- **Everett A. Petronio , Sr**
eapjr@loeap.com
- **James P. Redding**
reddingj@gtlaw.com
- **Peter D. Ruggiero**
ruggieropd@ruggiero-orton-
brochu.com
- **Jeffrey C. Schreck**
JSchreck@msn.com
- **Robert K. Taylor**
rkt@psh.com,tlc@psh.com
- **H. Marc Tepper**
marc.tepper@bipc.com
- **Harris K. Weiner**
hkw@pinelaw.com,mav@pinelaw.c
om
- **Robert D. Wieck**
rwieck@mwdglaw.com,mdaugherty
@mwdglaw.com
- **David A. Wollin**
dwollin@apslaw.com,epickett@apsl
aw.com,dciuffetelli@apslaw.com

By Hand Delivery to the following:

**Edward J. Bertozzi**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

**Michael W. Carroll**
Law Office of Michael W. Carroll
72 Pine Street
Providence, RI 02903

By First Class US Mail, postage prepaid, to the following:

**Frank Caprio**
Caprio & Caprio
One Center Place
Providence, RI 02903

**Timothy T. More**
50 South Main Street
Providence, RI 02903

**Douglas J. Gervolino**
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

**Andrew S. Richardson**
182 Waterman Street
Providence, RI 02906

**Frank D. Kirby**
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

**Diana Pearson, Esq.**
PO Box 178
East Greenwich, RI 02818

/s/ S. Michael Levin