UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | |
| MONETA CAPITAL CORP. Defendant. | ) | CIVIL ACTION FILE NO. 99-565-L |
| | ) | Judge Ronald R. Lagueux<br>Judge David L. Martin |

NOTICE OF APPEARANCE

Pursuant to Local Rules provisions 5(a) and 6(a) and (b) of the United States District Court for the District of Rhode Island, please enter my appearance as attorney for the U.S. Department of Labor in the case captioned above. I hereby certify that I am an attorney for the United States Department of Labor, a department/agency of the United States of America. I also hereby certify that I am in good standing as a member of the bar of the Commonwealth of Massachusetts and the bar of the United States District Court for the District of Massachusetts and that there exist no pending bar disciplinary hearings against me.

*/s/ Donald E. d'Entremont*

Donald E. d'Entremont
Attorney
BBO # 558834

U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

Date: DECEMBER 18, 2007