UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v. | ) | |
| MONETA CAPITAL CORP.<br>Defendant. | ) | CIVIL ACTION<br>FILE NO. 99-565-L |
| | ) | Judge Ronald R. Lagueux<br>Judge David L. Martin |

MOTION OF UNITED STATES DEPARTMENT OF LABOR TO LIFT JUDICIAL STAY FOR A LIMITED PURPOSE AND TO RECOVER MONIES FOR THE NORTHEAST CAPITAL CORPORATION PENSION PLAN

Now comes Elaine L. Chao, Secretary of the United States Department of Labor who hereby moves this Court for an Order lifting the judicial stay preventing distribution of assets held by the Receiver in the matter captioned above, the United States Small Business Administration, to Joseph M. DiOrio, Esq., and requiring the Receiver to release $84,639.41 plus all applicable interest belonging to the Northeast Capital Corporation Pension Plan (hereinafter "the Plan") to Joseph M. DiOrio, Esq. for the purposes of appropriate *pro rata* distribution to Plan participants and pursuant to the attached Order of the U.S. District Court for the District of Rhode Island granted in related proceedings.

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

*/s/ Donald E. d'Entremont*
Donald E. d'Entremont
Attorney
BBO # 558834 (MA)

U.S. Department of Labor
Attorneys for Moving Party

Post Office Address:

U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

DATE: DECEMBER 18, 2007

<u>Motion To Recover N.E. Capital ERISA Plan Monies</u>