# NORTHEAST CAPITAL CORPORATION PENSION PLAN

## PARTICIPANT ALLOCATION PERCENTAGES

1) Alfred Bergeron: 18.44%
2) Ronald Carmark: 11.28%
3) Kevin Carter: 6.95%
4) Jock Colafrancesco: 17.36%
5) Beth Paulin: 1.91%
6) Carol Izzard: 2.05%
7) James Burton: 8.28%
8) Gary Kilberg: 18.37%
9) Kenny Malmberg: 7.68%
10) Gary Shepard: 2.45%
11) Gary Swaida: 5.23%

EXHIBIT

2