**CERTIFICATE OF SERVICE**

I hereby do certify that I served the foregoing MOTION TO LIFT JUDICIAL STAY on the 18th day of DECEMBER, 2007, to the following:

**VIA FIRST CLASS MAIL**:

**Thomas Almeida, Town**
Solicitor Town of Cumberland
P.O. Box 7
Cumberland, RI 02864

**Louis A. Geremia, Esq.**
Geremia & DeMarco, Ltd.
99 Wayland Avenue
Providence, RI 02906

**Allan E. Hanson, Esq.**
U.S. Small Business Admin.
380 Westminster Street
Providence, RI 02903

**David B. Sholem**
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

**Northeast Capital Pension Tr.**
c/o Arnold Kilberg & Co.
285 Governor Street
Providence, RI 02906

**Patrick Conley, Esq**.
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

**Joseph Ferrucci, Esquire**
Ferrucci Russo
49 Weybosset Street
Providence, RI 02906

**Andrew S. Richardson, Esq.**
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, R 02906

**Norman J. Bolotow, Esq.**
99 Wayland Avenue
Providence, RI 02906

**Gregory T. Parkos Revocable Trust**
**Joan M. Parkos Revocable Tr. 1994**
c/o Norman J. Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

**Richard Levine, Esquire**
Adler Pollock & Sheehan P .C.
175 Federal Street
Boston, MA 02110

**Lisa Dinerman, Esq.**
Assistant U. S. Attorney
50 Kennedy Plaza
Providence, RI 02903

**Timothy T. More, Esq.**
50 South Main Street
Providence RI 02903

**Ruth Haber Schonbrun**
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

**Estate of Arthur Schonbrun**
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

**Paul Agatiello, 401K Pension Plan**
220 Sanctuary Drive
East Greenwich, RI 02818

**Joan Kilberg**
3554 Pine Lake CT
Delray Beach, FL 33445-9045

**Richmond Square Capital Corp**.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

**Frederick Raffeto, Esq.**
McLaughlin, Bennett,
Monmouth Shores Corporate Park
1350 Campus Parkway
Neptune, NJ 07753

**Blish & Cavanagh, LLP**
30 Exchange Terrace
Providence RI 02903

**Town of Dighton, Massachusetts**
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

**John Dean, Esquire**
Boisseau, & Dean LLP
155 South Main Street, Ste.
405 Providence, RI 02903

**Kevin McKenna, Esquire**
23 Acorn Street
Providence, RI 02903

**Craig M. Scott, Esq.**
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd
300 Turks Head Building
Providence, RI 02903

**Pamela Lynn Colon**
Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

**Domestic Bank**
815 Reservoir Avenue
Cranston, RI 02910

**Township of Hopewell, N.J.**
c/o Frederick Raffetto, Esq.
Monmouth Shores Corp. Park
Wall Township
1305 Campus Pkwy.
Neptune, NJ 07753

**Ocean State Planners**
1255 Oaklawn Avenue
Cranston, RI 02920

**City of Providence**
Tax Collector - City Hall
25 Dorrance
Providence, RI 02903

**Robert Stolzman, Esq.**
Adler Pollock & Sheehan
1 Citizens Plaza, 8th Floor
Providence, RI 02903

**Jeannine Bourassa**
71 Bliss Road
Newport, RI 02840

**Lawrence L. Goldberg, Esq.**
96 Jefferson Boulevard
Warwick, Rhode Island 02888

**Waste Management of R.I.**
575 West Street # 210
Mansfield, MA 02048-1164

**Tax Collector**
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

**John C. Gyorgy, Esquire**
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

**Richard Michaels, Esq.**
Mintz Levin
1 Financial Center
Boston, MA 02111

**Ann Mitchell, Esquire**
Toll Brothers, Inc.
250 Gibraltar Road
Horsham, PA 19044

**James Callahan**
269 Chapman Street
Canton, MA 02021

**Rodio & Brown, Ltd.**
Stephen A. Radio, Esq.
91 Friendship Street
Providence, RI 02903

**Phillip Belisle**
1916 Rjmsdale Drive
Myrtle Beach, SC 29575

**Richard Levine, Esquire**
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston MA 02110

**Gregory Hamilton, Esquire**
154 Waterman Avenue
Providence, RI

**Gary Dale Kilberg**
2097 SW Brisbane
Port St. Lucie, FL 34984

**Francis and Rita DiMento**
c/o DiMento & Sullivan
7 Faneuil Hill Marketplace
Boston, MA 02169

**167 Hotel on the Cay Timeshare**
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

**Jennifer C. Christopher**
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christiansted, St. Croix 00820

**Everett Petronio, Esquire**
1239 Hartford Avenue
Johnston, RI 02919

**Thomas W. Rigby, III, Esq.**
SBA as Receiver for Fairway Cap.
Office of General Counsel
409 3rd Street, SW, 7th Floor
Washington, DC 20416

**Cheryl Asquino, Esquire**
Narragansett Bay Commission
One Service Road
Providence RI 02905

**Liu & Lu Realty, LLC**
2856 Main Street
Glastonbury, CT 06033

**Karen Davidson, Esquire**
1 Ship Street
Providence, RI 02903

**Henry Varra**
350 Chestnut Street
West Newton, MA 02465

**Belisle Group**
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christiansted
U.S. Virgin Islands 00820

**Northeast Capital Corporation**
c/o Arnold Kilberg & Company 285
Governor Street
Providence, RI 02906

**Metacom Medical Assoc., Inc.**
Paul Agatiello Pension Plan
c/o Paul Agatiello, M.D.
220 Sanctuary Drive
East Greenwich, RI 02818

**Acropolis Enterprises, Inc.**
285 Governor Street
Providence, RI 02906

**John Earle, Esq.**
City Solicitor of Warwick
3275 Post Road
Warwick, RI 02886

**Arnold Goodstein**
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

**Edward G. Lawson, Esq.**
260 Lonsdale Avenue
Pawtucket, R.I. 02860

**VIA ECF:**

**Joseph Avanzato**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
javanzato@apslaw.com

**Peter G. Berman**
Raskin & Berman
116 East Manning Street
Providence, RI 02906
peter@raskinberman.com

**Edward J. Bertozzi, Jr.**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
ebertozzi@eapdlaw.com

**Jeffrey S. Brenner**
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
jbrenner@nixonpeabody.com

**Christopher R. Bush**
R.I. Department of Attorney General
150 South Main Street
Providence, RI 02903
cbush@riag.ri.gov

**Frank Caprio**
Caprio & Caprio
One Center Place
Providence, RI 02903
frankcaprio@hotmail.com

**Thomas E. Carlotto**
Shechtman Halperin Savage LLP
1080 Main St.
Pawtucket, RI 02860
tcarlotto@shslawfirm.com

**Eugenia M. Carris**
U.S. Attorney's Office
United States Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
eugenia.carris@usdoj.gov

**Michael W. Carroll**
Law Office of Michael W. Carroll
72 Pine Street
Providence, RI 02903
mwc@carroll-law.net

**Robert Clark Corrente**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
robert.corrente@usdoj.gov

**William J. Delaney**
Tillinghast Licht LLP
10 Weybosset St.
10th Floor
Providence, RI 02903-1288
wdelaney@tllaw.com

**Joseph Michael DiOrio**
Law Office of Joseph M. DiOrio
10 Dorrance Street
Suite 1200
Providence, RI 02903
jmdiorio@dioriolaw.com

**John William Dineen**
305 South Main Street
Providence, RI 02903
jwdineen1@yahoo.com

**Arlene Embrey**
Small Business Administration
409 3rd Street, S.W. 7th Floor
Washington, DC 20416
arlene.embrey@sba.gov

**Mark A. Fay, Esquire**
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
mark@murphyandfay.com

**Jeffrey H. Gladstone**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
jhg@psh.com

**William R. Grimm**
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903
wgrimm@haslaw.com

**Preston W. Halperin**
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860
phalperin@shslawfirm.com

**Kevin D. Heitke**
P.O. Box 556
1452 Broncos Highway
Suite 203
Harrisville, RI 02830-0556
kdh@kevinheitke.com

**Vincent A. Indeglia**
Indeglia & Associates
1485 South County Trail
East Greenwich, RI 02818
vaindeglia@aol.com

**Stephen A. Izzi**
Moses Afonso Jackvony, Ltd.
170 Westminster Street
Suite 201
Providence, RI 02903
sizzi@mosesafonso.com

**James P. Redding**
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
reddingj@gtlaw.com

**Jeffrey C. Schreck**
99 Wayland Ave.
Suite 200
Providence, RI 02906-4314
JSchreck@msn.com

**K. Joseph Shekarchi**
33 College Hill Road, Suite 15-E
Warwick, RI 02886
Joe@shekarchilaw.com

**Thomas A. Tarro, III**
Tarro Law Offices
300 Centerville Road
Suite 330 - Summit East
Warwick, RI 02886
ttarro3rd@tarrolawfirm.com

**Robert K. Taylor**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
rkt@psh.com

**H. Marc Tepper**
Buchanan Ingersoll, P.C.
1835 Market Street
14th Floor
Philadelphia, PA 19103-2985
marc.tepper@bipc.com

**Harris K. Weiner**
Law Offices of Jeffrey B. Pine, Esq.
321 South Main Street
Suite 302
Providence, RI 02903
hkw@pinelaw.com

**Robert D. Wieck**
MacAdams & Wieck
Incorporated
101 Dyer Street
Providence, RI 02903
rwieck@mandwlaw.com

**David A. Wollin**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
dwollin@apslaw.com

**Gary Dale Kilberg**
GaryKilb@aol.com

*/s/ Donald E. d'Entremont*