UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 19 2007
U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA,
Plaintiff,
v.

MONETA CAPITAL CORP.
Defendant.

CIVIL ACTION
FILE NO. 99-565-L

Judge Ronald R. Lagueux
Judge David L. Martin

**ORDER LIFTING JUDICIAL STAY FOR THE LIMITED PURPOSE OF RELEASE OF MONIES HELD BY THE RECEIVER TO JOSEPH M. DIORIO, ESQ. AND ORDER TO DO SAME**

IT IS ORDERED THAT The Motion of The United States Department of Labor To Lift Judicial Stay For A Limited Purpose and Recover Monies for the Northeast Capital Corporation Pension Plan is hereby GRANTED.

IT IS ORDERED FURTHER THAT the United States Small Business Administration as Receiver for Moneta Capital Corporation shall promptly release to Joseph M. DiOrio, Esq. $84,639.41 plus all applicable interest and other accrued monies belonging to the Northeast Capital Corporation Pension Plan.

SO ORDERED this 3rd day of January 2008

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX
Sr. UNITED STATES DISTRICT COURT JUDGE