**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565L** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

## ORDER APROVING RECEIVER'S MOTION FOR INCREASE IN AMOUNT OF RECEIVER'S CERTIFICATES

This matter came before the Court upon the motion of the United States Small Business Administration ("SBA") in its capacity as court-appointed receiver ("the Receiver") for Moneta Capital Corporation for entry of an order increasing the amount that the Receiver is authorized to borrow in the form of Receiver's Certificates. Upon consideration of the pleadings in this matter, it is hereby ordered that:

1. The Receiver's Motion is granted in its entirety;

2. The Receiver is hereby authorized to borrow an additional $600,000 in Receiver's Certificates from SBA as needed, $250,000 of which will be used for the specific, limited purpose of maintaining and preserving real property owned by Moneta in Warwick, Rhode Island. The remaining $350,000 will be used for operational expenses of the receivership. The certificate will be issued at a rate of approximately ten per cent

Case 1:99-cv-00565-L-DLM Document 462 Filed 02/27/2008 Page 2 of 2

(10%) per annum for a term not to exceed eighteen (18) months from the date of issue.

**SO ORDERED.**

Dated: 2/27/08 Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX
UNITED STATES SENIOR DISTRICT COURT JUDGE