**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**MONETA CAPITAL CORPORATION**<br>**Defendant.** | **Civil Case No. 99-565(L)** |

**<u>ORDER</u>**

This matter having come for hearing before the Court on the Receiver's Motion to Confirm Private Sale of Real Property and it appearing to this Court that (1) notice of the proposed private sale having been published in the *Wall Street Journal*, *The Boston Globe* and *The Providence Journal*, (the "Publications"), newspapers of general circulation, pursuant to this Court's Order dated October 24, 2007; (2) that due and timely notice of said Motion having been given to all parties of record in this matter, loan participants and by publication to all other persons; and (3) that no objection having been filed and no timely competing bids having been received by the Receiver by the deadline established by the Publications;

**IT IS HEREBY ORDERED**

1. That the Receiver's Motion is granted with respect to that certain purchase and sale agreement (the "Agreement") between the Receiver and the City of Warwick (the "Buyer") dated August 7, 2007, the specific terms and conditions precedent of which shall be complied with;

COPY
A. DIMARZIO
Deputy Clerk

2. That the private sale of the approximately 41 acres of real property located in Warwick, Rhode Island which is the subject matter of the Agreement (the "Property") is approved and confirmed pursuant to the specific terms and conditions precedent of the Agreement, and in furtherance thereof, any transfer of the Property prior to the consummation of the sale of the remaining 83 acres adjacent to the Property ("83 Acres") will be subject to reconveyance back to the Receiver if a sale of the 83 Acres is not consummated on or before March 28, 2008. A reconveyancing deed of the Property together with the $4,400,000.00 purchase price shall be held by the Receiver until the earlier to occur of (i) recording of the reconveyancing deed (in which case the purchase money shall be returned to the City) or (ii) consummation of the sale of the 83 Acres (in which case the reconveyancing deed shall be returned to the City and the purchase money shall be retained by the Receiver);

3. That the Receiver is hereby authorized to execute and deliver a Receiver's Deed conveying the Property to the Buyer upon the terms and conditions set forth in the Agreement, and such conveyance shall be free and clear of all interests, claims, liens and/or encumbrances of the City of Warwick or other municipal authority, with such interests, claims, liens and encumbrances of the City of Warwick and all other municipal authorities, attaching to the proceeds thereof in the same priority as existed prior to such transfer. That all interests, claims, liens and encumbrances asserted against the Property, by the City of Warwick and all other municipal authorities, are hereby declared to be released and discharged with respect to the Property upon consummation of the aforesaid sale, and the recording of this Order with the Receiver's Deed shall constitute evidence of such release and discharge.

4. That the Property is vacant and transferred free from the claims of any former occupants with such residential structures that remain on the Property being deemed abandoned; and

5. That the Receiver is granted leave to take all actions to conclude such sale in accordance herewith without further order of this Court.

**SO ORDERED:**

This 13th day of December, 2007, in Providence, Rhode Island.

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX

Sr. UNITED STATES DISTRICT COURT JUDGE

RECORDED
Dec 31,2007 12:21:57P
Marie T. Bennett, City Clerk
City of Warwick, RI