EXHIBIT C

# AARPP Due Diligence Expenditures

**Rocky Point Parcel**

| | |
|---|---|
| **Expenses incurred as of March 14, 2008:** | |
| Blount Bennett Associates | 10,000.00 |
| Gates Leighton Architects | 8,138.60 |
| Pineapple Studios | 25,000.00 |
| Joseph Shekarchi, Esq. | 5,000.00 |
| Winograd, Shine & Zacks, PC | 57,543.66 |
| Garofalo & Associates | 7,500.00 |
| Reimbursements | 770.99 |
| American Express - Airfare and hotel to SBA | 2,087.05 |
| Marketing Materials & overnight packages | 2,430.29 |
| Caito Corporation | 8,243.75 |
| LaPlante Sowa Goldman | 1,440.00 |
| **Total Expenditures:** | **128,154.34** |
| **Balance of Contractual Obligations:** | |
| DiPrete Engineering | 30,000.00 |
| Blount Bennett Associates | 10,000.00 |
| Gates Leighton Architects | 16,861.40 |
| Pineapple Studios | 25,000.00 |
| **Total Contractual Obligations:** | **81,861.40** |
| **Total Expenditures and Contractual Obligations:** | **210,015.74** |
| **Estimated Additional Expenses:** | |
| Environmental Study | 35,000.00 |
| Advertising | 95,000.00 |
| Winograd, Shine & Zacks, P.C. | 25,000.00 |
| K. Joseph Shekarchi | 10,000.00 |
| Marketing Materials and Site Plans | 75,000.00 |
| Appraisal | 15,000.00 |
| Market Study | 25,000.00 |
| **Total Estimated Additonal Expenses:** | **280,000.00** |
| **Total Actual and Estimtated Due Diligence Expenditures:** | **490,015.74** |