**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Case No. 99-565-L** |
| **MONETA CAPITAL CORPORATION** | **Judge Lagueux** |
| **Defendant.** | **EXPEDITED HEARING REQUESTED** |

## MOTION FOR ENTRY OF AN ORDER EXTENDING TIME

COMES NOW the United States Small Business Administration ("SBA") in its capacity as court-appointed receiver ("the Receiver") of Moneta Capital Corporation ("Moneta") and, by and through its undersigned counsel, hereby moves this Court to enter an Order permitting the Receiver additional time of 120 days in which to exercise its right of reconveyance with respect to certain property (the "City Parcel") deeded to the City of Warwick under that Order entered by this Court on December 13, 2007, a copy of which is annexed hereto as Exhibit A, thereby permitting the Receiver to close on the sale of the adjacent parcel (the "Rocky Point Parcel") with Rocky Point Partners, LLC as provided for under paragraph 6 of this Court's Order entered December 19, 2007, a copy of which is annexed hereto as Exhibit B. Rocky Point Partners, LLC, by letter dated March 18, 2008, has reiterated its commitment to purchase the Rocky Point Parcel and indicated that the easements and other matters deemed necessary by Atlantic American

Rocky Point Partners Group, LLC are not pre-conditions to their ability to close. A copy of the foregoing correspondence is annexed hereto as Exhibit C.

In further support of this Motion, the Receiver relies upon the Memorandum of Law filed contemporaneously herewith, which is incorporated herein by reference. The Receiver by separate Motion is seeking to have this matter heard on an expedited basis.

WHEREFORE, the Receiver requests that this Court enter an Order extending the time in which the Receiver may exercise its right of reconveyance regarding the City Parcel for a period of 120 days from the entry of any such Order to permit the Receiver the ability to convey the Rocky Point Parcel to Rocky Point Partners, LLC and for such other relief as the Court deems just.

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By its Attorneys,

/s/ Thomas E. Carlotto

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
401-272-1400
401-272-1403 (fax)

Dated: March 20, 2008

# CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the Motion for Entry of an Order Extending Time and Receiver's Memorandum of Law In Support of Its Motion was furnished via U.S. Mail, postage pre-paid this 20th day of March, 2008 to the following:

Jeffrey C. Schreck, Esquire
99 Wayland Avenue
Suite 200
Providence, RI 02906

Northeast Capital Pension Trust
c/o Arnold Kilberg & Co.
285 Governor Street
Providence, RI 02906

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith & Cohen, LLP
10 Weybossett Street
Providence, RI 02903

William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393

Patrick Conley, Esq.,
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Christine Bush, Esquire
Duffy & Sweeney, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

Thomas Almeida, Town Solicitor
Town of Cumberland
P.O. Box 7
Cumberland, RI 02864

H. Marc Tepper
Buchanan Ingersoll, P.C.
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985

Robert D. Wieck
MacAdams & Weick Inc.
101 Dyer Street
Providence, RI 02903

Louis A. Geremia, Esq.
Geremia & DeMarco, Ltd.
99 Wayland Avenue
Providence, RI 02906

Joseph Ferrucci, Esquire
Ferrucci Russo
49 Weybosset St.
Providence, RI 02903

Lisa Dinerman, Esq.
Assistant United States Attorney
50 Kennedy Plaza
Providence, RI 02903

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Jeffrey H. Gladstone, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell, LLC
2800 Financial Plaza
Providence, RI 02903-2499

Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trial, 2nd Fl
East Greenwich RI 02818

David B. Sholem
Meyer Capel
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750

Gregory T. Parkos Revocable Trust
Joan M. Parkos Revocable Trust 1994
c/o Norman J. Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

Ruth Haber Schonbrun
3507 Oak Way
Palm Air
Apartment 508
Pompano Beach, FL 33068

Estate of Arthur Schonbrun
c/o Lynn Stand, Executrix
555 North Avenue
Fort Lee, NJ 07024

Kevin McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Robert Stolzman, Esq.
Adler Pollock & Sheehan
1 Citizens Plaza, 8th Floor
Providence, RI 02903

Paul Agatiello, 401K Pension Plan
220 Sanctuary Drive
East Greenwich, RI 02818

Joan Kilberg
3554 Pine Lake CT
Delray Beach, FL 33445-9045

Jeannine Bourassa
71 Bliss Road
Newport, RI 02840

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Craig M. Scott, Esq. And
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Richmond Square Capital Corp.
Attn: Harold Schein
1 Richmond Square
Providence, RI 02906

Law Office of Lee Rohn
1101 King Street
Christiansted, St Croix,
U.S. Virgin Islands 00820

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886

Frederick Raffeto, Esq.
1500 Lawrence Avenue
Ocean, NJ 07712

Steven M. McInnes, Esquire
Attorney for American Shipyard
Company, LLC
38 Bellevue Ave.
Newport, RI 02840

Waste Management of Rhode Island
575 West Street # 210
Mansfield, MA 02048-1164

Blish & Cavanagh, LLP
30 Exchange Terrace
Providence RI 02903

Township of Hopewell, N.J.
c/o Frederick Raffeto, Esq.
1500 Lawrence Avenue
Ocean, NJ 07712

Tax Collector
Cumberland Fire District
1530 Mendon Road
Cumberland, RI 02864

Town of Dighton, Massachusetts
Attn: Brendan Herbeck
Office of Town Clerk
979 Somerset Avenue
Dighton, MA 02715

Ocean State Planners
1255 Oaklawn Avenue
Cranston, RI 02920

John C. Gyorgy, Esquire
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

John Dean, Esquire
Boisseau, & Dean LLP
155 South Main Street, Ste. 405
Providence, RI 02903

City of Providence
Tax Collector
City Hall
25 Dorrance
Providence, RI 02903

Richard Michaels, Esq.
Mintz Levin
1 Financial Center
Boston, MA 02111

Ann Mitchell, Esquire
Toll Brothers, Inc.
250 Gibraltar Road
Horsham, PA 19044

Francis and Rita DiMento
c/o DiMento & Sullivan
7 Fanueuil Hill Marketplace
Boston, MA 02169

Henry Varra
350 Chestnut Street
West Newton, MA 02465

James Callahan
269 Chapman Street
Canton, MA 02021

167 Hotel on the Cay Timeshare
c/o Donovan M. Hamm, Jr.
Attorney at Law
5030 Anchor Way, Gallows Bay
St Croix, U.S. Virgin Islands 00820

Belisle Group
c/o Donovan M. Hamm, Jr.
Hamm & Barry
5030 Anchor Way, Christianstead
U.S. Virgin Islands 00820

Rodio & Brown, Ltd.
Stephen A. Rodio, Esq.
91 Friendship Street
Providence, RI 02903

Jennifer C. Christopher
c/o Pamela Lynn Colon
Law office Lee J. Rohn
101 King Street, Suite 2
Christianstead St. Croix 00820

Northeast Capital Corporation
c/o Arnold Kilberg & Company
285 Governor Street
Providence, RI 02906

Phillip Belisle
3732 Village Center Way
Hoover, AL 35226-6327

Everett Petronio, Esquire
1239 Hartford Avenue
Johnston, RI 02919

United States Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room -375
Boston, MA 02203

Gina Martin, Esquire
GOODWIN PROCTER, LLP
53 State Street
Exchange Place
Boston, MA 02109

Thomas W. Rigby, III, Esq.
SBA as Receiver for Fairway Cap.
Office of General Counsel
4093rd Street, SW, 7th Floor
Washington, DC 20416

Metacom Medical Assoc., Inc.
Paul Agatiello Pension Plan
c/o Paul Agatiello, M.D.
220 Sanctuary Drive
East Greenwich, RI 02818

Harris K. Weiner, Esquire
Law Office of Jeffrey B. Pine
321 South Main Street, Ste. 302
Providence, RI 02903

Cheryl Asquino, Esquire
Narragansett Bay Commission
One Service Road
Providence RI 02905

Acropolis Enterprises, Inc.
285 Governor Street
Providence, RI 02906

Gregory Hamilton, Esquire
154 Waterman Avenue
Providence, RI

Liu & Lu Realty, LLC
2856 Main Street
Glastonbury, CT 06033

John Earle, Esq.
City Solicitor of Warwick
3275 Post Road
Warwick, RI 02886

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Karen Davidson, Esquire
1 Ship Street
Providence, RI 02903

Arnold Goodstein
Vanderbilt Capital, LLC
136 West Richardson Avenue
Summerville, SC 29483

Neal J. McNamara, Esquire
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Zachary G. Darrow
Darrow Everett LLP
One Turks Head Place
Suite 500
Providence RI 02903

The following parties were served via electronic notice on March 20, 2008:

| | |
|---|---|
| Joesph Avanzato | javazanto@apslaw.com, vlanctot@apslaw.com |
| Peter G. Berman | peter@raskinberman.com |
| Edward J. Bertozzi, Jr. | ebertozzi@eapdlaw.com |
| Jeffrey S. Brenner | jbrenner@nixonpeabody.com, proefile@nixonpeabody.com, myrone@nixonpeabody.com |
| Christopher R. Bush | cbush@riag.ri.gov, randrade@riag.ri.gov |
| Frank Caprio | frankcaprio@hotmail.com |
| Thomas E. Carlotto | tcarlotto@shslawfirm.com |
| Eugenia M. Carris | Eugenia.carris@usdoj.gov |
| Michael W. Carroll | mwc@carroll-law.net |
| Robert Clark Corrente | Robert.corrente@usdoj.gov |
| William J. Delaney | wdelaney@tllaw.com |
| John William Dineen | jwdineen1@yahoo.com |
| Joseph Michael DiOrio | jmdiorio@dioriolaw.com |
| John Earle | jearle@bselaw.com |
| Arlene Embrey | Arlene.embrey@sba.gov |
| Jeffrey H. Gladstone | jhg@psh.com |
| William R. Grimm | wgrimm@haslaw.com |
| Preston. W. Halperin | phalperin@shslawfirm.com, dsmith@shslawfirm.com |
| Kevin D. Heitke | kdh@kevinheitke.com |
| Vincent A. Indeglia | vaindeglia@aol.com |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| James P. Redding | reddingj@gtlaw.com |
| Jeffrey C. Schreck | jschreck@msn.com |
| K. Joseph Shekarchi | joe@shekarchilaw.com |
| Thomas A. Tarro, III | ttarro3rd@tarrolawfirm.com |
| Robert K. Taylor | rkt@psh.com, tlc@psh.com |
| H. Marc Tepper | marc.tepper@bipc.com |
| Harris K. Weiner | hkw@pinelaw.com, llk@pinelaw.com |
| Robert D. Wieck | rweick@mandwlaw.com |
| David A. Wollin | dwollin@apslaw.com |

/s/ Thomas E. Carlotto