**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MONETA CAPITAL CORPORATION**<br><br>**Defendant.** | ) | **Civil Case No. 99-565L** |

**RECEIVER'S MEMORANDUM OF LAW IN SUPPORT OF <u>ITS MOTION FOR EXPEDITED HEARING AND DETERMINATION</u>**

The U.S. Small Business Administration ("SBA"), as Receiver (the "Receiver") for Moneta Capital Corporation ("Moneta"), in support of its Motion for Expedited Hearing and Determination (the "Motion"), hereby states as follows:

By Order (the "City Parcel Sale Order") entered December 13, 2007, the Court approved the sale of approximately 41 acres (the "City Parcel") of the "Rocky Point" property (the "Property") to the City of Warwick. The City Parcel Sale Order specifically provides for a reconveyance of the City Parcel back to the Receiver if the sale of the adjacent parcel (the "Rocky Point Parcel") is not consummated on or before March 28, 2008.

On March 18, 2008, Atlantic American Rocky Point Partners Group, LLC ("AARPP) filed a Motion seeking to extend the time-frame for completing its due diligence (the "Motion to Extend Due Diligence Period") to which the Receiver will be filing a separate Objection. In its Motion to Extend the Due Diligence Period, AARPP

concedes that it cannot close on March 28, 2008, due to factors it believes must be resolved prior to closing.

Pursuant to paragraph 6 of that certain Order entered by the Court approving the sale of the Rocky Point Parcel (the "Rocky Point Parcel Sale Order"), in the event that the closing with AARPP does not occur on or before March 28, 2008, the Receiver is granted authority to proceed with the sale of the Rocky Point Parcel to Rocky Point Partners, LLC ("Rocky Point Partners, LLC") at its original bid of $15,600,000.00. By letter dated March 18, 2008, Rocky Point Partners indicated its willingness to proceed with the transaction provided it was given the 90 day due diligence period provided for under the contract confirmed by this Court. Rocky Point Partners further assured the Receiver that none of the issues raised by AARPP are pre-conditions to a closing. In order for the Receiver to proceed with a sale of the Rocky Point Parcel to Rocky Point Partners, the Receiver must obtain an extension of the time for recording the instruments that would effect a reconveyance of the City Parcel back to the Receiver.[1] Without such an extension, the Receiver is obligated to proceed with the reconveyance pursuant to the City Parcel Sale Order.

Because the reconveyance will result in the loss of the prospective sale for $20,000,000.00; the loss of public funding and give rise to the necessity of remarketing and resale of the Property, the Receiver requests that the Court grant the Motion for

[1] The Receiver is presently obligated to effectuate a reconveyance in the event no closing on the Rocky Point Parcel occurs on or before March 28, 2008. Therefore, the Receiver must record the reconveyance instruments within a reasonable time after March 28, 2008 and return $4,400,000.00 to the City.

Expedited Hearing and Determination. In the absence of an expedited hearing and a ruling in its favor, the Receiver will have no choice but to comply with the City Parcel Sale Order and record the instruments of reconveyance.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By its Attorneys,

/s/ Thomas E. Carlotto

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
401-272-1400
401-272-1403 (fax)

Dated: March 20, 2008