DE DarrowEverett LLP

EXHIBIT
ALL-STATE LEGAL®
C

ZACHARY G. DARROW
ZDARROW@DARROWEVERETT.COM

March 18, 2008

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860

**RE:** *United States Small Business Administration as Receiver of Moneta Capital Corporation (the "Receiver") – Proposed acquisition of that certain real estate known as the former Rocky Point Amusement Park, located in Warwick, Rhode Island (the "Subject Property")*

Dear Attorney Carlotto:

As you know, this firm represents Rocky Point Partners, LLC ("RPP"). At your request, my client has reviewed those certain letters from Attorney Diane Finkle, submitted on behalf of Atlantic American Rocky Point Partners Group, LLC, dated February 27, 2008 and March 14, 2008, respectively (the "AARPPG Letters").

As a follow up to our meeting this afternoon, and in accordance with the December 2007 Order of the United States District Court for the District of Rhode Island pertaining to the sale of the Subject Property, RPP remains interested in purchasing the Subject Property. Furthermore, consistent with the terms of the purchase and sale agreement for the Subject Property previously negotiated between the Receiver and RPP, RPP would not require that the government approvals and easements raised in the AARPPG Letters be conditions to the closing of its purchase of the Subject Property. As per RPP's previous communications with the Receiver, if given the opportunity, RPP remains willing to proceed with its pursuit of the Subject Property upon a ninety (90) day due diligence period, with a thirty (30) day period to close thereafter (utilizing the purchase and sale agreement previously agreed upon).

Should you have any further questions, please do not hesitate to contact me.

Very truly yours,

Zachary G. Darrow

cc: Rocky Point Partners, LLC (via e-mail)
Mr. Thomas Morris (via e-mail)
Arlene Embrey, Esq.
Jeffrey Gladstone, Esq. (via e-mail)