**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MONETA CAPITAL CORPORATION**<br><br>**Defendant.** | **Civil Case No. 99-565(L)** |

**ORDER**

THIS CAUSE CAME before the Court on March 26, 2008, on the Motion of Atlantic American Rocky Point Partners Group, LLC to Extend Due Diligence and Closing Dates (the "Motion") and after hearing thereon it is hereby,

ORDERED and DECREED that the Motion is DENIED.

**SO ORDERED.**

Dated: 4/2/08

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX
SENIOR UNITED STATES DISTRICT COURT JUDGE