IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MONETA CAPITAL CORPORATION**<br><br>**Defendant.** | ) | **Civil Case No. 99-565(L)** |

## ORDER

This matter having come for hearing before the Court on March 26, 2008, on the Motion for Entry of an Order Exte^n^ding Time (the "Motion") filed by the United States Small Business Administration in its capacity as the Receiver of Moneta Capital Corporation (the "Receiver"), and after hearing thereon,

**IT IS HEREBY ORDERED**

1. That the Receiver's Motion is granted;

2. That the Court's Order entered on December 13, 2007 (Docket Number 455) is hereby amended to provide the Receiver with additional time for recording any instruments necessary to effectuate a reconveyance of the approximately 41 acres of real property (the "Property") located in Warwick, Rhode Island that was conveyed by the Receiver to the City of Warwick on December 31, 2007, such extension being necessary to permit the Receiver to sell the remaining acreage adjacent to Property to Rocky Point Partners, LLC. The Property will remain

subject to reconveyance back to the Receiver if a sale of the remaining acreage is not consummated on or before August 4, 2008.

**SO ORDERED**:

DATED: 4/2/08

Ronald R. Lagueux
THE HONORABLE RONALD LAGUEUX
SENIOR UNITED STATES DISTRICT COURT JUDGE