**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565(L)** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**ORDER**

THIS CAUSE CAME before the Court on the Motion for Expedited Hearing and Determination (the "Motion") filed by the United States Small Business Administration in its capacity as the Receiver of Moneta Capital Corporation (the "Receiver") and after consideration it is hereby,

ORDERED and DECREED that the Motion is GRANTED.

**SO ORDERED.**

Dated: 4/2/08

Ronald R. Lagueux
THE HONORABLE RONALD LAGUEUX
SENIOR UNITED STATES DISTRICT COURT JUDGE