**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONETA CAPITAL CORPORATION,<br>Defendant. | C.A. No. 99-565 L |

**MEMORANDUM IN SUPPORT OF MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST FOR LEAVE TO FILE MOTION TO AUTHORIZE PURCHASE OF PARTICIPATION INTEREST, OR, IN THE ALTERNATIVE, TRANSFER OF OWNERSHIP OF REAL PROPERTY**

Nancy Troy Lovett, the Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust (the "Lovetts"), through counsel, move for leave to file the accompanying Motion and memorandum of law (Exhibit 1) in support of an order (1) authorizing the purchase by the U.S. Small Business Administration, as Receiver for Moneta Capital Corporation, of their participation interests in a loan secured by 124 acres of land in Warwick, Rhode Island (the "Rocky Point Property"), or (2) in the alternative, confirming their right to demand the immediate transfer of the Rocky Point Property to the preferred participants in the Loan. By order dated February 2, 2000, the Court enjoined any civil legal proceedings involving Moneta Capital Corporation ("Moneta"), or any assets of Moneta, except with leave of Court.

As set forth more fully in the Memorandum of Law supporting the Lovetts' Motion, the Lovetts are participants in a $5 million loan that was secured by the Rocky Point

Property. The Moneta Receiver foreclosed on the Rocky Point Property in July 2003, and still owns the Rocky Point Property today. The Lovetts' loan participation agreements authorize the Receiver to purchase the Lovetts' participation interests. The participation agreements also provide that collateral purchased at foreclosure by the lender and not sold within two years shall be transferred to the preferred participants, together with all rights of the lender remaining in the Loan documents.

The Lovetts respectfully seek leave to assert their rights under the Loan participation agreements. By separate motion, the Lovetts have requested expedited consideration, as protracted litigation over the Lovetts' rights is likely to interfere with retaining a federal open space grant used to help the City of Warwick acquire a portion of Rocky Point, to the detriment of the Lovetts, the Moneta Receiver, and the citizens of Rhode Island.

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT AND THE RAUL LOVETT MARITAL TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Jeffrey H. Gladstone
Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jgh@psh.com
rkt@psh.com

DATED: July 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Clerk of the United States District Court for the District of Rhode Island on this 16th day of July, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Edward J. Bertozzi, Esq. / Edwards Angell Palmer & Dodge LLP
ebertozzi@eapdlaw.com

Jeffrey S. Brenner, Esq. / Nixon Peabody LLP
jbrenner@nixonpeabody.com

Peter G. Berman, Esq. / Raskin & Beman
peter@raskinberman.com

Joseph Avanzato, Esq. / Adler Pollock & Sheehan P.C.
javanzato@apslaw.com

Christopher R. Bush, Esq. / R.I. Department of Attorney General
cbush@riag.ri.gov

Frank Caprio, Esq. / Caprio & Caprio
frankcaprio@hotmail.com

Thomas E. Carlotto, Esq. / Schechtman Halperin Savage LLP
tcarlotto@shslawfirm.com

Michael W. Carroll, Esq.
mwc@carroll-law.net

William J. Delaney, Esq. / Tillinghast Licht LLP
wdelaney@tllaw.com

Joseph Michael DiOrio, Esq.
jmdiorio@dioriolaw.com

John William Dineen, Esq.
jwdineen1@yahoo.com

Christopher R. Donato, Esq. / U.S. Attorneys' Office
chris.donato@usdoj.gov

John G. Earle, Esq. / Breslin, Sweeney & Earle, LLP
jearle@bselaw.com

Arlene Embrey, Esq. / Small Business Administration
arelene.embrey@sba.gov

Douglas A. Giron, Esq. / Shechtman Halperin Savage LLP
dgiron@shslawfirm.com

William R. Grimm, Esq. / Hinckley, Allen & Snyder
wgrimm@haslaw.com

Preston W. Halperin, Esq / Shechtman Halperin Savage LLP
phalperin@shslawfirm.com

Vincent A. Indeglia, Esq. / Indeglia & Associates
vaindeglia@aol.com

Stephen A. Izzi, Esq. / Moses Afonso Jackvony, Ltd.
sizzi@mosesafonso.com

Timothy T. More, Esq.
timmore@tmorelaw.com

Everet A. Petronio, Sr., Esq. /
eapjr@loeap.com

James P. Redding, Esq. / Greenberg Traurig, LLP
reddingj@gtlw.com

Jeffrey C. Shreck, Esq.
jschreck@msn.com

H. Marc Tepper, Esq. / Buchanan Ingersoll, P.C.
marc.tepper@bipc.com

Harris K. Weiner, Esq. / Law Offices of Jeffrey B. Pine, Esq.
hkw@pinelaw.com

Robert D. Wieck, Esq. / MacAdams, Wieck DeLuca & Gemma
rwieck@mwdglaw.com

David A. Wollin, Esq. / Adler Pollock & Sheehan P.C.
dwollin@apslaw.com

and that a copy of the foregoing was sent by first class mail to the following:

Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

Frank D. Kirby, Esq.
Kirby & Maruallo
314 West Second Street
South Boston, MA 02127

Andrew S. Richardson
182 Waterman Street
Providence, RI 02906

/s/ Jeffrey H. Gladstone

996795_1