# EXHIBIT 2-H

RECEIVED
MAR 18 2002
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) Civil Case No. 99-565(ML)
)
MONETA CAPITAL )
CORPORATION )
Defendant. )
)

ORDER

On March 18, 2002, this matter came on for hearing before the United States District Court for the District of Rhode Island, Lisi, J., pursuant to this Court's Order of January 31, 2002 directing that Acropolis Enterprises, Inc., a Rhode Island Corporation ("Acropolis"); Pantheon Enterprises, Inc. (formerly Participation Services Corporation), a Rhode Island Corporation ("Pantheon"); and Arnold Kilberg appear and show cause why they should not be held in contempt for failing to comply with this Court's Order of February 2, 2000.

After hearing thereon, this Court finds as follows:

1. Acropolis is in contempt of this Court's Order of February 2, 2000;

2. Pantheon is in contempt of this Court's Order of February 2, 2000;

3. Acropolis and Pantheon shall within 24 hours of the entry of this Order, turn over to the United States Small Business Administration as Receiver ("the Receiver") for Moneta Capital Corporation, the loan, loan documents, mortgage and collateral which comprise the assets relating to that certain loan to Rocky Point Amusements, Inc., Captain Rocky, Inc., Rocky Point Amusements Corp., Cliff House, Inc. and Kiddy Park, Inc.

140

4. Arnold Kilberg, individually, is hereby ordered to appear before this Court on April 22nd, 2002 at 2:00 PM and show cause why he should not be held in contempt of this Court's February 2, 2000 Order.

**SO ORDERED.**

Dated: March 21, 2002
Providence, Rhode Island

Mary M. Lisi
THE HONORABLE MARY LISI
UNITED STATES DISTRICT COURT JUDGE