# EXHIBIT 2-I

# GENERAL ASSIGNMENT OF LOAN AND SECURITY DOCUMENTS

KNOW ALL MEN BY THESE PRESENTS, that pursuant to that certain Order dated March 21, 2002, of the United States District Court for the District of Rhode Island, Lisi, J., in connection with U.S.A. v. Moneta Capital Corp., C.A. 99-565(ML) (a copy of which is attached hereto as Exhibit A), the undersigned (hereinafter "Assignor"), does hereby sell, transfer, assign and set over to United States Small Business Administration as Receiver for Moneta Capital Corporation, its successors and assigns (hereinafter "Assignee") all of the right, title and interest of Assignor in and to all of the loan and security documents (the "Loan and Security Documents") executed and/or delivered in connection with that certain loan to Rocky Point Amusements, Inc., et al. entered into on or about September 26, 1991, which loan was assumed by C.R. Amusements, L.L.C. as of January 2, 1996, including without limitation, the amounts payable thereunder and all of the interest of Assignor as loss payee or beneficiary under any insurance policies issued in connection with the Loan and Security Documents. Assignee shall have the right to sue for, collect and receive all indebtedness due or to become due under the Loan and Security Documents with power to enforce in its own name or in Assignee's name any and all rights given to Assignor thereunder or which may be deemed necessary to Assignee to enforce the terms thereof. For such purposes Assignee is appointed Assignor's attorney-in-fact with full power of substitution for purposes of exercising any and all rights intended to be transferred hereby as fully and completely as Assignor could do but for this Assignment.

Refer to Exhibit "A" attached
Refer to Exhibit "B" attached
Refer to Exhibit "C" attached
Refer to Exhibit "D" attached

WITNESS its hand by its duly authorized officer as of the 29th day of March 2002.

Acropolis Enterprises, Inc.

By: Arnold Kilberg
Arnold Kilberg, President
Pres.!

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on this 29th day of March 2002, before me personally appeared Arnold Kilberg, the President of Acropolis Enterprises, Inc., to me known and known by me to be the party executing the foregoing instrument on behalf of Acropolis Enterprises, Inc., and said individual acknowledged said instrument, so executed, to be said individual's free act and deed in said capacity and the free act and deed of said Acropolis Enterprises, Inc.

Carol Ann Izzard
Notary Public CAROL ANN IZZARD
My commission expires: 7/16/2005