# EXHIBIT 2-L

42158 Bk: 4948 Pg: 235

# FORECLOSURE DEED

## UNDER POWER OF SALE IN MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, U.S. Small Business Administration, as Receiver for Moneta Capital Corporation, an agency of the government of the United States of America ("SBA"), holder of that mortgage (the "Mortgage") from Rocky Point Amusements, Inc. to Fairway Capital Corporation dated September 26, 1991 and recorded in the Warwick Land Evidence Records in Book 1667 at Page 10, et seq., by the power conferred by the Mortgage and by every other power it thereunto enabling, for consideration paid in the amount of Eight Million Five Hundred Thousand Dollars ($8,500,000.00) grants to U.S. Small Business Administration, as Receiver for Moneta Capital Corporation, whose mailing address is 666 11th Street, N.W., Suite 200, Washington, DC 20001 the following described property:

TAX $ 34,000.00
DATE 11-21-03
RECORDER LSm
CITY OF WARWICK
05449
RHODE ISLAND
REAL ESTATE CONVEYANCE TAX

SEE EXHIBIT "A" ATTACHED HERETO

This transfer is such that no withholding is required under R.I.G. L. 44-30-71.3 as there were no proceeds as a result of this foreclosure subject to said withholding.

The undersigned hereby certify that this transfer is exempt from the smoke detector law as provided in R.I.G.L. 23-28.35-14.

IN WITNESS WHEREOF, SBA has caused these presents to be executed by its duly authorized officer, who hereunto sets his hand as such officer and affixes its corporate seal this 17th day of November, 2003.

U.S. Small Business Administration, as
Receiver for Moneta Capital Corporation

By: [signature]

Name: Thomas G. Morris

Its: Director, Office of Liquidation

~~STATE OF~~ District of Columbia
~~COUNTY OF~~

Then personally appeared the above-named Thomas G. Morris of U.S. Small Business Administration, Receiver for Moneta Capital Corporation, and he acknowledged the foregoing instrument to be his free act and deed in his capacity aforesaid and the free act and deed of U.S. Small Business Administration, as Receiver for Moneta Capital Corporation, before me, this 7th day of November, 2003.

[signature]
Notary Public

Printed Name: Kimberly A. McGinn

My Commission Expires: 10/31/07

EXHIBIT "A"

PARCEL 1:

That certain lot or parcel of land, with all the buildings and improvements thereon, situated on the easterly side of Palmer Avenue in the City of Warwick, County of Kent, State of Rhode Island bounded and described as follows:

Beginning at a point in the southerly line of land now or formerly of Alfred F. Varone, said point being approximately fourteen hundred and fifty (1450) feet easterly from the easterly line of Palmer Avenue;

Thence turning an angle of 90° and running northerly, bounded westerly by land now or formerly of Alfred F. Varone, a distance of one hundred and seventy-five (175) feet to a point;

Thence turning an interior angle of 90° and running easterly, bounded northerly by said Varone land, to the high water mark of Narragansett Bay;

Thence turning and running generally southerly, along said high water mark of Narragansett Bay, to the northerly line of land now or formerly of Rocky Point Amusement Park, Inc.;

Thence turning and running westerly, bounded southerly by said Rocky Point Amusement Park, Inc. land, a distance of five hundred and fifty (550) feet, more or less, to the point and place of beginning.

PARCEL 2:

That certain lot or parcel of land, with all the buildings and improvements thereon, situated on the easterly side of Palmer Avenue in the City of Warwick, County of Kent, State of Rhode Island bounded and described as follows:

Beginning at a point in the easterly line of Palmer Avenue at the northwesterly corner of land now or formerly of Vincent Ferla and the southwesterly corner of said parcel;

Thence easterly, bounding southerly on the last mentioned land, nine hundred twenty-six and 2/10 (926.2) feet to a stone bound set in the ground;

Thence continuing easterly, bounding southerly on said Ferla land, to Narragansett Bay;

Thence northerly, bounding easterly on Narragansett Bay, to land now or formerly of Mary Blatty;

Thence westerly, bounding northerly in part on the last named land, in part on a street, in part on land now or formerly of Harry A. Stowell, Jr. and wife, in part on land now or formerly of Mary J. McGovern et al. In part on land now or formerly of Robert Kindley Estate, in part on land now or formerly of Sonia Shaken, in part on land now or formerly of Theordore C. Kanelos and wife,

in part on land now or formerly of Helma C. Evans, in part on land now or formerly of Wilmer T. Cudworth and wife, in part on land now or formerly of Francis Chapman and wife, in part on land now or formerly of John E. Goulding and wife, in part on land now or formerly of Annie Vesey et al., in part on land now or formerly of John J. Callan and wife, in part on land now or formerly of Frank Atella, in part on land now or formerly of Walter E. Marshall, in part on land now or formerly of Margaret Marshall et al., in part on land now or formerly of Dumenico Buccini et al., in part on land now or formerly of Ovid Monacelli et al., in part on land now or formerly of Domenic Ballettio, in part on land now or formerly of Erminio Fascitelli et al., in part on land now or formerly of Angelo Caputo and wife and in part on land now or formerly of Armen H. Johnson, about sixteen hundred eighty (1680) feet to Palmer Avenue;

Thence southerly, bounding westerly on Palmer Avenue, seven hundred thirty two (732) feet, more or less, to said Ferla land and the point and place of beginning.

EXCEPTING THEREFROM the hereinabove described parcel the following:

Beginning at a point in the southerly line of land now or formerly of Alfred F. Varone, said point being approximately fourteen hundred and fifty (1450) feet easterly from the easterly line of Palmer Avenue;

Thence turning an angle of 90° and running northerly, bounded westerly by land now or formerly of Alfred F. Varone, a distance of one hundred and seventy-five (175) feet to a point;

Thence turning an interior angel of 90° and running easterly, bounded northerly by said Varone land, to the high water mark of Narragansett Bay;

Thence turning and running generally southerly, along said high water mark of Narragansett Bay, to the northerly line of land now or formerly of Rocky Point Amusement Park, Inc.;

Thence turning and running westerly, bounded southerly by said Rocky Point Amusement Park, Inc. land, a distance of five hundred and fifty (550) feet, more or less, to the point and place of beginning.

PARCEL 3:

That certain parcel or tract of land, with all the buildings and improvements thereon, situated at the easterly ends of Rocky Point Avenue and Aldrich Avenue and on the easterly side of Palmer Avenue in the City of Warwick, County of Kent, State of Rhode Island bounded and described as follows:

Beginning at the most southwesterly corner of said tract, being the southeasterly corner of land formerly of Stuart M. Aldrich now or formerly of the Estate of Martha L. A. Hoge, also being a point in the northwesterly shore line of Narragansett Bay;

Thence generally northeasterly, northerly and northwesterly, bounding on Narragansett Bay, to land formerly of Jessica M. Fournier et al, now or formerly of Rocky Beach Corporation;

Thence southwesterly, bounding northwesterly on said Fournier land, to land now or formerly of Rhode Island Suburban Railway Company;

Thence generally southeasterly, westerly and northwesterly, bounding on the last mentioned land, to other land formerly of said Jessica M. Fournier and now or formerly of said Rocky Beach Corporation;

Thence southwesterly, bounding northwesterly on the last mentioned land, to Palmer Avenue, so-called, formerly called Rocky Point Road;

Thence southerly, bounding westerly on Palmer Avenue in part, in part on land formerly of Nicola Caldarone, now or formerly of Thomas A. Scotti and wife, and in part on the Fountain Lot, so-called, to land formerly of said Stuart M. Aldrich now or formerly said Estate of Martha L. A. Hoge:

Thence generally southeasterly, bounding generally southwesterly on said land of said Hoge Estate in part, in part on Aldrich Avenue and in part on the first mentioned land of said Hoge Estate to Narragansett Bay at the point and place of beginning.

ALSO the Fountain Lot, so-called, and a narrow strip of land leading thereto, bounding easterly on the tract hereinbefore described and southerly on said Hoge Estate land.

ALSO all right, title and interest in and to the land formerly occupied by said Rhode Island Suburban Railway Company adjoining said tract.

PARCEL 4:

That certain tract or parcel of land, with all the buildings and improvements thereon, situated in the City of Warwick, County of Kent, State of Rhode Island bounded and described as follows:

Beginning at a point in the southerly line of Rocky Point Avenue, which said point is three hundred (300) feet westerly of a stone bound set in the ground at the southwesterly corner of Rocky Point Avenue and Palmer Avenue, said point of beginning being the northeasterly corner of land now or formerly of Conrad and Anita Ferla and is the northwesterly corner of the within described parcel;

Thence running southerly, bounding westerly on said Ferla land, a distance of three hundred fifty-eight and 37/100 (358.37) feet to land now or formerly of Rocky Point Amusements, Inc.;

Thence turning and running easterly, bounding southerly on said last-named land, two hundred ninety-two and 3/10 (292.3) feet to other land now or formerly of Rocky Point Amusements, Inc.;

Thence turning and running northerly, bounded easterly on said last-named land, one hundred

seventy (170) feet, more or less, to the southerly terminus of Palmer Avenue;

Thence turning and running westerly, bounding northerly on said terminus of Palmer Avenue, to the westerly line of Palmer Avenue;

Thence turning and running northerly, bounding easterly on said Palmer Avenue, one hundred seventy (170) feet, more or less, to said Rocky Point Avenue;

Thence turning and running westerly, bounding northerly on said Rocky Point Avenue, three hundred (300) feet to land now or formerly of Conrad and Anita Ferla and the point and place of beginning.

PARCEL 5:

That certain tract or parcel of land situated at the intersection of Palmer Avenue and Rocky Point Avenue in the City of Warwick, County of Kent, State of Rhode Island, bounded and described as follows:

Beginning at a point, said point being the intersection of the westerly line of Palmer Avenue and the northerly line of Rocky Point Avenue;

Thence running northerly, bounding easterly on Palmer Avenue, one hundred fifty-eight and 2/10 (158.2) feet to land now or formerly of Vincent Morelli et ux;

Thence running westerly, bounding northerly on said last named land, two hundred forty-nine and 03/100 (249.03) feet to land now or formerly of Richard L. Greene et ux;

Thence southerly, bounding westerly on said Greene land, one hundred sixty-three (163) feet, more or less, to Rocky Point Avenue;

Thence easterly bounding, southerly on Rocky Point Avenue, two hundred fifty (250) feet, more or less, to Palmer Avenue at the point and place of beginning.

PARCEL 6:

That certain lot or parcel of land, with all buildings and improvements thereon, situated in the City of Warwick, County of Kent and State of Rhode Island bounded and described as follows:

Beginning at a point in the southerly line of Rocky Point Avenue, which said point is three hundred (300) feet westerly along the southerly line of Rocky Point Avenue from a stone bound set in the ground at the southwesterly corner of Rocky Point and Palmer Avenue, said point being the point of beginning;

Thence continuing westerly, along the southerly line of Rocky Point Avenue, a distance of four

hundred three and 30/100 (403.30) feet to a point in the southerly line of Rocky Point Avenue;

Thence turning an angle of 90° with said avenue and running southerly in a straight line a distance of one hundred fifty-two and 88/100 (152.88) feet to a tangent point of a curve;

Thence running south and southeasterly, on a curved line with an arc distance of one hundred seven and 99/100 (107.99) feet and a radius of seventy-five (75) feet to another tangent point and end of curve in said line;

Thence running easterly, slightly southerly, in a straight line a distance of fifty two and 64/100 (52.64) feet to a corner;

Thence turning an interior angle of 262° 26' with last mentioned line and running southerly, in a straight line, one hundred twenty four and 29/100 (124.29) feet to a point in the northerly line of a narrow strip of land reserved for a water channel;

Thence turning an interior angle of 89° 58' and running easterly, in a straight line, along said water channel a distance of two hundred ninety-three and 77/100 (293.77) feet;

Thence turning an interior angle of 88° 47' and running northerly, in a straight line, a distance of three hundred fifty-eight and 37/100 (358.37) feet to Rocky Point Avenue and the point and place of beginning, said last line forming an interior angle of 91° 15' with Rocky Point Avenue.

Subject to a right of way over the westerly and southwesterly portion of land fifty (50) feet wide from Rocky Point Avenue and fifty-two and 64/100 (52.64) feet westerly from the last point of tangent as set forth in prior deeds of record.

PARCEL 7:

That certain tract or parcel of land, with all buildings and improvements thereon, situated on the northerly side of Aldrich Avenue in the City of Warwick, County of Kent, State of Rhode Island bounded and described as follows:

Beginning at an iron pipe set in the northerly line of Aldrich Avenue at the southeast corner of lot seven (7) on that plat entitled "Plan of Land for David F. LaRoche Warwick, R.I. June, 1982 Scale 1" 100' Bristol Associates" which plat is recorded with the records of Land Evidence in the City of Warwick in File 2, Drawer 2, Card 82-2695, and said point of beginning also being the southwesterly corner of the parcel herein described and a point in the arc of a curve being the northerly and northeasterly line of Aldrich Avenue having a radius of one hundred sixty and 00/100 (160.00) feet and a central angle of 12° 21' 34";

Thence running easterly and southeasterly, in the arc of said curve in the northerly and northeasterly line of Aldrich Avenue, two hundred eight and 45/100 (208.45) feet, more or less, to the point of tangency of the reverse curve having a radius of two hundred twenty-five and 20/100 (225.20) feet and a central angle of 20° 28' 00";

Thence running southeasterly, in the arc of said last described curve being the northeasterly line of Aldrich Avenue, eighty and 44/100 (80.44) feet to the point of tangency of said curve;

Thence running southeasterly, in the northeasterly line of Aldrich Avenue, forty-one and 44/100 (41.44) feet to the point of curvature of a curve having a radius of one hundred seventy-seven and 50/100 (177.50) feet and a central angle of 69° 32' 00";

Thence running southeasterly and easterly, in the arc of said curve being the northeasterly and northerly line of Aldrich Avenue, two hundred fifteen and 41/100 (215.41) feet to the point of tangency of said curve;

Thence running easterly, in the northerly line of Aldrich Avenue, thirty and 00/100 (30) feet to the point of curvature of a curve having a radius of one hundred nineteen and 79/100 (119.79) feet and a central angle of 36° 55' 44";

Thence running northeasterly, in the arc of said curve being the northwesterly line of Aldrich Avenue, seventy-seven and 21/100 (77.21) feet to the point of tangency of said curve;

Thence running northeasterly, in the northwesterly line of Aldrich Avenue, three hundred forty-seven and 80/100 (347.80) feet to an angle point in the said road;

Thence turning an interior angle of 197° and running northeasterly, in the northwesterly line of Aldrich Avenue, one hundred thirty-four and 25/100 (134.25) feet to a point, said point being the southeasterly corner of the herein described parcel and being in the southwesterly line of land now or formerly owned by Rocky Point Amusements, Inc.;

Thence turning an interior angle of 84° 27' 15" and running northwesterly, bounding northeasterly on said Rocky Point Amusements, Inc. land, four hundred twenty one and 87/100 (421.87) feet to an angle point;

Thence turning an interior angle of 206° 15' 00" and running northerly, bounding easterly on said Rocky Point Amusements, Inc. land, one hundred eighty-four and 80/100 (184.80) feet to a point at the northeasterly corner of the herein described parcel;

Thence turning an interior angle of 83° 45' 00" and running westerly, bounding northerly on a strip of land twenty (20) feet in width owned now or formerly by Rocky Point Amusements, Inc., two hundred ninety-two (292) feet to an angle point;

Thence turning an interior angle of 184° and running westerly, still bounding northerly on said twenty (20) foot strip, to the northeasterly corner of lot seven (7) on the above-referenced David F. LaRoche plat, said point also being the northwesterly corner of the herein described parcel;

Thence turning an interior angle of 90° 38' 28" and running southerly, bounding westerly on said lot seven (7) on David F. LaRoche plat, four hundred twenty-three and 92/100 (423.92) feet, more or less, to Aldrich Avenue and the point and place of beginning.

PARCEL 8:

That certain lot or parcel of land, with all buildings and improvements thereon, situated on the westerly side of Palmer Avenue and the southerly side of Boylston Street in the City of Warwick, County of Kent, State of Rhode Island bounded and described as follows:

Beginning at the intersection of the southerly line of Boylston Street with the westerly line of Palmer Avenue at the northeasterly corner of the herein described parcel;

Thence southerly, bounded easterly on said Palmer Avenue, one hundred twenty-two and 36/100 (122.36) feet to the southerly line of a ten foot driftway laid out and delineated on a plat entitled: "Plat of the Subdivision of lots on the Rosalind Plat Recorded in Plat Book 4 page 6 Warwick Records Numbered 256, 257, 258, 259, 260 Belonging to John M. Colavecchio Scale 40 ft per inch by Richard W. Greene Jan 1924" which plat is recorded in the Records of Land Evidence in said City of Warwick on Plat Card 332;

Thence westerly, along the southerly line of said driftway, one hundred eighteen and 03/100 (118.03) feet to the northwesterly corner of Lot No. 1 on said plat;

Thence turning an interior angle of 90° and running northerly, bounded westerly on land now or formerly of John R. Finegan and Mildred A. Finegan, one hundred and twenty (120) feet to the southerly line of Boylston Street;

Thence easterly, bounded northerly on said Boylston Street, one hundred sixty two and 01/100 (162.01) feet to Palmer Avenue at the point and place of beginning.

Said parcel comprises Lots Nos. five (5), six (6), and seven (7) on the plat referred to above together with the ten foot driftway. Said premises are also described as Lots Nos. 257, 259, and 260 on "The Rosalind Warwick, R.I. Shedd and Sarle Engineers 1898" recorded in Plat Book 4 at page 6 and (copy) on Plat Card 186.

AFFIDAVIT OF SALE
UNDER POWER OF SALE IN MORTGAGE
RECORDED IN THE WARWICK LAND EVIDENCE RECORDS
IN BOOK 1667 AT PAGE 10, ET SEQ. (the "Mortgage")

I, Thomas G. Morris of U.S. Small Business Administration, as Receiver for Moneta Capital Corporation ("SBA"), the holder of the Mortgage, make oath and say that the principal and interest obligations in the Mortgage were not paid or tendered or performed when due and/or prior to the mortgagee's sale, that all notice requirements contained in the Mortgage have been satisfied, and that SBA has caused to be mailed notice to the mortgagor(s) and to all persons who have any recorded mortgage, attachment, lien or any other encumbrance relating to the real estate being foreclosed if and as required by law and by the Mortgage.

Pursuant to said notice at the time and place therein appointed, SBA caused to be sold the mortgaged premises at public auction by Manuel Ponte, Jr., a licensed auctioneer, to U.S. Small Business Administration, as Receiver for Moneta Capital Corporation for Eight Million Five Hundred Thousand Dollars ($8,500,000.00) bid by said purchaser, being the highest bid made for said premises at said auction.

Thomas M. Morris

Subscribed and sworn to before me this 7th day of November, 2003.

Kimberly A. McGinn
Notary Public

Printed Name: Kimberly A. McGinn

My Commission Expires: 10/31/07

ATTORNEY'S AFFIDAVIT
UNDER POWER OF SALE IN MORTGAGE
RECORDED IN THE LAND EVIDENCE RECORDS
OF THE CITY OF WARWICK IN
BOOK 1667 PAGE 10, ET SEQ. (the "Mortgage")

I, Stephen J. Shechtman, Esq., after first being duly sworn, hereby state under oath and under the penalties of perjury as follows:

1. I am an attorney at law licensed to practice by the Supreme Court of the State of Rhode Island, with offices located at 86 Weybosset Street, Providence, Rhode Island. I represented the mortgagee in connection with the foreclosure of the Mortgage and the sale of certain real estate described in the Mortgage.

2. With the authority of the holder of the Mortgage, I caused to be mailed by regular mail and certified mail, return receipt requested, postage prepaid on June 17, 2003, addressed to the mortgagor(s) at the address of said real estate and, if different, at the last known address of the mortgagor(s) on the records of the mortgagee, and the mortgagors' address listed with the Office of the Tax Assessor for the City of Warwick, notice of the time and place of said sale, not less than 20 (twenty) days prior to the date of publication of said notice. Copies of said notice are attached hereto as Exhibit "A".

3. I caused to be published on July 7, July 14, July 21 and July 28, 2003, notice of said sale in the **Providence Journal**, a public newspaper published in the City of Providence, County of Providence, State of Rhode Island in accordance with the provisions of the Mortgage, a copy of which notice is attached hereto as Exhibit "B".

4. I caused to be mailed by regular mail and certified mail, return receipt requested, postage prepaid, notice of the time and place of said sale addressed to all persons who had any recorded mortgage, attachment, lien, or any other encumbrance relating to the real estate which

was foreclosed, at the addresses listed in the recorded instruments which created said interests recorded at least twenty-nine (29) days prior to the date of such sale.

5. On January 14, 1999, the mortgagor(s) named in the Mortgage commenced a proceeding in the Bankruptcy Court for the District of Rhode Island (B.K. #99-10154). Pursuant to an Endorsement Order entered by the Bankruptcy Court on June 3, 2003, U.S. Small Business Administration, as Receiver for Moneta Capital Corporation obtained relief from the automatic stay to foreclose the Mortgage. A copy of said Endorsement Order and Judgment are attached hereto as Exhibit "C".

6. I caused to be mailed by regular and certified mail, return receipt requested, postage prepaid, on June 17, 2003 a notice of the time and place of said sale, addressed to the District Director of the Internal Revenue Service, a copy of which is attached hereto as Exhibit "D".

Stephen J. Shechtman, Esq.

Subscribed and sworn to before me this 7th day of November, 2003.

Notary Public

Printed Name: MARIA D. LINDO
NOTARY PUBLIC OF RHODE ISLAND
My Commission Expires: MY COMMISSION EXPIRES 05/29/2006

EXHIBIT "A"

SHECHTMAN
HALPERIN
SAVAGE
ATTORNEYS AT LAW

*A Limited Liability Partnership*

42158 Bk: 4948 Pg: 247

June 16, 2003

James C. Callahan, President
Rocky Point Amusements, Inc.
One Rocky Point Avenue
Warwick, RI 02889

Certified Article Number
7160 3901 9844 4203 3950
SENDERS RECORD

Re: Warwick, Rhode Island
Rocky Point Avenue – Assessor's Plat 379, Lot 8
2 Rocky Point Avenue – Assessor's Plat 379, Lot 9
Boylston Street – Assessor's Plat 379, Lot 158
353 Palmer Avenue – Assessor's Plat 379, Lot 159
Rocky Point Avenue – Assessor's Plat 379, Lot 425
Rocky Point Avenue – Assessor's Plat 379, Lot 426
Lot Designated as Assessor's Plat 379, Lot 445
1 Rocky Point – Assessor's Plat 380, Lot 1
100 Rocky Beach – Assessor's Plat 380, Lot 3
Lot Designated as Assessor's Plat 380, Lot 281
Aldrich Avenue – Assessor's Plat 381, Lot 38
Aldrich Avenue – Assessor's Plat 381, Lot 39
Aldrich Avenue – Assessor's Plat 381, Lot 40
Aldrich Avenue – Assessor's Plat 381, Lot 41

Dear Mr. Callahan:

This office has been retained by U.S. Small Business Administration, as Receiver for Moneta Capital Corporation, successor-in-interest to Fairway Capital Corporation, in connection with the mortgage loan on the above-referenced property.

I have enclosed a copy of the mortgagee's notice of foreclosure sale, which indicates that the above-referenced property is to be sold at a foreclosure sale to be held at the time and place set forth therein. This notice will be published weekly in the Providence Journal beginning on or about July 7, 2003.

86 WEYBOSSET STREET • PROVIDENCE • RHODE ISLAND • 02903 • TEL. 401.272.1400 • FAX 401.272.1403
352 NEWBURY STREET • BOSTON • MASSACHUSETTS • 02115 • TEL. 617.267.7000 • FAX 617.267.7011
WWW.SHSLAWFIRM.COM

This communication is from a debt collector.

Very truly yours,

Shechtman Halperin Savage, LLP
Stephen J. Shechtman, Esq.

SJS/mdl
Enclosure

Certified Mail/RRR
and Regular Mail

## NOTICE OF MORTGAGEE'S SALE

Warwick, Rhode Island

Rocky Point Avenue - Assessor's Plat 379, Lot 8
2 Rocky Point Avenue - Assessor's Plat 379, Lot 9
Boylston Street - Assessor's Plat 379, Lot 158
353 Palmer Avenue - Asssessor's Plat 379, Lot 159
Rocky Point Avenue - Assessor's Plat 379, Lot 425
Rocky Point Avenue - Assessor's Plat 379, Lot 426
Lot Designated as Assessor's Plat 379, Lot 445
1 Rocky Point - Assessor's Plat 380, Lot 1
100 Rocky Beach - Assessor's Plat 380, Lot 3
Lot Designated as Assessor's Plat 380, Lot 281
Aldrich Avenue - Assessor's Plat 381, Lot 38
Aldrich Avenue - Assessor's Plat 381, Lot 39
Aldrich Avenue - Assessor's Plat 381, Lot 40
Adrich Avenue - Assessor's Plat 381, Lot 41

Will be sold at public auction on July 29, 2003 at 10:00 a.m. Local Time, on the premises by virtue of the Power of Sale contained in the certain Mortgage Deed made and executed by James G. Callahan, President of Rocky Point Amusements, Inc. dated September 26, 1991, and recorded in Book 1667 at Page 10, ET SEQ., with the Records of Land Evidence of the City of Warwick, County of Kent, State of Rhode Island, the conditions of said Mortgage Deed having been broken.

The property to be sold is located in the City of Warwick, County of Kent, and State of Rhode Island, and is more particularly described in said Mortgage Deed recorded in Book 1667 at Page 10, ET SEQ.

Said premises will be conveyed subject to and with the benefit of easements, restrictions, reservations and agreements of record, if any, insofar as the same are now in force and applicable.

Conveyance will be made subject to liens and encumbrances and such local, state and federal taxes, assessments, and charges, if any, as shall constitute valid liens and encumbrances thereon after said sale.

TERMS: ONE HUNDRED THOUSAND DOLLARS ($100,000.00) down payment in bank check or certified check at time of sale; other terms will be announced at time of sale.

By order of the holder of the Mortgage which gives notice of its intention to bid at said sale or any adjournment thereof.

SHECHTMAN HALPERIN SAVAGE, LLP
86 Weybosset Street
Providence, RI 02903
Attorney for the present Holder of the Mortgage