
ROCKY POINT
Plat Boundary
Lot Boundary
200 0 200 400 Feet
N
379 415
379 9
379 426
379 8
379 445