# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONETA CAPITAL CORPORATION,

Defendant.

C.A. No. 99-565 L

## MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT, AND THE RAUL LOVETT MARITAL TRUST FOR EXPEDITED CONSIDERATION OF MOTION FOR LEAVE TO FILE MOTION TO AUTHORIZE PURCHASE OF PARTICIPATION INTEREST, OR, IN THE ALTERNATIVE, TRANSFER OF OWNERSHIP OF REAL PROPERTY

Nancy Troy Lovett, the Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust (the "Lovetts"), through counsel, hereby move for expedited consideration of their motion for leave to file a motion seeking an order (1) authorizing the purchase by the U.S. Small Business Administration, in its capacity as Receiver for Moneta Capital Corporation, of their participation interests in a loan secured by 124 acres of land in Warwick, Rhode Island (the "Rocky Point Property"), or (2) in the alternative, confirming their right to demand the immediate transfer of the Rocky Point Property to the preferred participants in the loan. In support of their motion the Lovetts rely upon the accompanying memorandum of law.

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT, AND THE RAUL LOVETT MARITAL TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-9200
(401) 861-8210 fax
jhg@psh.com
rkt@psh.com

DATED: July 16, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR EXPEDITED CONSIDERATION was filed with the Clerk of the United States District Court for the District of Rhode Island on this 16th day of July, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Edward J. Bertozzi, Esq. / Edwards Angell Palmer & Dodge LLP
ebertozzi@eapdlaw.com

Jeffrey S. Brenner, Esq. / Nixon Peabody LLP
jbrenner@nixonpeabody.com

Peter G. Berman, Esq. / Raskin & Beman
peter@raskinberman.com

Joseph Avanzato, Esq. / Adler Pollock & Sheehan P.C.
javanzato@apslaw.com

Christopher R. Bush, Esq. / R.I. Department of Attorney General
cbush@riag.ri.gov

Frank Caprio, Esq. / Caprio & Caprio

frankcaprio@hotmail.com

Thomas E. Carlotto, Esq. / Schechtman Halperin Savage LLP
tcarlotto@shslawfirm.com

Michael W. Carroll, Esq.
mwc@carroll-law.net

William J. Delaney, Esq. / Tillinghast Licht LLP
wdelaney@tllaw.com

Joseph Michael DiOrio, Esq.
jmdiorio@dioriolaw.com

John William Dineen, Esq.
jwdineen1@yahoo.com

Christopher R. Donato, Esq. / U.S. Attorneys' Office
chris.donato@usdoj.gov

John G. Earle, Esq. / Breslin, Sweeney & Earle, LLP
jearle@bselaw.com

Arlene Embrey, Esq. / Small Business Administration
arelene.embrey@sba.gov

Douglas A. Giron, Esq. / Shechtman Halperin Savage LLP
dgiron@shslawfirm.com

William R. Grimm, Esq. / Hinckley, Allen & Snyder
wgrimm@haslaw.com

Preston W. Halperin, Esq / Shechtman Halperin Savage LLP
phalperin@shslawfirm.com

Vincent A. Indeglia, Esq. / Indeglia & Associates
vaindeglia@aol.com

Stephen A. Izzi, Esq. / Moses Afonso Jackvony, Ltd.
sizzi@mosesafonso.com

Timothy T. More, Esq.
timmore@tmorelaw.com

Everet A. Petronio, Sr., Esq. /
eapjr@loeap.com

James P. Redding, Esq. / Greenberg Traurig, LLP
reddingj@gtlw.com

Jeffrey C. Shreck, Esq.
jschreck@msn.com

H. Marc Tepper, Esq. / Buchanan Ingersoll, P.C.
marc.tepper@bipc.com

Harris K. Weiner, Esq. / Law Offices of Jeffrey B. Pine, Esq.
hkw@pinelaw.com

Robert D. Wieck, Esq. / MacAdams, Wieck DeLuca & Gemma
rwieck@mwdglaw.com

David A. Wollin, Esq. / Adler Pollock & Sheehan P.C.
dwollin@apslaw.com

/s/ Robert K. Taylor

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

Plaintiff,

v. C.A. No. 99-565 L

MONETA CAPITAL CORPORATION,

Defendant.

**MEMORANDUM IN SUPPORT OF MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT, AND THE RAUL LOVETT MARITAL TRUST FOR EXPEDITED CONSIDERATION OF MOTION FOR LEAVE TO FILE MOTION TO AUTHORIZE PURCHASE OF PARTICIPATION INTEREST, OR, IN THE ALTERNATIVE, TRANSFER OF OWNERSHIP OF REAL PROPERTY**

Nancy Troy Lovett, the Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust (the “Lovetts”), through counsel, submit the following memorandum in support of their motion for expedited consideration of their motion for leave to file a motion seeking an order (1) authorizing the purchase by the U.S. Small Business Administration, in its capacity as Receiver for Moneta Capital Corporation, of their participation interests in a loan secured by 124 acres of land in Warwick, Rhode Island (the “Rocky Point Property”), or (2) in the alternative, confirming their right to demand the immediate transfer of the Rocky Point Property to the preferred participants in the loan. The Lovetts’ substantive, primary motion is based on their contractual rights under written loan participation agreements.

The Lovetts request expedited consideration of their motion for leave to file their primary, substantive motion on the grounds that protracted litigation over the Lovetts’ rights

under their participation agreements is likely to interfere with retaining federal open space grant money used by the City of Warwick to purchase a portion of the Rocky Point Property, to the detriment of the Lovetts, the Moneta Receiver, and the citizens of Rhode Island. Absent further order of this Court, the portion of Rocky Point conveyed to Warwick must be reconveyed to the Moneta Receiver if the remaining portion of the property is not sold by August 4, 2008 (which appears certain, as the approved purchaser has terminated its purchase agreement), and the federal grant money is likely to be lost. Because the rights asserted by Lovetts directly affect whether or not Warwick will be required to reconvey its portion of the Rocky Point Property to the Receiver, expedited consideration of the Lovetts' motion is appropriate.

NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT, AND THE RAUL LOVETT MARITAL TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jgh@psh.com
rkt@psh.com

DATED: July 16, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MEMORANDUM IN SUPPORT OF MOTION OF NANCY TROY LOVETT, THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT, AND THE RAUL LOVETT MARITAL TRUST FOR EXPEDITED CONSIDERATION OF MOTION FOR LEAVE TO FILE MOTION TO AUTHORIZE PURCHASE OF PARTICIPATION INTEREST, OR, IN THE ALTERNATIVE, TRANSFER OF OWNERSHIP OF REAL PROPERTY was filed with the Clerk of the United States District Court for the District of Rhode Island on this 16th day of July, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Edward J. Bertozzi, Esq. / Edwards Angell Palmer & Dodge LLP
ebertozzi@eapdlaw.com

Jeffrey S. Brenner, Esq. / Nixon Peabody LLP
jbrenner@nixonpeabody.com

Peter G. Berman, Esq. / Raskin & Beman
peter@raskinberman.com

Joseph Avanzato, Esq. / Adler Pollock & Sheehan P.C.
javanzato@apslaw.com

Christopher R. Bush, Esq. / R.I. Department of Attorney General
cbush@riag.ri.gov

Frank Caprio, Esq. / Caprio & Caprio
frankcaprio@hotmail.com

Thomas E. Carlotto, Esq. / Schechtman Halperin Savage LLP
tcarlotto@shslawfirm.com

Michael W. Carroll, Esq.
mwc@carroll-law.net

William J. Delaney, Esq. / Tillinghast Licht LLP
wdelaney@tllaw.com

Joseph Michael DiOrio, Esq.
jmdiorio@dioriolaw.com

John William Dineen, Esq.
jwdineen1@yahoo.com

Christopher R. Donato, Esq. / U.S. Attorneys' Office
chris.donato@usdoj.gov

John G. Earle, Esq. / Breslin, Sweeney & Earle, LLP
jearle@bselaw.com

Arlene Embrey, Esq. / Small Business Administration
arelene.embrey@sba.gov

Douglas A. Giron, Esq. / Shechtman Halperin Savage LLP
dgiron@shslawfirm.com

William R. Grimm, Esq. / Hinckley, Allen & Snyder
wgrimm@haslaw.com

Preston W. Halperin, Esq / Shechtman Halperin Savage LLP
phalperin@shslawfirm.com

Vincent A. Indeglia, Esq. / Indeglia & Associates
vaindeglia@aol.com

Stephen A. Izzi, Esq. / Moses Afonso Jackvony, Ltd.
sizzi@mosesafonso.com

Timothy T. More, Esq.
timmore@tmorelaw.com

Everet A. Petronio, Sr., Esq. /
eapjr@loeap.com

James P. Redding, Esq. / Greenberg Traurig, LLP
reddingj@gtlw.com

Jeffrey C. Shreck, Esq.
jschreck@msn.com

H. Marc Tepper, Esq. / Buchanan Ingersoll, P.C.
marc.tepper@bipc.com

Harris K. Weiner, Esq. / Law Offices of Jeffrey B. Pine, Esq.
hkw@pinelaw.com

Robert D. Wieck, Esq. / MacAdams, Wieck DeLuca & Gemma
rwieck@mwdglaw.com

David A. Wollin, Esq. / Adler Pollock & Sheehan P.C.
dwollin@apslaw.com

/s/ Robert K. Taylor

996842_1