UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | |
| v. | : | CA 99-565 L |
| MONETA CAPITAL CORPORATION,<br>Defendants. | : | |

**ORDER AND NOTICE OF HEARING**

Before the Court are two motions:

1) Motion of Nancy Troy Lovett, The Nancy Troy Lovett Self-Directed Individual Retirement Account and the Raul Lovett Marital Trust for Leave to File Motion to Authorize Purchase of Participation Interest, or, in the Alternative, Transfer of Ownership of Real Property (Doc. #471) ("Motion for Leave to File"); and

2) Motion of Nancy Troy Lovett, The Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust for Expedited Consideration of Motion for Leave to File Motion to Authorize Purchase of Participation Interest, or, in the Alternative, Transfer of Ownership of Real Property (Doc. #472) ("Motion for Expedited Consideration").

The Motion for Leave to File and Motion for Expedited Consideration are hereby GRANTED.

The Court will conduct a hearing on **Friday, July 25, 2008,**

**at 2:00 p.m.** on the Motion of Nancy Troy Lovett, The Nancy Troy Lovett Self-Directed Individual Retirement Account, and the Raul Lovett Marital Trust to Authorize Purchase of Participation Interest, or, in the Alternative, Transfer of Ownership of Real Property. See Memorandum in Support of Motion of Nancy Troy Lovett, The Nancy Troy Lovett Self-Directed Individual Retirement Account and the Raul Lovett Marital Trust for Leave to File Motion to Authorize Purchase of Participation Interest, or, in the Alternative, Transfer of Ownership of Real Property, Ex. 1. That motion is to be electronically filed as soon as possible.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 18, 2008