# EXHIBIT E

# ASSIGNMENT OF MORTGAGE

Pursuant to that certain Order dated March 21, 2002, of the United States District Court for the District of Rhode Island, Lisi, J., in connection with U.S.A. v. Moneta Capital Corp., C.A. 99-565(ML), a copy of which is hereto attached as Exhibit A, Acropolis Enterprises, Inc., a Rhode Island Corporation with a business address of 285 Governor Street, Providence, Rhode Island 02906 (the "Assignor"), the holder of that certain mortgage by Rocky Point Amusements, Inc., a Rhode Island Corporation, in favor of Fairway Capital Corporation, dated September 26, 1991, and recorded in the Land Evidence Records for the City of Warwick, Rhode Island (the "Registry"), on September 27, 1991 in Book 1667 at Page 10 as Document No. 017471, as assigned by Assignment of Mortgage dated April 21, 1994, to Participation Services Corporation (n/k/a Pantheon Enterprises Inc.), ("PSC") and recorded in the Registry on May 26, 1996, in Book 2224 at Page 29, as further assigned to Moneta Capital Corporation pursuant to an Assignment of Mortgage dated as of January 2, 1996, and recorded in the Registry on May 26, 1997, in Book 2675 at Page 81, as further assigned to PSC pursuant to an Assignment of Mortgage dated as of December 10, 1997, and recorded in the Registry on December 26, 1997, in Book 2814 at Page 342, and as further assigned to Acropolis Enterprises, Inc. pursuant to an Assignment of Mortgage dated as of February 23, 1998, and recorded in the Registry on March 6, 1998 in Book 2851 at Page 287, hereby grants, conveys, transfers and assigns all of Assignor's right, title and interest as Mortgagee in and to the Mortgage, the promissory note, or other indebtedness secured thereby (the "Note") any money due or to become due thereon with interest, and all rights accrued or to accrue under the mortgage to United States Small Business Administration as Receiver for Moneta Capital Corporation with an address of 666 11th Street NW, Suite 200, Washington, DC 20001 (the "Assignee"). Assignor hereby represents and warrants to Assignee that Assignee is the present holder of the Mortgage and the Promissory Note or other indebtedness secured thereby.

WITNESS its hand by its duly authorized officer as of the 29th day of March 2002.

Acropolis Enterprises, Inc.

By: *Arnold Kilberg*
Arnold Kilberg, President

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on this 29th day of March 2002, before me personally appeared Arnold Kilberg, the President of Acropolis Enterprises, Inc., to me known and known by me to be the party executing the foregoing instrument on behalf of Acropolis Enterprises, Inc., and said individual acknowledged said instrument, so executed, to be said individual's free act and deed in said capacity and the free act and deed of said Acropolis Enterprises, Inc.

*Carol Ann Izzard*
Notary Public CAROL ANN IZZARD
My commission expires: 7/.. /.. -