# EXHIBIT J

NOV 05 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
MONETA CAPITAL CORPORATION )
Defendant. )

Civil Case No. 99-565L

District Court of the United States
District of Rhode Island
Filed in open Court
this 4th day of November 2002
Clerk

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
FAIRWAY CAPITAL CORPORATION )
Defendant. )

Civil Case No. 00-035L✓

**ORDER**

This cause came before this Court on the Motion for an Order Lifting the Judicial Stays for a Limited Purpose filed by the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta"), and after a hearing on November 4, 2002 and after being advised as to the merits of the Motion, this Court hereby

**ORDERS AND DECREES THAT:**

(1) The judicial stay imposed by this Court's February 2, 2000 Order in Case No. 99-565 is hereby lifted for the specific, limited purpose of allowing the Moneta Receiver (a) to move the United States Bankruptcy Court for the District of Rhode Island

127

for a lift of the automatic stay in Case No. 99-10154, captioned In re CR Amusements, LLC, allowing the Moneta Receiver, as lead lender for a loan participation group that includes Fairway, to institute foreclosure proceedings against certain real property, upon which the Moneta led group holds a mortgage, currently titled in the name of CR Amusements, LLC and (b) to proceed with the foreclosure of that real property without further Order of this Court;

(2) The judicial stay imposed by this Court's March 13, 2000 Order in Case No. 00-035 is hereby lifted for the specific, limited purpose of allowing the Moneta Receiver (a) to move the United States Bankruptcy Court for the District of Rhode Island for a lift of the automatic stay in Case No. 99-10154, captioned In re CR Amusements, LLC, allowing the Moneta Receiver, as lead lender for a loan participation group that includes Fairway, to institute foreclosure proceedings against certain real property, upon which the Moneta led group holds a mortgage, currently titled in the name of CR Amusements, LLC and (b) to proceed with the foreclosure of that real property without further Order of this Court;

(3) In all other respects, the judicial stays imposed by this Court's February 2, 2000 Order and this Court's March 13, 2000 Order shall remain in full force and effect except as previously modified by this Court; and

(4) Any proceeds recovered by the Moneta Receiver from the foregoing foreclosure proceeding shall be placed into a restricted account by the Moneta Receiver

and shall remain in such account until further order of this Court.

**SO ORDERED:**

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX
UNITED STATES DISTRICT COURT JUDGE

11/4/02