# EXHIBIT K

May 22 2003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| C.R. AMUSEMENTS, LLC | ) | CHAPTER 7 |
| Debtor | ) | BK. NO: 99-10154 |
| | ) | |

ORDER

This matter having come for hearing before the Court on the Motion for Relief from the Automatic Stay (the "Motion") filed by The United States Small Business Administration as Receiver for Moneta Capital Corporation ("Moneta") on March 24, 2003, and good cause having been shown, and proper notice having been given, it is hereby

ORDERED, ADJUDGED AND DECREED

(1) that the Motion is granted; and

(2) that Moneta may immediately exercise its non-bankruptcy rights and remedies *including, without limitation, (a) taking possession of the property described* as Assessor's Plat 379, Lots 8, 9, 158, 159, 425, 426, 445; Assessor's Plat 380, Lots 1, 3, 281; and Assessor's Plat 381, Lots 38, 39, 40, 41, Warwick, Rhode Island (the "Property"), (b) foreclosing its mortgage thereon or obtaining a deed-in-lieu of foreclosure, and (c) seeking to obtain, if necessary, eviction of the Debtor and any occupant from the Property.

PER ORDER:

Cal

Dated: 6/2/03

ENTERED:

[signature]