**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 99-565(L)** |
| **MONETA CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter having come for hearing before the Court on July 25, 2008, on the Oral Motion for Entry of an Order Extending Time (the "Motion") made by the United States Small Business Administration in its capacity as the Receiver of Moneta Capital Corporation (the "Receiver") and after hearing thereon,

**IT IS HEREBY ORDERED**

1. That the Receiver's Motion is granted;

2. That the time for recording any instruments necessary to effectuate a reconveyance to the Receiver of the approximately 41 acres of real property located in Warwick, Rhode Island, which was conveyed by the Receiver to the City of Warwick on December 31, 2007, is hereby extended from August 4, 2008 to August 30, 2008.

**SO ORDERED**:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge 7-30-08